ORIGINAL

FILED
JUL 15 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-515 C

**L-3 COMMUNICATIONS EOTECH INC.'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to the Rules of the Court of Federal Claims Appendix C, L-3 Communications EOTech, Inc. ("L-3") requests the Court to allow the Plaintiff to file its Complaint and certain accompanying papers under seal. These documents contain L-3's proprietary and confidential information, release of which would cause L-3 substantial competitive injury. Further, these documents include information released under a Government Accountability Office Protective Order, attached, issued April 7, 2008. A redacted version of each of these documents is filed herewith.

Respectfully submitted,

Dated: July 15, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Communications EOTech, Inc.

Of Counsel:

Kevin C. Dwyer
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Communications EOTech, Inc.'s Motion for Leave to File Under Seal to be served this 15th day of July, 2008 by hand delivery as follows:

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Room 10112
Washington, DC 20530
tel: 202/305-3091/fax: 202/514-8640

W. Jay DeVecchio