ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
JUL 15 2008
U.S. COURT OF FEDERAL CLAIMS

L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-515 C

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, L-3 Communications EOTech, Inc. ("L-3") moves pursuant to Court of Federal Claims Rule 65 and Appendix C for a temporary restraining order and preliminary injunction prohibiting defendant United States, acting through the United States Army Joint Munitions & Lethality Life Cylce Management Command Acquisition Center, from continuing any procurement activities, including the award of any contract under Solicitation No. W15QKN-07-R-0428 ("Solicitation").

As more fully set forth in the accompanying Memorandum of Law, the Court should grant Plaintiff's motion pending a decision on the merits of L-3's protest. The Army's decision to exclude L-3 from the competitive range was irrational, prejudicial, and at odds with law and regulation. Accordingly, L-3 will suffer irreparable harm if procurement activities under this Solicitation continue or a contract award is made.

Respectfully submitted,

Dated: July 15, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Communications EOTech, Inc.

Of Counsel:
Kevin C. Dwyer
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Communications, EOTech, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction to be served this 15th day of July, 2008 by hand delivery as follows:

Roger A. Hipp
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Room 10112
Washington, DC 20530
tel: 202/305-3091/fax: 202/514-8640

W. Jay DeVecchio