**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS EOTECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-515 |
| | ) | (Judge Lynn J. Bush) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO INTERVENE**

Pursuant to Rule 24(a) and 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Aimpoint, Inc. ("Aimpoint"), through undersigned counsel, respectfully moves to intervene in the above-captioned bid protest case. Aimpoint is entitled to intervene as a matter of right under RCFC 24(a)(2). The accompanying Memorandum of Points and Authorities in Support of Motion to Intervene sets forth the legal and factual basis for this Motion.

Aimpoint respectfully requests that this Court grant its Motion to Intervene.

Dated: July 17, 2008

/s/ Lawrence Block
LAWRENCE BLOCK (#452190)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 572-9993
lblock@stinson.com
*Attorneys for Aimpoint, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Intervene, Memorandum in Support and Proposed Order were served via electronic mail and first class mail, postage prepaid this 17th day of July, 2008 to the following:

W. Jay DeVecchio, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412
jdevecchio@jenner.com

Roger A. Hipp, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W. Room 10112
Washington, D.C. 20530
Roger.Hipp@usdoj.gov

/s/_Lawrence Block
Lawrence Block