**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS EOTECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-515 |
| | ) | (Judge Lynn J. Bush) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Pursuant to Rule 24(a) and 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Aimpoint, Inc. ("Aimpoint"), as an interested party, has moved to intervene in this action. Having considered its Motion, as well as all other relevant materials, including the absence of opposition, it is hereby:

ORDERED that the Motion be and hereby is GRANTED.

______________________________
The Honorable Lynn J. Bush

Copies to:

Lawrence Block, Esq.
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036

W. Jay DeVecchio, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412

Roger A. Hipp, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W. Room 10112
Washington, D.C. 20530