**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 COMMUNICATIONS EOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-515 |
| | ) (Judge Lynn J. Bush) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AIMPOINT, INC. CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that Aimpoint, Inc. is a wholly owned subsidiary of Aimpoint AB. Aimpoint AB is a wholly owned subsidiary of GS Development.

Dated: July 17, 2008

/s/ Lawrence Block
LAWRENCE BLOCK (#452190)
Stinson Morrison Hecker LLP
1150 - 18th Street, N.W., Suite 800
Washington, D.C. 20036
Tel: (202) 785-9100; Fax: (202) 785-9163
lblock@stinson.com
*Attorneys for Aimpoint, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing were served via electronic mail and first class mail, postage prepaid this 17th day of July, 2008 to the following:

W. Jay DeVecchio, Esq.
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412
jdevecchio@jenner.com

Roger A. Hipp, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W. Room 10112
Washington, D.C. 20530
Roger.Hipp@usdoj.gov

/s/_Lawrence Block
Lawrence Block