**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS EOTECH, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 08-515C |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PUBLIC AND REDACTED EXHIBITS TO**
**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF**
**PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER**
**AND INJUNCTIVE AND DECLARATORY RELIEF**

JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001-4412

(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Communications EOTech, Inc.

Of Counsel:

W. Jay DeVecchio
Kevin C. Dwyer
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington D.C. 20001-4412

# EXHIBITS

3 SOLICITATION W15QKN-07-R-0428 WITH PURCHASE DESCRIPTION

4 AMENDMENT 0001

5 AMENDMENT 0002

10 PROTEST (EXCERPT) (REDACTED VERSION)

11 MRL-TDR-62-17 “MAXIMUM TORQUE EXERTABLE ON KNOBS OF VARIOUS SIZES AND RIM SURFACES” DATED 1962

12 OPERATOR’S MANUAL FOR THE AN/PVQ-31A & AN/PVQ-31B RIFLE COMBAT OPTIC

22 DECLARATION OF PAUL S. MANGANO (REDACTED VERSION)

# EXHIBIT 3

# SOLICITATION, OFFER AND AWARD

| | | | |
|---|---|---|---|
| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING DO-A5 | PAGE 1 OF PAGES 85 |

| | | | | |
|---|---|---|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO. W15QKN-07-R-0428 | 4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 5. DATE ISSUED 02 Aug 2007 | 6. REQUISITION/PURCHASE NO. |

| | |
|---|---|
| 7. ISSUED BY CODE W15QKN<br>JOINT MUNITIONS & LETHALITY LCMC ACQ CTR<br>AMSML-AQ-SW<br>SOLDIER WEAPONS CONTRACTING CTR<br>PHIPPS ROAD, BLDG 9<br>PICATINNY NJ 07806-5000<br>TEL:<br>FAX: | 8. ADDRESS OFFER TO (If other than Item 7) CODE<br>**See Item 7**<br>TEL:<br>FAX: |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in See Section L until [illegible] PM (Hour) local time [illegible] Sep 2007 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| | | | |
|---|---|---|---|
| 10. FOR INFORMATION CALL: | A. NAME KELLY NASH | B. TELEPHONE (Include area code) (NO COLLECT CALLS) 973-724-4220 | C. E-MAIL ADDRESS kgerould@pica.army.mil |

### 11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 - 5 | X | I | CONTRACT CLAUSES | 36 - 61 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 6 - 11 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 12 - 15 | X | J | LIST OF ATTACHMENTS | 62 |
| X | D | PACKAGING AND MARKING | 16 - 18 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 19 - 25 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 63 - 65 |
| X | F | DELIVERIES OR PERFORMANCE | 26 - 27 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 28 - 29 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 66 - 72 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 30 - 35 | X | M | EVALUATION FACTORS FOR AWARD | 73 - 85 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | |
|---|---|
| 15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |

| | | | |
|---|---|---|---|
| 15B. TELEPHONE NO (Include area code) | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐ | 17. SIGNATURE | 18. OFFER DATE |

## AWARD (To be completed by Government)

| | | |
|---|---|---|
| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |

| | |
|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM |
| 24. ADMINISTERED BY (If other than Item 7) CODE | 25. PAYMENT WILL BE MADE BY CODE |

| | | |
|---|---|---|
| 26. NAME OF CONTRACTING OFFICER (Type or print)<br>TEL: EMAIL: | 27. UNITED STATES OF AMERICA<br>(Signature of Contracting Officer) | 28. AWARD DATE |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Section A - Solicitation/Contract Form

EXECUTIVE SUMMARY
The Government intends to award one OR two contracts as a result of this solicitation based on best value. The Government will select for award the proposal(s) that are most advantageous and represent the Best Value to the Government. If one contract is awarded, the minimum ordering obligation quantity will be 100,000 units. If two contracts are awarded, the minimum ordering obligation quantity will be 50,000 units per award. Should two sources be selected, the Government will compete delivery orders. Award will show 100% of the Government's potential production quantities in both of the contracts. The contract maximum is 565,783 units for either one award or a combination of two awards. The Government will not order more than 565,783 units total from all contracts awarded from this solicitation. If two contracts are awarded, each contractor will be required to product 100 units for Production Verification Test (PVT). After successful completion of the PVT, the Government will begin to compete delivery orders. If a contractor fails to meet the requirements of PVT the Government reserves the right to deem that contractor ineligible for any production quantities including the minimum ordering obligation quantity. The minimum ordering obligation is contingent upon successful completion of the PVT. Additionally, for any production quantities, the Government reserves the right to give up to 100% of any individual order to one contractor should it be necessary due to the circumstances found in FAR 16.505(b)(2). The Government reserves the right to split future delivery orders. When requesting proposals for delivery orders, the Government may allow the contractor to submit a new price proposal.

The contractor will not be able to witness the bid sample testing.

It should be noted that although a contractor's bid sample will not be evaluated against all the criteria in the Purchase Description (PD), contractors shall meet all requirements should they be selected for award. All requirements in the PD will be tested in the PVT of the initial 100 units delivered. Any deficiencies identified by the Government during Bid Sample Testing evaluation shall be corrected prior to delivery of the quantity for PVT at no additional cost to the Government.

The Government reserves the right to waive the requirement for PVT and/or FAT where supplies identical or similar to those called for in the schedule have been previously furnished by the offeror/contractor and have been accepted by the Government.

Should the production quantities be ordered the Government anticipates required delivery at a rate of 2,000 per month with a potential ramp up to 20,000 per month should there be a surge in requirement.

## CLAUSES INCORPORATED BY FULL TEXT

**DELIVERIES TO TACOM-ARDEC 46**

-

Trucks shall deliver Monday through Thursday, excluding holidays, between the hours of 7:30 A.M. and 2:00 P.M. Enter through the truck entrance and report to the Scale House for further assistance.

Schedule shipments with TACOM- ARDEC receiving personnel before delivery at telephone number (973) 724-4234 or 3384. Failure to schedule delivery could result in delay of off-loading. If you cannot deliver by the contract/purchase order delivery date, you will notify the Contract Specialist cited on DD Form 1155, SF33 or SF18 for disposition instructions.

NOTICE TO OFFERORS - USE OF MILITARY SPECIFICATIONS AND STANDARDS (ARDEC 127)
-
This solicitation has been prepared consistent with DOD policy regarding the use of military specifications and standards, the Blueprint for Change: Toward a National Production Base and the Armys implementation of this policy by promoting the use of commercial, in lieu of military unique, specifications and standards.

To comply with this policy, the Government has eliminated from this solicitation the requirement to use military specifications and standards in those cases where it has been determined that a suitable commercial and/or performance specification/standard is reasonably available. However, this solicitation does require the use of some military specifications/standards in those cases where a suitable replacement was not found to be available.

If offerors are aware of any commercial substitutes for the cited military specifications and standards, request you provide such information to the Contracting Officer for consideration. To preclude any delay to this procurement, request offerors provide any information as soon as possible and prior to submission of offers. It should be understood that there is no obligation on any offeror to comply with this request and that no compensation can be provided for doing so.

ELECTRONIC AND NON-ELECTRONIC PROPOSAL SUBMISSION REQUIREMENT (ARDEC 144) (November 2006)

The purpose of this clause is to advise offerors of the transmission requirements of proposal data via electronic mail and non-electronic mail. For detailed proposal preparation, please follow instructions as given in Solicitation Section L.

Electronic mail submission requirement:

Size Restriction:
There is a size restriction on electronic submission of proposals submitted to addresses at Picatinny Arsenal via e-mail; the maximum file size that can be accommodated in the e-mail system is 15,000 KB.

Acceptable Format:
All material must be submitted in Microsoft Office format: the proposal must be in Word format (Windows Platform); pricing/cost information must be in Excel format with all formulas intact (Windows Platform). Please identify the format in your transmittal.

Large files need to be compressed using the utility called WinZip (<http://www.winzip.com>). Due to the large number of infected messages with ZIP attachments, all ZIP attachments will be blocked by ARDEC mail server. You need to rename the file extension for all your submissions so the files will get through our mail server. You also need to provide instructions on how to convert your modified file extensions back to their original format in the same message.

In addition, ARDEC's Internet E-mail Attachment Policy restricts distribution of the following types of e-mail attachments: ***.ADE, *.ADP, *.BAT, *.B64, *.BAS, *.BHX, *.CEO, *.CE0, *.CHM, *.CMD, *.COM, *.CPL, *.CRT, *.DBX, *.DLL, *.DOT, *.EML, *.EXE, *.HQX, *.HTA, *.INF, *.INS, *.ISP, *.JS, *.JSE, *.LNK, *.MDE, *.MIM, *.MSC, *.MSI, *.MSP, *.NCH, *.OCX, *.PCD, *.PI, *.PIF, *.REG, *.SCR, *.SCT, *.SHB, *.SHS, *.UU, *.UUE, *.VB, *.VBE, *.VBS, *.WSC, *.WSF, *.WSH, *.XXE, *.ZIP**

If you need to send us attachments with the above mentioned file types, you will need to rename the file extension for all your submissions, so that these files will get through our mail server. You will also need to provide detailed instructions on how to convert your modified file extensions back to their original format.

In addition, it is required that electronic submissions are scanned with the most up-to-date virus definition, with an antivirus software of your choice. ARDEC mail server will block all messages that are infected with a virus.

Non-electronic submission requirement:

Any proposal that is submitted via U.S. Mail or commercial courier must be digitized on a Compact Disc (CD), Digital Versatile Disc/ Digital Video Disc (DVD), Universal Serial Bus (USB) data storages (i.e. memory sticks, flash drives), or Zip disk and labeled with the file names and format(s) (Word, Excel, etc). It is not necessary to zip material submitted via non-electronic channel.

Special Notice to Offerors:

Offerors are responsible for obtaining a receipt confirmation, via separate Email, with the corresponding PCO, to ensure the electronic proposal has been received by the date/time set forth in the solicitation for "receipt of offers."

**DISCLOSURE OF UNIT PRICE INFORMATION (ARDEC 163) (DEC 2002)**
-
This constitutes notification pursuant to Executive Order 12600, Pre-Disclosure Notification Procedures for Confidential Commercial Information (June 23, 1987), of our intention to release unit prices in response to any request under the Freedom of Information Act, 5 USC 552. Unit price is defined as the contract price per unit or item purchased. We consider any objection to be waived unless the contracting officer is notified of your objection to such posting prior to submission of initial proposals.

**GENERAL INFORMATION TO OFFERORS OR QUOTERS (ARDEC 168) (FEB 05)**

1. If you are not submitting a response, complete the information in paragraphs 9 and 10 and return to the issuing office in paragraph 6 via electronic mail.

2. Responses must set forth full, accurate and complete information as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements is prescribed in 18 U.S.C. 1001.

3. Responses must be plainly marked with the Solicitation Number and the date and local time set forth for bid opening or receipt of proposals in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of the solicitation entitled either "Late Submission, Modification and Withdrawal of Bid" or "Instructions to Offerors – Competitive Acquisitions".

5. Procurement Information

☒ This Procurement is unrestricted
☐ This Procurement is ___% set-aside for __________________. The applicable SIC/NAICS codes are:________________.

6. Issuing Office
US Army Joint Munitions and Lethality, Life Cycle Management Command
Acquisition Center, Bldg. 9
ATTN: Kelly Nash
AMSML-AQ-SW
Picatinny, NJ 07806-5000
Email: kelly.nash1@pica.army.mil

7. Additional Information (i.e.; In accordance with 10 U.S.C. 2304(c)(1) as implemented by FAR 6.302-1(a)(2)(ii), this acquisition is restricted to the following source: ______________"

8. Point of Contact for Information:
Name: Kelly Nash
Title: Contract Specialist
Email: kelly.nash1@pica.army.mil
Phone: (973) 724-4220

9. Reason For No Response:
☐ Cannot Comply With Specifications
☐ Unable To Identify The Item(s)
☐ Cannot Meet Deleivery Requirement
☐ Do Not Regularly Manufacture or Sell the Type Items Involved
☐ Other (specify): ____________________________________________________
____________________________________________________________

10. Company Name and Address (include Action Officer name and title):
Name:
Address:
City/State/Zip:
Action Officer:
Title:
Phone Number:

(End of Provision)

Section B - Supplies or Services and Prices

<u>CONTRACT TYPE</u>
This is a five year Indefinite Delivery Indefinite Quantity type contract with options for two additional one year periods, which will make it a seven year contract if both options are exercised by the Government. The Government shall place Firm-Fixed Price Delivery Orders during the period of this contract for quantities as requirements are identified. The quantity ranges listed below are for the purpose of establishing prices against which orders are placed. The Government intends to award one OR two contracts as a result of this solicitation based on best value. If one contract is awarded, the minimum ordering obligation quantity will be 100,000 units. If two contracts are awarded, the minimum ordering obligation quantity will be 50,000 units per award. Should two sources be selected, the Government will compete delivery orders. If two sources are selected, the award will show 100% of the Government's potential production quantities in both of the contracts. The contract maximum is 565,783 units for either one award or a combination of two awards. The Government will not order more than 565,783 units total from all contracts awarded from this solicitation. If two contracts are awarded, each contractor will be required to produce 100 units for Production Verification Test (PVT). The minimum ordering obligation and total contract maximum are for the contract base period and option periods combined. The First Article Test units are not counted as part of the minimum or maximum quantities.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 100 | Each | | |
| | Production Verification Test Quantities<br>FFP<br>Production Verification Test Quantities in accordance with the Statement of Work (SOW) Paragraph C.4.2.<br>FOB: Destination | | | | |

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | UNDEFINED | | | |

Data Requirements
FFP
Data Requirements in accordance with DD Form 1423
Not Separately Priced
FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 10 | Each | | |

First Article Test Year 1
FFP
First Article Test Year 1 in accordance with SOW Paragraph C.4.6. and Purchase Description.
FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | | UNDEFINED | Each | | |

Close Combat Optics Year 1
FFP
Close Combat Optics in accordance with the SOW and Purchase Description.
Year 1 is from date of contract award to 12 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
|---|---|---|
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0005 | | UNDEFINED | Each | | |

Close Combat Optics Year 2
FFP
Close Combat Optics in accordance with the SOW and Purchase Description.
Year 2 is 13 months after date of contract award to 24 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
|---|---|---|
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0006 | | UNDEFINED | Each | | |

Close Combat Optics Year 3
FFP
Close Combat Optics in accordance with the SOW and Purchase Description.
Year 3 is 25 months after date of contract award to 36 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
| --- | --- | --- |
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0007 | | UNDEFINED | Each | | |

Close Combat Optics Year 4
FFP
Close Combat Optics in accordance with the SOW and Purchase Description.
Year 4 is 37 months after date of contract award to 48 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
| --- | --- | --- |
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0008 | | UNDEFINED | Each | | |

Close Combat Optics Year 5
FFP
Close Combat Optics in accordance with the SOW and Purchase Description. Year 5 is 49 months after date of contract award to 60 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
|---|---|---|
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0009<br>OPTION | | UNDEFINED | Each | | |

Option Close Combat Optics Year 6
FFP
Option Close Combat Optics in accordance with the SOW and Purchase Description. Year 6 is 61 months after date of contract award to 72 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
|---|---|---|
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0010 OPTION | | UNDEFINED | Each | | |

Option Close Combat Optics Year 7
FFP
Option Close Combat Optics in accordance with the SOW and Purchase Description. Year 7 is 73 months after date of contract award to 84 months after date of contract award.

| FROM QUANTITY | TO QUANTITY | UNIT PRICE |
|---|---|---|
| 100 | 15,000 | |
| 15,001 | 100,000 | |
| 100,001 | 185,000 | |
| 185,001 | 270,000 | |

FOB: Destination

MAX
NET AMT

Section C - Descriptions and Specifications

STATEMENT OF WORK

Statement of Work
Sight, Reflex, W/Quick Release and Mount
for
Close Combat Optics

**C.1. Scope. This Statement of Work (SOW) defines the contract requirements for production and delivery of Sight, Reflex, W/Quick Release and Mount for Close Combat Optics (CCO)**

C.2. Background. The Close Combat Optic (CCO) is for a non-developmental item procurement. The Government intends to procure sights with mounts, incorporating lens/dust covers, anti-reflection devices and applicable requirements in accordance with (IAW) Purchase Description Sight, Reflex with Mount, (AR-PD-115). The Government will utilize the optic sights as fire control devices for weapons that include: M16A2/M16A4 Rifles and M4 Carbine. Application requires that the device be mountable to the M16A4 Rifle and M4 Carbine's rail (see MIL-STD-1913) and with a separate piece of mounting hardware for use on the M16A2 Rifle's carrying handle.

C. 3. Applicable documents

C.3.1 Government Documents

SPECIFICATIONS

| | |
|---|---|
| MIL-T-31000 | - General Specification for Technical Data Packages |
| MIL-Q-9858A | - Quality Program Requirements |

STANDARDS

| | |
|---|---|
| MIL-STD-882C | -System Safety Program Requirements |
| MIL-STD-973 | -Configuration Management |
| MIL-STD-1388-2B | -Department Of Defense Requirements for Logistic Support Analysis Record |
| MIL-STD-1806 | -Marking of Technical Data by or for the Department of Defense |
| MIL-STD-1913 | -Dimensioning of Accessory Mounting Rail for Small Arms Weapons |

MANDATORY DOCUMENT

| | |
|---|---|
| AR PD 115 | -Purchase Description Sight, Reflex with Mount, |

C.3.2 Other publications

| | |
|---|---|
| ISO 9001 | -Quality Systems - Model for Quality Assurance in Design/Development, Production, Installation and Servicing |

C. 4 REQUIREMENTS

C.4.1 The contractor shall fabricate, test, inspect, package and deliver CCO IAW Paragraph C.3.1 Mandatory Document. The contractor shall provide all materials, machines and tooling.

C.4.2 Production Verification Test Quantity: The contractor shall delivery 100 each optic sights for Production Verification Testing that meets the requirements specified in Paragraph C.3.1 Mandatory Document, for use in the Government Production Verification Test (PVT). Any deficiencies identified by the Government during Bid Sample Testing evaluation for the Rated Criteria shall be corrected prior to delivery of the production quantity at

no additional cost to the Government. Each sight shall be delivered with mounts for each weapons system, attached lens/dust covers, anti-reflective devices, overpacked manuals. The PVT quantity shall be representative of the production processes and quality that can be expected from the contractor in a production environment.

C.4.2.1 Commercial Manuals: The contractor shall provide a commercial manual with each sight. The commercial manuals shall include operator instructions and maintenance instructions with each sight, DI-TMSS-80527A (CDRL A007).

C.4.3 Data and Support:

C.4.3.1 Start-of work meeting: Within ten (10) days after contract award (ACA), a start of work meeting will be held at contractor's facility. Meeting minutes shall be submitted by the contractor in accordance with (IAW) DI-ADMN-81505 (CDRL A003).

C.4.3.2 The contractor shall provide commercial drawings IAW 3.6.2.4 of MIL-DTL-31000C (DI-SESS-81003C, CDRL A004).

C.4.3.3 The contractor shall deliver a Safety Assessment Report IAW Task 301 of MIL-STD-882C (DI-SAFT-80102B, CDRL A005) for each configuration submitted to the Government.

C.4.3.4 The sight with mount and lens/dust covers is a limited organic repair item. Maintenance shall be limited to cleaning and repair by replacement tasks of totally interchangeable parts (those parts which, without alteration, modification, hand fitting, or degradation to the performance, are replaceable by maintenance personnel).

C.4.3.5 The contractor shall prepare a listing of spares and repair parts prices IAW Appendix B, Paragraph 30.48 of MIL-STD-1388-2B (DI-ILSS-80293B tailored, CDRL A002), LSA-155, Recommended Spare Parts List for Spares Acquisition Integrated with Production (SAIP).

C.4.3.6 Safety. The contractor shall report immediately any major accident/incident (including fire) resulting in any one or more of the following: causing one (1) or more fatalities, or one (1) or more disabling injuries; involving radioactive material; damage to Government Property exceeding $10,000 affecting program plans or production schedules; degrading the safety of equipment under contract, such that personal injury or property damage may be involved; or identifying a potential hazard which requires corrective action. The contractor shall prepare and submit the report for each incident (DI-SAFT-81563, CDRL A006).

C.4.4 Quality Assurance:

C.4.4.1 Quality Program Plan. The contractor shall develop and maintain a quality system plan equivalent to ISO 9001 throughout the contract.

C.4.4.2 Inspection and Test Records. Inspection and test records shall be maintained and performed in accordance with Paragraph C.3.1 (Mandatory Documents), at a minimum, indicate the nature of the observations made, and the number and type of deficiencies found. Data included in inspection and test records shall be used for trend analysis and to assess corrective action effectiveness.

C.4.4.3 Acceptance Inspection Equipment (AIE). The contractor shall provide and maintain all AIE designs and hardware for inspection of the sight with mount and lens/dust covers to the Purchase Requirements. The AIE designs shall be submitted for approval and made available to the Government (DI-QCIC-81006, tailored; CDRL A011).

C.4.4.3.1 Use of Contractor's Inspection Equipment. The contractor's gauges, and measuring and testing devices shall be made available for use by the Government when required to determine conformance with contract requirements. If conditions warrant, the contractor's personnel shall be made available for operation of such devices and for verification of their accuracy and condition.

C.4.4.4 Quality Conformance testing. Quality Conformance (QC) testing shall be in accordance with the Purchase Description AR PD 115.

C.4.5 Production:

C.4.5.1 Production Quantities: The contractor shall deliver production quantities, as per each delivery order awarded by the Government, that meet the requirements specified in Paragraph C.3.1 Mandatory Document. The contractor shall comply with all the requirements as previously stated in the SOW.

C.4.5.2 Production Hardware. The contractor shall produce and deliver sights including mounts for each weapon, attached lens/ dust covers, and overpacked manuals (see C.4.9.2) IAW Paragraph C.3.1 Mandatory Document.

C.4.5.3 The contractor shall deliver a Progress Report, DI-MGMT-80227, CDRL A001.

C.4.6 First Article Testing (FAT). The contractor shall plan, manage, and execute a FAT Program in accordance with the following:

C.4.6.1 First Article Test plan. The contractor shall develop a FAT plan (DI-NDTI-81307, CDRL A009). This plan shall address all information necessary for accomplishing the FAT as described in Table II of Purchase Description AR PD 115.

C.4.6.2 First article test report. The contractor shall prepare a FAT report for the portion of FAT (DI-NDTI-80809B, CDRL A010) which the contractor is responsible for.

C.4.6.3 Government Testing. As specified in the Purchase Description AR PD 115, Table II and Table III; the Government will perform validation tests in accordance with applicable requirements in AR PD 115.

C.4.6.4. All accepted First Article test hardware shall be delivered to the Government. This hardware shall not be counted as part of the contract delivery quantity.

C.4.7 Commercial Warranty

C.4.7.1 Commercial Warranty. The contractor shall provide the Government with a three (3) years commercial warranty at no extra charge.

C.4.7.2 The contractor shall repair/replace any damaged sights and/or mounts under warranty.

C.4.7.3 Shipment of Damaged Items. The contractor shall provide the Government with shipping instructions for damaged sights.

C.4.7.4 Shipment of Repaired Items. Upon completion of repair/replacement, the contractor shall obtain shipping instructions from the PCO.

C.4.8 Configuration Management:

C.4.8.1 Engineering Change Review. The US Government shall be provided with a copy of any proposed engineering changes made to the drawing package provided by the contractor at the Start-of-Work meeting (C.4.3.1). These engineering changes shall be provided to the Government for review and approval IAW Engineering Change Proposal (ECP) procedures found in paragraph 5.4.2.3 of MIL-STD-973 (DI-CMAN-80639C, CDRL A012).

C.4.8.2 Waivers and Deviations. Waivers and Deviations related to performance of hardware to be delivered under this contract shall be IAW paragraph 5.4.4 of MIL-STD-973 and submitted for Government review and approval (DI-CMAN-80640C, CDRL A008).

C.4.9 Technical Publications:

C.4.9.1 Copyright Release. The contractor shall provide a signed copyright release letter citing the contract number and giving the Government permission to reproduce and use any copyrighted information, including that on vendor's components, parts and commercial drawings (C.4.3.2) to be utilized in Government Technical Manual (TM). The release letter shall be submitted to the PCO.

C.4.9.2 Manuals: The Government shall produce and provide GFM TMs to the contractor. The contractor shall overpack one TM and one Commercial Manual with each sight for production quantities.

Section D - Packaging and Marking

CLAUSES INCORPORATED BY FULL TEXT

**COMMERCIAL PACKAGING REQUIREMENTS (ARDEC 25) (November 04)**

1 Packaging - Preservation, packaging, packing, unitization and marking furnished by the supplier shall provide protection for a minimum of one year, provide for multiple handling, redistribution and shipment by any mode and meet or exceed the following requirements.

1.1 Cleanliness - Items shall be free of dirt and other contaminants which would contribute to the deterioration of the item or which would require cleaning by the customer prior to use. Coatings and preservatives applied to the item for protection are not considered contaminants.

1.2 Preservation - Items susceptible to corrosion or deterioration shall be provided protection such as preservative coatings, volatile corrosion inhibitors, desiccants, water-proof and/or water-vapor-proof barriers.

1.3 Cushioning - Items requiring protection from physical and mechanical damage (e.g. fragile, sensitive, material critical)or which could cause physical damage to other items, shall be protected by wrapping, cushioning, pack compartmentalization, or other means to mitigate shock and vibration to prevent damage during handing and shipment.

2 Unit package

2.1 Unit Package - A unit package shall be so designed and constructed that it will contain the contents with no damage to the item(s), and with minimal damage to the unit pack during shipment and storage in the shipping container, and will allow subsequent handling. The outermost component of the unit package shall be a container such as a sealed bag, carton or box.

2.2 Unit Package Quantity - Unless otherwise specified, the unit package quantity shall be one each part, set, assembly, kit, etc.

3. Intermediate Package

3.1 Intermediate Packaging - The use of intermediate packaging is required whenever one or more of the following conditions exist:

a. The quantity is over one (1) gross of the same national stock number.

b. Use enhances handling and inventorying.

c. The exterior surface of the unit pack is a barrier bag.

d. The unit pack is less than 64 cubic inches.

e. The weight of the unit pack is less than five (5) pounds and no dimension is over twelve (12) inches.

Intermediate container shall be limited to a maximum of 100 unit packs, a net load of 40 pounds, or a maximum volume of 1.5 cubic feet, whichever occurs first.

4 Packing

4.1 Unit packages and intermediate packages not meeting the requirements for a shipping container shall be packed in shipping containers. All shipping containers shall be the most cost effective and shall be of the minimum cube to contain and protect the items.

4.2 Shipping Containers - The shipping container (including any necessary blocking, bracing, cushioning, or waterproofing) shall comply with the regulations of the carrier used and shall provide safe delivery to the destination at the lowest tariff cost. The shipping container shall be capable of multiple handling, stacking at least ten feet high, and storage under favorable conditions (such as enclosed facilities) for a minimum of one year.

5. Unitization: Shipments of identical items going to the same destination shall be palletized if they have a total cubic displacement of 50 cubic feet or more unless skids or other forklift handling features are included on the containers. Pallet loads must be stable, and to the greatest extent possible, provide a level top for ease of stacking. A palletized load shall be of a size to allow for placement of two loads high and wide in a conveyance. The weight capacity of the pallet must be adequate for the load. The preferred commercial expendable pallet is a 40 x 48 inch, 4-way entry pallet although variations may be permitted as dictated by the characteristics of the items being unitized. The load shall be contained in a manner that will permit safe handling during shipment and storage.

6. Marking

6.1 General Marking: In addition to any special markings called out by the contract, all unit packages, intermediate packs, exterior shipping containers, and unitized loads (if applicable) shall be marked in accordance with MIL-STD-129P, Change 3, dated 29 October 2004 (Standard Practice for Military Marking). The contractor is responsible for application of special markings as discussed in the Military Standard regardless of whether specified in the contract or not. Special markings include, but are not limited to, shelf-life markings, structural markings, and transportation special handling markings. The marking of pilferable and sensitive materiel will not identify the nature of the materiel. Unless otherwise specified, shipments shall have the address markings applied to the identification marked side of the exterior shipping container or to the unitized load markings. The following shall be marked "FROM: name and address of consignor and TO: name and address of consignee".

6.2 Contractors and vendors shall apply identification and address markings with bar codes in accordance with this standard. For shipments moving to overseas locations and for mobile deployable units, the in-the-clear address, that is human readable, must also include the host country geographic address and the APO/FPO address. The DD Form 250 or the commercial packing list shall have bar coding applied as per Direct Vendor Delivery shipments in the standard (except for deliveries to DLA Distribution Depots e.g. New Cumberland, San Joaquin, Red River and Anniston). Packing lists are required in accordance with MIL-STD-129P.

6.3 Military Shipment Labels(MSLs) may be created using commercially available programs. These commercial programs can generate a MIL-STD-129 and Defense Transportation Regulation compliant MSLs and package labels. For example, the EasyForm MSL at http://www.easysoftcorp.com/products/Software/MSL.html. Insure that the "ship to" and "mark for" in-the-clear delivery address is complete including: consignee's name, organization, department name, office, building, room, street address, city, state, country code, & DODAAC.

6.4 Radio Frequency Identification (RFID) is required on all shipments to Defense Distribution Centers of San Joaquin and Susquehanna with the exception of munitions and explosive items. Munitions and explosive items are not to have RFID tags applied. Instructions for application and content of the tags may be found in Change 3 to MIL-STD-129P. Further information on this requirement may be obtained through sources found on the official government website www.dodrfid.org.

7. Hazardous Materials

7.1 Hazardous Materials is defined as a substance, or waste which has been determined by the Secretary of Transportation to be capable of posing an unreasonable risk to health, safety, and property when transported in commerce and which has been so designated. (This includes all items listed as hazardous in Titles 29, 40 and 49 CFR and other applicable modal regulations effective at the time of shipment.) Ammunition and explosives (Hazard Group 1) are special cases and must be properly hazard classified and registered with the competent authority of the United States (Department of Transportation) and assigned an "ex" number prior to shipment.

7.2 Packaging and marking for hazardous material shall comply with the requirements for the mode of transport and the applicable performance packaging contained in the following documents:

__ International Civil Aviation Organization (ICAO) Technical Instructions for the Safe Transport of Dangerous Goods by Air
__ International Maritime Dangerous Goods Code (IMDG)
__ Code of Federal Regulations (CFR) Title 29, Title 40 and Title 49
__ Joint Service Regulation AFJMAN24-204/TM38-250/NAVSUPPUB 505/MCO P4030.19/DLAM 4145.3 (for military air shipments).

7.3 If the shipment originates from outside the continental United States, the shipment shall be prepared in accordance with the United Nations Recommendations on the Transport of Dangerous Goods in a manner acceptable to the Competent Authority of the nation of origin and in accordance with regulations of all applicable carriers.

7.4 A Product Material Safety Data Sheets (MSDS) is required to be included with every unit pack and intermediate container and shall be included with the packing list inside a waterproof sealed pouch attached to the outside of the package.

8. Wood Packaging Materials - All non-manufactured wood used in packaging or unitization shall be heat treated to a core temperature of 56 degrees Celsius for a minimum of 30 minutes. The box, wood packaging, and pallet manufacturers shall be affiliated with an inspection agency accredited by the Board of Review of the American Lumber Standard Committee. An international source of wood must be accredited by an international certification authority recognized by the U.S. Department of Agriculture. Each box shall be marked to show the conformance to the International Plant Protection Convention Standard. Boxes and any wood used as inner packaging made of non-manufactured wood shall be heat treated. The quality mark shall be placed on both ends of the outer packaging (between the encl cleats or battens if applicable). Quality marks for pallets shall be placed on two opposite end posts. Quality mark for wood unitization components shall be placed on two opposite sides. Foreign manufacturers shall have the heat treatment of non-manufactured wood products verified in accordance with their Nation al Plant Protection Organization's compliance program.

9. Quality Assurance -The contractor is responsible for establishing a quality system. Full consideration to examinations, inspections, and tests will be given to ensure the acceptability of the commercial package.

Bar codes are required.

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Origin | Government | Origin | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Origin | Government | Origin | Government |
| 0004 | Origin | Government | Origin | Government |
| 0005 | Origin | Government | Origin | Government |
| 0006 | Origin | Government | Origin | Government |
| 0007 | Origin | Government | Origin | Government |
| 0008 | Origin | Government | Origin | Government |
| 0009 | Origin | Government | Origin | Government |
| 0010 | Origin | Government | Origin | Government |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

52.246-11 HIGHER-LEVEL CONTRACT QUALITY (FEB 1999)

The Contractor shall comply with the higher-level quality standard selected below. (If more than one standard is listed, the offeror shall indicate its selection by checking the appropriate block.)

| Title | Number | Date | Tailoring |
|---|---|---|---|
| QMS REQTS | 9001-2000 | 12/15/00 | Excl allowed 7.3 |

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/farsite.html
(End of clause)

ACCEPTANCE (ARDEC 30)

-

[ X ] Acceptance will be at the Contractor's plant.

[ ] Acceptance will be at destination.

**GOVERNMENT PROCUREMENT QUALITY ASSURANCE ACTIONS (ARDEC 31)**

-

Government Procurement Quality Assurance (PQA) actions will be accomplished by the Governments authorized Quality Assurance Representative (QAR) at:

[ X ] Contractors Plant

[ ] Destination

[ ] Other: The Contractor's plant except for tests conducted at
a Government Facility or Proving Ground

**ACCEPTANCE INSPECTION EQUIPMENT (AIE) CLAUSE (ARDEC 34)**

-

a. The contractor shall use a calibration system, with traceability to a national or international standard, for the AIE used on this contract.

b. The contractor shall provide all AIE (except for any AIE listed as available in Section H or Appendix I) necessary to assure conformance of material to the contract requirements.

c. AIE shall be available for use on the First Article (FA) submission, if FA is required, or prior to use for acceptance of production material on this contract.

d. Contractor furnished AIE shall be made (i) to the AIE designs specified in section C, or (ii) to any other design provided the contractor's proposed AIE design is approved by the Government. AIE designs for inspection of characteristics listed as "Critical, Special or Major" shall be submitted to the Government for review and approval as directed on the Contract Data Requirements List, DD FORM 1423. Government approval of AIE design documentation shall not be considered to modify the contract requirements.

e. When the contractor submits proposed AIE on commercial off the shelf equipment, the contractor shall include the manufacturer's name and model number and sufficient information to show capability of the proposed AIE to perform the inspection required. When the contractor submits proposed AIE designs on commercial computer controlled test and measuring equipment, the contractor shall include information on (1) test program listing (2) flowcharts showing accept and reject limits and computer generated test stimuli (3) calibration program listing (4) sample of the printout of an actual test and calibration (5) test plan to verify accuracy of inspection and correctness of accept or reject decision (6) identification of the equipment by model name and number.

f. Resubmission of the contractor's proposed AIE design for approval on a follow on Government contract, by the same contracting activity, is not required provided the inspection characteristic parameters specified in the technical data package and the previously Government approved AIE designs have not changed. In this situation, the contractor shall provide written correspondence in place of the AIE designs that indicates the prior Government approval and states that no changes have occurred.

g. The Government reserves the right to disapprove, at any time during the performance of this contract, any AIE that is not accomplishing its intended use in verifying an inspection or test characteristic.

h. If the contractor changes the design after the initial approval, the modified design must be submitted for approval prior to use.

**SURFACE QUALITY STANDARDS (ARDEC 37)**

-

a. Surface quality standards for optical elements (Scratch and Dig) per MIL-PRF-13830B, are required to perform acceptance inspection under this contract and are available as listed in Qty=1, Drawing # 7641866, REV SYM=P, Cost Each = $2,000.00. The standards will be furnished to the Contractor on a loan basis for use on this contract. The standards shall not be used on other contracts unless written authorization is received from the Contracting Officer. The Administering Contracting Officer (ACO) designated by the agency administering the contract or the Contracting Officer (CO) if an ACO was not assigned shall submit the Contractor's request for equipment to Commander, ARDEC, ATTN: AMSTA-AR-QAW-Q, Picatinny Arsenal, NJ 07806-5000. Shipping costs shall be borne by the shipper.

b. The contractor shall hereby indicate the facility to which this Government Furnished Property should be shipped:

[________________________________________

________________________________________

________________________________________

________________________________________]

c. Upon receipt, the Contractor should retain shipping containers for return of the standards. All costs of packing, packaging, shipping, and insurance shall be borne by the Contractor.

d. The Contractor shall be responsible for shipping the surface quality standards to the Government for certification at 12 month intervals. Notification and shipping instructions shall be provided to the Contractor by

Commander, ARDEC, ATTN: AMSRD-AAR-QEP-C, Picatinny Arsenal, NJ 07806-5000. The notification shall include the standard's serial number and will be sent 30 days prior to the actual due date for certification.

e. Within 30 calendar days after completion of delivery of all items on this contract requiring scratch and digs, the Contractor shall assure that the Government owned standards referenced in paragraph a above are in the same condition as when received. Upon verification by a Government representative that the standards are undamaged, the Contractor shall prepare the standards for delivery in accordance with best commercial practices. The Contractor shall ship the standards with a DD Form 1149 to Commander, ARDEC, ATTN: AMSRD-AAR-QEP-C, Picatinny Arsenal, NJ 07806-5000.

**FIRST ARTICLE TEST (CONTRACTOR TESTING) (ARDEC 40)**

*First Article Test (Contractor Testing) is applicable to the production quantities only.*

a. The first article shall consist of:

10 Close Combat Optic sight reflex which shall be examined and tested in accordance with contract requirements, the item specification(s), Quality Assurance Provisions (QAPs) and all drawings listed in the Technical Data Package.

b. The first article shall be representative of items to be manufactured using the same processes and procedures and at the same facility as contract production. All parts and materials, including packaging and packing, shall be obtained from the same source of supply as will be used during regular production. All components, subassemblies, and assemblies in the first article sample shall have been produced by the Contractor (including subcontractors) using the technical data package applicable to this procurement.

c. The first article shall be inspected and tested by the contractor for all requirements of the drawing(s), the QAPs, and specification(s) referenced thereon, except for:

(1) Inspections and tests contained in material specifications provided that the required inspection and tests have been performed previously and certificates of conformance are submitted with the First Article Test Report.

(2) Inspections and tests for Military Standard (MS) components and parts provided that inspection and tests have been performed previously and certifications for the components and parts are submitted with the First Article Test Report.

(3) Corrosion resistance tests over 10 days in length provided that a test specimen or sample representing the same process has successfully passed the same test within 30 days prior to processing the first article, and results of the tests are submitted with the First Article Test Report.

(4) Life cycle tests over 10 days in length provided that the same or similar items manufactured using the same processes have successfully passed the same test within 1 year prior to processing the first article and results of the tests are submitted with the First Article Test Report.

(5) One-time qualification tests, which are defined as one-time on the drawing(s), provided that the same or similar item manufactured using the same processes has successfully passed the tests, and results of the test are on file at the contractor's facility and certifications are submitted with the First Article Test Report.

d. The Contractor shall provide to the Contracting Officer at least 15 calendar days advance notice of the scheduled date for final inspection and test of the first article. Those inspections which are of a destructive nature

shall be performed upon additional sample parts selected from the same lot(s) or batch(es) from which the first article was selected.

e. A First Article Test Report shall be compiled by the contractor documenting the results of all inspections and tests (including supplier's and vendor's inspection records and certifications, when applicable). The First Article Test Report shall include actual inspection and test results to include all measurements, recorded test data, and certifications (if applicable) keyed to each drawing, specification and QAP requirement and identified by each individual QAP characteristic, drawing/specification characteristic and unlisted characteristic. Evidence of the QAR's verification will be provided. One copy of the First Article Test Report will be submitted through the Administrative Contracting Officer to the Contracting Officer with a copy furnished to US Army ARDEC, Attn: Mr. Marc Lindenbaum, AMSRD-AAR-QEW-A Building 62N, Picatinny Arsenal, NJ 07806-5000 and US Army ARDEC, Attn: Ms. Linda Cline, AMSRD-AAR-QEP-C , Building 62, Picatinny Arsenal, NJ 07806-5000.

f. Notwithstanding the provisions for waiver of first article, an additional first article sample or portion thereof, may be ordered by the Contracting Officer in writing when (i) a major change is made to the technical data, (ii) whenever there is a lapse in production for a period in excess of 90 days, or (iii) whenever a change occurs in place of performance, manufacturing process, material used, drawing, specification or source of supply. When conditions (i), (ii), or (iii) above occurs, the Contractor shall notify the Contracting Officer so that a determination can be made concerning the need for an additional first article sample or portion thereof, and instructions provided concerning the submission, inspection, and notification of results. Costs of the additional first article testing resulting from any of the causes listed herein that were instituted by the contractor and not due to changes directed by the Government shall be borne by the Contractor.

(Basic Revision)

**TAILORABLE WARRANTY (ARDEC 43)**

1. COST. This warranty reestablishes that the contractor is obligated to deliver supplies which meet contractual requirements and that obligation does not end with acceptance by the Government. Since this warranty does not impose additional requirements on the contractor, it is provided at no cost.

2. DEFINITIONS:

a. "Acceptance" means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing supplies or approve specific services as partial or complete performance of the contract.

b. "Design and Manufacturing Requirements" are defined as those structural and engineering plans and manufacturing particulars, including but not limited to, precise measurements, tolerances, materials, and finished product tests for the system being produced.

c. "Defect," or failure, is any condition or characteristic in any supplies or services furnished under the contract, that is not in compliance with the requirements of the contract.

d. "Supplies" are the production items and each component thereof furnished by contractor under this contract.

e. "Systemic Failure" is a classification of failures which occurs or may occur, with a frequency, pattern, or sameness to indicate a logical regularity of occurrence.

3. WARRANTY. Notwithstanding inspection and acceptance by the Government of supplies furnished under this contract or any provision of this contract concerning the conclusiveness thereof, the contractor warrants that the supplies delivered under this contract will:

a. Conform to material and workmanship requirements delineated in this contract or in any modification of this contract in effect at the time of acceptance.

b. Conform to all drawings and specifications and all design and manufacturing requirements as furnished or identified by the Government specifically in this contract or incorporated by reference in this contract.

4. DURATION. Warranty coverage shall begin at acceptance of first supply and shall end 1095 days from acceptance of last supply.

5. LIABILITY. In the event the Government determines during the warranty duration, that supplies delivered under this contract fail to meet the conditions specified in paragraph 3 above, the contractor will, at the election of the Government:

(1) Promptly take action to correct the failure at no additional cost to the Government; and/or

(2) Pay costs incurred by the Government in taking such corrective action; and/or

(3) Accept an equitable reduction in the contract price.

The action to correct the defect may include acceptable redesign.

a. If the contractor becomes aware of any defect in supplies to meet the warranty prior to notification by the Government, the contractor shall notify the Government of the defect.

b. When items covered under this clause are returned to the contractor pursuant to this clause, the contractor will bear all transportation cost associated with the return of the items to the contractor's plant (not to exceed the cost to return the item from the original destination) and all costs associated with their return to the original destination. The contractor will bear all responsibility for the supplies while in transit.

c. SYSTEMIC FAILURE LIABILITY. In addition to the liability of paragraph 5 above, claims for correction of a systemic failure shall be invoked by the Contracting Officer giving written notice to the contractor that a systemic failure exists in supplies delivered under this contract. Corrective action must address the entire contract quantity. If the systemic failure is determined to be the result of a design deficiency, redesign must be considered.

7. MARKING AND PACKING OF WARRANTED SUPPLIES.

a. The preservation, packaging, packing, and marking, and the preparation for, and method of, shipment of such supplies will conform with the requirements of this contract.

b. The Contract Line Items and components listed below shall be identified and marked with respect to warranty requirements, and manufacturer's identification, in accordance with the warranty and manufacturer's identification marking requirements MIL-STD-129, "Marking for Shipments and Storage" and MIL-STD-130, "Identification Marking of US Military Property." The method of applying the marking must be acceptable to the Contracting Officer. The applicable Contract Line Items and components are the following: CLINs 0004, 0005, 0006, 0007, 0008, 0009, 0010.

8. EXCEPTIONS.

a. The prime contractor shall not be required to provide the warranties specified in paragraph 3 above on any property furnished to that contractor by the Government except for (1) defects in installation, (2) installation or modification is such a manner that invalidates a warranty provided by the manufacturer of the property, or (3) modifications made to the property by the prime contractor or a subcontractor thereof.

9. DISPUTES. The rights and remedies of the Government provided in this clause are in addition to, and do not limit, any rights the Government may have under any other clause of the contract. This clause shall not be construed as obligating the Government to increase the contract price. Disputes arising under this clause will be resolved in accordance with the clause of this contract entitled "Disputes."

10. DELAYS. In no event shall the Government be responsible for any extension or delays in scheduled deliveries or periods of performance under this contract as a result of contractor's obligation to correct defects, nor shall there be any adjustment for delivery schedule or period of performance as a result of correction of defects.

11. REPLACED OR REPAIRED SUPPLIES. Any supplies or parts thereof corrected or furnished in replacement shall also be subject to the conditions of this clause to the same extent as supplies initially accepted. The warranties, with respect to these supplies or parts shall expire at the same time as the warranty for the parts which they replace. These warranties will not, in any way be voided by any Government performed repair, accomplished in accordance with standard Military Service maintenance procedures, or any supply, or component thereof, covered by these warranties.

Section F - Deliveries or Performance

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-48 | F.O.B. Destination--Evidence Of Shipment | FEB 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/farsite.html
(End of clause)

**METHOD AND PLACE OF DELIVERY**

(a) The Government requires delivery to be made according to the following schedule:

**REQUIRED DELIVERY SCHEDULE**

**CLIN 0001:**
Production Verification Test (PVT):

| Quantity | Date of Delivery |
|---|---|
| 100 units | 45 days after award of delivery order |

Delivery Destination:
W15QKN
US Army, RDECOM
AMSRD-AAR-AEW-M(D)
Bldg. 65N
Picatinny Arsenal, NJ 07806-5000
Attention: Juan Patino (973) 724-1024

**CLIN 0002** – Contract Data Requirements List – As Required on DD Form 1423

**CLIN 0003**

| Quantity | Date of Delivery |
|---|---|
| 10 units | 30 days after award of delivery order |

Delivery Destination:
W15QKN
US Army, RDECOM
AMSRD-AAR-AEW-M(D)
Bldg. 65N
Picatinny Arsenal, NJ 07806-5000
Attention: Juan Patino (973) 724-1024

**CLINS 0004, 0005, 0006, 0007, 0008, 0009 and 0010:**
Required delivery for production quantities, when ordered, is anticipated to be at a rate of 2,000 units per month with a potential ramp up to 20,000 units per month should there be a surge in Government requirement. Deliveries will begin 30 days after award of delivery order.

Delivery Destination:
Actual delivery address will be given in delivery order. For pricing purposes the most likely address for delivery is:
XR W390 Red River Munitions Ctr
Highway 82 West CLV TPF
Gate 44 Bldg 184
Texarkana, TX 75507-5000
DoDAAC: W45G19

Section G - Contract Administration Data

CLAUSES INCORPORATED BY FULL TEXT

252.204-7006 BILLING INSTRUCTIONS (OCT 2005)

When submitting a request for payment, the Contractor shall--

(a) Identify the contract line item(s) on the payment request that reasonably reflect contract work performance; and

(b) Separately identify a payment amount for each contract line item included in the payment request.

(End of clause)

**PAYMENT (ARDEC 59)**

-

Payment shall be made to the remit-to address shown on the invoice as authorized by the contractor.

POINTS OF CONTACT

Contract Specialist: Kelly Nash
US Army JM&L LCMC
AMSML-AQ-SW, Bldg. 9
Picatinny, NJ 07806-5000
Phone: (973) 724-4220
kelly.nash1@pica.army.mil

Contracting Officer: Jennifer Aber
US Army JM&L LCMC
AMSML-AQ-SW, Bldg. 9
Picatinny, NJ 07806-5000
Phone: (973) 724-4113
jennifer.aber@pica.army.mil

DELIVERY ORDER INFORMATION

**Delivery Order Ombudsman:** To be determined.

Name:

Address:

Telephone:

Fax:
E-mail:

**Authority to Issue Delivery Orders:**
JM&L LCMC Acquisition Center in Picatinny, NJ is the only office authorized to issue delivery orders against this contract. The contracting officer is the only one with authority to issue delivery orders against this contract. Delivery orders may be issued electronically.

Section H - Special Contract Requirements

DELIVERY ORDER EVALUATION
**Delivery Order Evaluation Criteria**

If multiple contract awards are made, the Government may compete future requirements for award of delivery orders. The following outlines the Evaluation Factors, the Order of Importance and Ratings that will be used to evaluate any competitive delivery orders.

This requirement will be awarded on the basis of Best Value considering price, delivery schedule and past performance in determining the contractor that will receive the delivery order.

The Government may use data provided by the offeror in its proposal as well as data obtained from other sources, including previously awarded delivery orders.

**Price Area:** In response to a delivery order Request For Proposal (RFP), the offeror may submit a price at or below the prices contained in the contract.

**Delivery Schedule Area:** In response to a delivery order Request For Proposal (RFP), the offeror may submit a delivery schedule equivalent to or more expeditious than the one contained in the RFP.

**Past Performance Area:** Past performance will consider how well the contractor has performed on previous delivery orders under this contract (considering timeliness and quality) as well as the customer's overall satisfaction with the contractor's work.

Order of Importance: Price, Delivery Schedule and Past Performance are all of equal importance. The evaluation factors above are what the Government expects to use when competing delivery orders issued against this contract. The Government reserves the right to change the above criteria for any delivery order issued against this contract, or to evaluate only price, schedule, or past performance or any combination of these.

CLAUSES INCORPORATED BY FULL TEXT

**SCHEDULE OF GOVERNMENT FURNISHED PROPERTY (GFP) (ARDEC 64)**

-

(a) The Government will furnish and deliver (FOB Contractor's place of performance) the property listed below.

(b) If the delivery schedule is not met, the Contractor will notify the Contracting Officer in writing.

(c) Government Furnished Property Delivery Schedule:

| DESCRIPTION | QUANTITY | UNIT OF MEASURE | TIME OF DELIVERY |
|---|---|---|---|
| Technical Manuals | TBD per order | EA | 30 days prior to delivery of CCO |
| Surface Quality Standards | 1 | EA | After contractor request in accordance with ARDEC 37 |

**IDENTIFICATION OF CONTRACTOR EMPLOYEES (ARDEC 68) (DEC 05)**

This requirement is only applicable to contractor employees working on Picatinny Arsenal.

1. All contractor employees (which includes students utilized in the performance of the contract) working on the U.S. Army installation, Picatinny Arsenal in the State of New Jersey, in connection with this contract, shall conform to all applicable federal or state laws, and published rules and regulations of the Departments of Defense and Army, as well as any applicable regulations promulgated by TACOM-ARDEC and/or Picatinny Arsenal, including but not limited to traffic regulations. Additionally, all contractor employees working on classified contracts shall comply with the requirements of the National Industrial Security Program (NISPOM) and Army Regulation 380-5, Department of the Army Information Security Program. The term "contractor employee" includes employees, agents, students or student interns, or representatives and all employees, agents or representatives of all subcontractors and suppliers. Contractors are responsible for obtaining/returning identification badges /passes and vehicle decals/passes for each contractor employee who will work on the contract or enter Picatinny Arsenal. The badges/passes/decals are required for the term of the contract until completion or until release of the employee.

a. To obtain proper identification, contractor employees requiring recurring access (more than 90 days), must complete an application identification form (SMCAR 3058) for access to the installation. The form can be obtained from the Contracting Officer (CO) or Contracting Officer Representative (COR). The form must be signed by the CO or COR and also identify the contract number and expiration date before the badge can be issued. This form is brought to the Security Division, Badge and Identification Section, Building 1136 for processing of proper identification required per terms of the contract. Contractors requiring access for less than 90 days will be required to obtain a pass (Visitor Registration Form) from the Visitor Control Center. Passes will be issued for dates access is required, not to exceed 90 days. The CO or COR must complete the Visitor Registration Form applications on the PICAWEB prior to the contractor employee arriving at Picatinny Arsenal.

b. For the performance of this contract, the contractor shall utilize only employees who are U.S. Citizens or lawfully admitted and employed non-citizens.

c. The contract will not take effect until the contractor certifies, in writing, that all personnel utilized in the performance of this contract have been, or will be verified to be lawfully employable in the United States, and that the contractor has or will complete a criminal background check before an individual is utilized in performance of this contract.

i. Lawful employability will be verified by means of Employment Eligibility Form, INS Form I-9(if applicable), or by other applicable INS documentation approved for a specific non-citizen status.

ii. The criminal background check will establish that neither the Contractor, nor individual's state or nation of permanent residence has any record or credible information that the individual has a "criminal history". In this context, "criminal history" will be defined as adjudicated guilt or pending adjudication of a crime as defined under New Jersey law, or equivalent offense under the applicable laws of another jurisdiction. If the contractor has doubt about the applicability of an offense to this definition, the circumstances must be reported to TACOM-ARDEC Security for adjudication of the individual's employability."

d. Any delay in the furnishing of the above, including any delay in the obtaining of the background check, is at the sole risk of the contractor and will not be the basis of any equitable adjustment or other change to the contract.

e. The contractor shall utilize only qualified, responsible, and capable employees in the performance of the work on the contract. The Contractor shall not employ persons for contract work to be conducted on the installation who have criminal history. The Contracting Officer will require that the contractor remove from performance of work, employees who have a criminal history, endanger persons or property, or whose continued employment under this contract is inconsistent with the interests of military security. Additionally, the TACOM-ARDEC Commander may bar such employees from the installation.

f. The identification badge or pass issued to each employee of the contractor is for his own use only. Misuse of the badge or pass, such as permitting others to use it will result in criminal charges under Title 18 USC 499 and 701; and barring the employee from Picatinny Arsenal. Should the employee lose the badge or pass, the contractor may be charged for the cost of re-issuance of the badge or pass. Additionally, the employee and the contractor must submit a sworn affidavit as to the circumstances of the loss before a new badge or pass is issued.

g. Fingerprinting of employee and any other procedure deemed necessary for the security of Picatinny Arsenal may be required at the discretion of Picatinny Security. All Contractor personnel requiring access to the Picatinny ADP system are required to have a National Agency check.

h. Permission to use photographic capable cell phones on Army installations must be requested through proper security channels. No Portable Electronic Devices (PED) devices will be used in an area where classified information is discussed or electronically processed.

Currently, all (to include personally owned) photographic capable devices will not be brought onto the Picatinny Arsenal installation nor used by personnel on Army installations as a photographic device without proper authority granted by the Security Office. If an individual is seen using one of these phones as a photographic device, the phone will be confiscated and turned in to the Security Office IAW AR 190-13, para 6-6a(1). All images on the phone will be removed, and the individual will be allowed to pickup his/her phone at the end of the day from the Security Office. This policy applies to all military personnel, government civilians, contractors, and visitors.

2. All contractor employees, while on the premises at Picatinny Arsenal, shall continually wear the badge, obtained pursuant to paragraph 1 above. The badge shall be worn so as to be visible to others at all times. Individuals issued passes will have on their person the pass. Passes will be presented upon request by Security personnel or other government official charged with security of the area.

3. All contractor employees meeting with Government employees or attending meetings at Picatinny, shall, at the beginning of the meeting, announce to all other attendees that they are contractor employees, employed by (Name of Contractor's name/address), and the name of all other companies or individuals that currently employs them or that the contractor employee currently represents. In addition, contractor employees shall wear a visible badge that displays their company's name. If a visiting contractor is working on a classified contract his/her visit request with security clearance information must be approved by the TACOM-ARDEC Industrial Security Division, where it will be held on file. Government employees hosting meetings will verify the contractor employee's security clearance information is on file in the TACOM-ARDEC Security Division prior to contractor access to classified information.

4. When the contract number under which the badge / pass was obtained is completed (date of last delivery or performance of last service, termination of the contract or release of the employee) including any exercise of an option pursuant to the terms of the contract, the contractor shall return the badges /

passes for all of their employees to Picatinny Security and obtain a receipt for each within (3) three business days. Identification cards, Computer Access Cards and computer accounts must be surrendered to ARDEC - Security upon completion of the contract or an employee's termination during the life of the contract.

5. Failure to comply with the requirements of paragraph 4 will be grounds for withholding any funds due the contractor until completion of the requirement, notwithstanding any other clause or requirements in the contract. Failure to comply may also be used as an adverse factor with respect to contractor past performance in connection with award of future contracts to the firm.

6. If the contractor obtains a new or follow-on contract for work at Picatinny Arsenal, he shall obtain new badges / passes for each of his employees indicating the new or follow-on contract number and comply with the applicable provisions of the follow-on contract which cover the subject matter of this Clause. This paragraph does not apply to the exercise of an option.

7. The contractor and each contractor employee working on Picatinny Arsenal shall sign a Non-disclosure Agreement on their company's letterhead prior to commencing work under the contract or obtaining the badges / passes required by paragraph 1 above. There will be one Non-disclosure Agreement for each employee. The Non-disclosure Agreement shall be in the format indicated below.

8. The COR has the responsibility to assure contractors comply with the provisions of this clause. The COR/Government Point of Contact (POC) shall coordinate the contractor's obtaining and returning of badges / passes and signature of the Non-disclosure Agreement. The contractor shall furnish, before initiating work under the contract, the COR/Government POC two (2) copies of each fully completed, signed, SMCAR 3058 and non-disclosure statement for each contractor employee. One copy shall be maintained in the COR/Government POC file. The COR/Government POC shall furnish the other copy to the Contracting Officer for inclusion in the official contract file.

9. Contractor Employees having a mission related need to use a camera any place on the Installation will submit a request for camera pass in accordance with ARDEC Regulation 190-4, to the Contracting Officer Representative (COR) of the contract and obtain a camera pass by the Chief of Police prior to bringing a camera onto the installation.

10. Before any contractor employee can be given access to "non- public information" (as defined below) there must be a signed, written agreement between the recipient contractor/contractor employee and the owner of the non-public information. A copy of the agreement will be made a part of the contract file.

FORMAT FOR
NON-DISCLOSURE AGREEMENT

I, ____________________, an employee and authorized representative of ____________________________________________________________, a Contractor providing support services to Picatinny Arsenal or its tenants (hereinafter PICATINNY), and likely to have access to nonpublic information (hereinafter RECIPIENT), under contract number ______________________, agrees to and promises the following:

WHEREAS RECEIPIENT is engaged in delivery support services to PICATINNY under contract; and

WHEREAS, It is the intention of PICATINNY to protect and prevent unauthorized access to and disclosure of nonpublic information to anyone other than employees of the United States Government who have a need to know; and, WHEREAS, PICATINNY acknowledges that RECIPIENT will from time to time have or require access to such nonpublic information in the course of delivering the contract services; and,

WHEREAS, RECIPIENT may be given or other have access to nonpublic information while providing such services; and,

WHEREAS, "nonpublic information" includes, but is not limited to such information as: proprietary information (e.g., information submitted by a contractor marked as proprietary); advanced procurement information (e.g., future requirements, statements of work, and acquisition strategies); source selection information (e.g., bids before made public, source selection plans, and rankings of proposals); trade secrets and

other confidential business information (e.g., confidential business information submitted by the contractor); attorney work product; information protected by the Privacy Act (e.g., social security numbers, home addresses and telephone numbers); and other sensitive information that would not be released by Picatinny under the Freedom of Information Act (e.g., program, planning and budgeting system information);

NOW THEREFORE, RECIPIENT agrees to and promises as follows:

RECIPIENT shall not seek access to nonpublic information beyond what is required for the performance of the support services contract;

RECIPIENT will ensure that his or her status as a contractor employee is known when seeking access to and receiving such nonpublic information of Government employees;

As to any nonpublic information to which RECIPIENT has or is given access, RECIPIENT shall not use or disclose such information for any purpose other than providing the contract support services, and will not use or disclose the information to any unauthorized person or entity for personal, commercial, or any unauthorized purposes; and

If RECIPIENT becomes aware of any improper release or disclosure of such nonpublic information, RECIPIENT will advise the contracting officer in writing as soon as possible.

The RECIPIENT agrees to return any nonpublic information given to him or her pursuant to this agreement, including any transcriptions by RECIPIENT of nonpublic information to which RECIPIENT was given access, if not already destroyed, when RECIPIENT no longer performs work under the contract.

RECIPIENT understands that any unauthorized use, release or disclosure of nonpublic information in violation of this Agreement will subject the RECIPIENT and the RECIPIENT's employer to administrative, civil or criminal remedies as may be authorized by law.

RECIPIENT: ______________________________ (signature)
PRINTED NAME: __________________________
TITLE: ______________________________
EMPLOYER: ______________________________

**RELEASE OF INFORMATION RESEARCH AND DEVELOPMENT (ARDEC 70)**
-

1. Classified Contracts - The DOD Security Agreement (DD Form 441) and DOD Contract Security Classification Specification (DD Form 254) apply.

2. Unclassified Contracts-Restricted Release - Obtain the Contracting Officer's approval before releasing information received during this contract or generated from this contract, except if a college, university or laboratory receives the award and conducts the research on campus.

3. Unclassified Contracts-Unrestricted Release - You may release information received during the contract or developed from the contract without Contracting Officer's approval if:

a. you are a college, university/laboratory; and

b. you conduct the research on campus.

But, obtain approval before releasing the information if there is a high likelihood of revealing abilities of military systems or information concerning manufacturing technologies unique and critical to defense.

NOTE: Section J provides instructions for clearing technical material for release to the public and a sample clearance form (AMSTA-AR Form 3002).

**MATERIAL INSPECTION AND RECEIVING REPORT (ARDEC 76)**

-

Distribute electronic copies of the Inspection and Receiving Reports to the following:

To be added at award.

**DEFENSE PRIORITIES AND ALLOCATION SYSTEM (ARDEC 157)**

-

This is a rated order for national defense use, and you are required to follow all provisions of the Defense Priorities and Allocation System Regulation (15 CFR 700).

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | JUL 2006 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | SEP 2006 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Sep 2006) Alternate II | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.219-25 | Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting | OCT 1999 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JAN 2006 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-39 | Notification of Employee Rights Concerning Payment of Union Dues or Fees | DEC 2004 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | FEB 2006 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-14 | Rights in Data--General | JUN 1987 |

| | | |
|---|---|---|
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | MAR 2007 |
| 52.246-23 | Limitation Of Liability | FEB 1997 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | APR 2007 |
| 252.222-7006 | Combating Trafficking in Persons | OCT 2006 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | JUN 2005 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.225-7004 | Reporting of Contract Performance Outside the United States and Canada--Submission after Award | DEC 2006 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JAN 2007 |
| 252.225-7013 | Duty-Free Entry | OCT 2006 |
| 252.225-7014 | Preference For Domestic Specialty Metals | JUN 2005 |
| 252.225-7033 | Waiver of United Kingdom Levies | APR 2003 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | APR 2003 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | SEP 2004 |
| 252.227-7028 | Technical Data or Computer Software Previously Delivered to the Government | JUN 1995 |
| 252.229-7000 | Invoices Exclusive of Taxes or Duties | JUN 1997 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2007 |
| 252.232-7008 | Assignment of Claims (Overseas) | JUN 1997 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | JAN 2007 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |

CLAUSES INCORPORATED BY FULL TEXT

52.209-3 FIRST ARTICLE APPROVAL--CONTRACTOR TESTING (SEP 1989) - ALTERNATE I (JAN 1997).

(a) The Contractor shall test 10 unit(s) of Lot/Item Close Combat Optic Sight Reflex as specified in this contract. At least 15 calendar days before the beginning of first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so that the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 30 calendar days from the date of the First Article Test to US Army ARDEC, Attn: Ms. Linda Cline AMSRD-AAR-QEP-C, Bldg. 62, Picatinny Arsenal, NJ 07806-5000 marked "FIRST ARTICLE TEST REPORT: Contract No. , Lot/Item No. " Within 30 calendar days after the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article tests. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. The Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the Contracting Officer may, by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government. If first article tests reveal deviations from contract requirements, the Contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

(i) The Contractor shall produce both the first article and the production quantity at the same facility.

(h) The Government may waive the requirement for first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the offeror/contractor and have been accepted by the Government. The offeror/contractor may request a waiver.

(End of clause)

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from contract award through 84 months after contract award if all options are exercised.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than 100, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 565,783;

(2) Any order for a combination of items in excess of 565,783; or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 90 months after contract award.

(End of clause)

52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days before the end of the previous ordering period. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days before the end of the previous ordering period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 84 months.
(End of clause)

52.223-7 NOTICE OF RADIOACTIVE MATERIALS (JAN 1997)

(a) The Contractor shall notify the Contracting Officer or designee, in writing, 10* days prior to the delivery of, or prior to completion of any servicing required by this contract of, items containing either (1) radioactive material requiring specific licensing under the regulations issued pursuant to the Atomic Energy Act of 1954, as amended, as set forth in Title 10 of the Code of Federal Regulations, in effect on the date of this contract, or (2) other radioactive material not requiring specific licensing in which the specific activity is greater than 0.002 microcuries per gram or the activity per item equals or exceeds 0.01 microcuries. Such notice shall specify the part or parts of the items which contain radioactive materials, a description of the materials, the name and activity of the isotope, the manufacturer of the materials, and any other information known to the Contractor which will put users of the items on notice as to the hazards involved (OMB No. 9000-0107).

* The Contracting Officer shall insert the number of days required in advance of delivery of the item or completion of the servicing to assure that required licenses are obtained and appropriate personnel are notified to institute any necessary safety and health precautions. See FAR 23.601(d).

(b) If there has been no change affecting the quantity of activity, or the characteristics and composition of the radioactive material from deliveries under this contract or prior contracts, the Contractor may request that the Contracting Officer or designee waive the notice requirement in paragraph (a) of this clause. Any such request shall-

(1) Be submitted in writing;

(2) State that the quantity of activity, characteristics, and composition of the radioactive material have not changed; and

(3) Cite the contract number on which the prior notification was submitted and the contracting office to which it was submitted.

(c) All items, parts, or subassemblies which contain radioactive materials in which the specific activity is greater than 0.002 microcuries per gram or activity per item equals or exceeds 0.01 microcuries, and all containers in which such items, parts or subassemblies are delivered to the Government shall be clearly marked and labeled as required by the latest revision of MIL-STD 129 in effect on the date of the contract.

(d) This clause, including this paragraph (d), shall be inserted in all subcontracts for radioactive materials meeting the criteria in paragraph (a) of this clause.

(End of clause)

52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004)

United States law will apply to resolve any claim of breach of this contract.

(End of clause)

52.248-1 VALUE ENGINEERING (FEB 2000)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any net acquisition savings realized from accepted VECP's, in accordance with the incentive sharing rates in paragraph (f) below.

(b) Definitions. "Acquisition savings," as used in this clause, means savings resulting from the application of a VECP to contracts awarded by the same contracting office or its successor for essentially the same unit. Acquisition savings include--

(1) Instant contract savings, which are the net cost reductions on this, the instant contract, and which are equal to the instant unit cost reduction multiplied by the number of instant contract units affected by the VECP, less the Contractor's allowable development and implementation costs;

(2) Concurrent contract savings, which are net reductions in the prices of other contracts that are definitized and ongoing at the time the VECP is accepted; and

(3) Future contract savings, which are the product of the future unit cost reduction multiplied by the number of future contract units in the sharing base. On an instant contract, future contract savings include savings on increases in quantities after VECP acceptance that are due to contract modifications, exercise of options, additional orders, and funding of subsequent year requirements on a multiyear contract.

"Collateral costs," as used in this clause, means agency cost of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contracting office" includes any contracting office that the acquisition is transferred to, such as another branch of the agency or another agency's office that is performing a joint acquisition action.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Future unit cost reduction," as used in this clause, means the instant unit cost reduction adjusted as the Contracting Officer considers necessary for projected learning or changes in quantity during the sharing period. It is calculated at the time the VECP is accepted and applies either (1) throughout the sharing period, unless the Contracting Officer decides that recalculation is necessary because conditions are significantly different from those previously anticipated or (2) to the calculation of a lump-sum payment, which cannot later be revised.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistics support. The term does not include the normal administrative costs of processing the VECP or any increase in this contract's cost or price resulting from negative instant contract savings.

"Instant contract," as used in this clause, means this contract, under which the VECP is submitted. It does not include increases in quantities after acceptance of the VECP that are due to contract modifications, exercise of options, or additional orders. If this is a multiyear contract, the term does not include quantities funded after VECP acceptance. If this contract is a fixed-price contract with prospective price redetermination, the term refers to the period for which firm prices have been established.

"Instant unit cost reduction" means the amount of the decrease in unit cost of performance (without deducting any Contractor's development or implementation costs) resulting from using the VECP on this, the instant contract. If this is a service contract, the instant unit cost reduction is normally equal to the number of hours per line-item task saved by using the VECP on this contract, multiplied by the appropriate contract labor rate.

"Negative instant contract savings" means the increase in the cost or price of this contract when the acceptance of a VECP results in an excess of the Contractor's allowable development and implementation costs over the product of the instant unit cost reduction multiplied by the number of instant contract units affected.

"Net acquisition savings" means total acquisition savings, including instant, concurrent, and future contract savings, less Government costs.

"Sharing base," as used in this clause, means the number of affected end items on contracts of the contracting office accepting the VECP.

Sharing period, as used in this clause, means the period beginning with acceptance of the first unit incorporating the VECP and ending at a calendar date or event determined by the contracting officer for each VECP.

"Unit," as used in this clause, means the item or task to which the Contracting Officer and the Contractor agree the VECP applies.

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the overall projected cost to the agency without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only;

(ii) In research and development (R&D) end items or R&D test quantities that is due solely to results of previous testing under this contract; or

(iii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (8) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and the proposed requirement, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, the effect of the change on the end item's performance, and any pertinent objective test data.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) Identification of the unit to which the VECP applies.

(4) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under the Subcontracts paragraph of this clause, below.

(5) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(6) A prediction of any effects the proposed change would have on collateral costs to the agency.

(7) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(8) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Contracting Officer, unless this contract states otherwise. If this contract is administered by other than the contracting office, the Contractor shall submit a copy of the VECP simultaneously to the Contracting Officer and to the Administrative Contracting Officer.

(e) Government action. (1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

(2) If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause and made either before or within a reasonable time after contract performance is completed. Until such a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing rates. If a VECP is accepted, the Contractor shall share in net acquisition savings according to the percentages shown in the table below. The percentage paid the Contractor depends upon (1) this contract's type (fixed-price, incentive, or cost-reimbursement), (2) the sharing arrangement specified in paragraph (a) above (incentive, program requirement, or a combination as delineated in the Schedule), and (3) the source of the savings (the instant contract, or concurrent and future contracts), as follows:

**CONTRACTOR'S SHARE OF NET ACQUISITION SAVINGS**

(Figures in percent)

| | | | | |
|---|---|---|---|---|
| Contract Type | Incentive (Voluntary) | | Program Requirement (Mandatory) | |
| | Instant Contract Rate | Concurrent and Future Contract Rate | Instant Contract Rate | Concurrent and Future Contract Rate |
| Fixed-price (includes fixed-price-award-fee; excludes other fixed-price incentive contracts) | (1) 50 | (1) 50 | (1) 25 | 25 |
| Incentive (fixed-price or cost) (other than award fee) | (2) | (1) 50 | (2) | 25 |
| Cost- | (3) 25 | (3) 25 | 15 | 15 |

| | | | | |
|---|---|---|---|---|
| reimbursement (includes cost-plus-award-fee; excludes other cost-type incentive Contracts) | | | | |

(1) The Contracting Officer may increase the Contractor's sharing rate to as high as 75 percent for each VECP.
(2) Same sharing arrangement as the contract's profit or fee adjustment formula.
(3) The Contracting Officer may increase the Contractor's sharing rate to as high as 50 percent for each VECP.

(g) Calculating net acquisition savings.

(1) Acquisition savings are realized when (i) the cost or price is reduced on the instant contract, (ii) reductions are negotiated in concurrent contracts, (iii) future contracts are awarded, or (iv) agreement is reached on a lump-sum payment for future contract savings (see subparagraph (i)(4) below). Net acquisition savings are first realized, and the Contractor shall be paid a share, when Government costs and any negative instant contract savings have been fully offset against acquisition savings.

(2) Except in incentive contracts, Government costs and any price or cost increases resulting from negative instant contract savings shall be offset against acquisition savings each time such savings are realized until they are fully offset. Then, the Contractor's share is calculated by multiplying net acquisition savings by the appropriate Contractor's percentage sharing rate (see paragraph (f) above). Additional Contractor shares of net acquisition savings shall be paid to the Contractor at the time realized.

(3) If this is an incentive contract, recovery of Government costs on the instant contract shall be deferred and offset against concurrent and future contract savings. The Contractor shall share through the contract incentive structure in savings on the instant contract items affected. Any negative instant contract savings shall be added to the target cost or to the target price and ceiling price, and the amount shall be offset against concurrent and future contract savings.

(4) If the Government does not receive and accept all items on which it paid the Contractor's share, the Contractor shall reimburse the Government for the proportionate share of these payments.

(h) Contract adjustment. The modification accepting the VECP (or a subsequent modification issued as soon as possible after any negotiations are completed) shall--

(1) Reduce the contract price or estimated cost by the amount of instant contract savings, unless this is an incentive contract;

(2) When the amount of instant contract savings is negative, increase the contract price, target price and ceiling price, target cost, or estimated cost by that amount;

(3) Specify the Contractor's dollar share per unit on future contracts, or provide the lump-sum payment;

(4) Specify the amount of any Government costs or negative instant contract savings to be offset in determining net acquisition savings realized from concurrent or future contract savings; and

(5) Provide the Contractor's share of any net acquisition savings under the instant contract in accordance with the following:

(i) Fixed-price contracts--add to contract price.

(ii) Cost-reimbursement contracts--add to contract fee.

(i) Concurrent and future contract savings.

(1) Payments of the Contractor's share of concurrent and future contract savings shall be made by a modification to the instant contract in accordance with subparagraph (h)(5) above. For incentive contracts, shares shall be added as a separate firm-fixed-price line item on the instant contract. The Contractor shall maintain records adequate to identify the first delivered unit for 3 years after final payment under this contract.

(2) The Contracting Officer shall calculate the Contractor's share of concurrent contract savings by (i) subtracting from the reduction in price negotiated on the concurrent contract any Government costs or negative instant contract savings not yet offset and (ii) multiplying the result by the Contractor's sharing rate.

(3) The Contracting Officer shall calculate the Contractor's share of future contract savings by (i) multiplying the future unit cost reduction by the number of future contract units scheduled for delivery during the sharing period, (ii) subtracting any Government costs or negative instant contract savings not yet offset, and (iii) multiplying the result by the Contractor's sharing rate.

(4) When the Government wishes and the Contractor agrees, the Contractor's share of future contract savings may be paid in a single lump sum rather than in a series of payments over time as future contracts are awarded. Under this alternate procedure, the future contract savings may be calculated when the VECP is accepted, on the basis of the Contracting Officer's forecast of the number of units that will be delivered during the sharing period. The Contractor's share shall be included in a modification to this contract (see subparagraph (h)(3) above) and shall not be subject to subsequent adjustment.

(5) Alternate no-cost settlement method. When, in accordance with subsection 48.104-4 of the Federal Acquisition Regulation, the Government and the Contractor mutually agree to use the no-cost settlement method, the following applies:

(i) The Contractor will keep all the savings on the instant contract and on its concurrent contracts only.

(ii) The Government will keep all the savings resulting from concurrent contracts placed on other sources, savings from all future contracts, and all collateral savings.

(j) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount, as specified in paragraph (h)(5) of this clause, by a rate from 20 to 100 percent, as determined by the Contracting Officer, of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price, target price, target cost, or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer will be the sole determiner of the amount of collateral savings.

(k) Relationship to other incentives. Only those benefits of an accepted VECP not rewardable under performance, design-to-cost (production unit cost, operating and support costs, reliability and maintainability), or similar incentives shall be rewarded under this clause. However, the targets of such incentives affected by the VECP shall not be adjusted because of VECP acceptance. If this contract specifies targets but provides no incentive to surpass them, the value engineering sharing shall apply only to the amount of achievement better than target.

(l) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $100,000 or more and may include one in subcontracts of lesser value. In calculating any adjustment in this contract's price for instant contract savings (or negative instant contract savings), the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs, and any value engineering incentive payments to a subcontractor, clearly resulting from a VECP accepted by the Government under this contract. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that the payments shall not reduce the Government's share of concurrent or future contract savings or collateral savings.

(m) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."

If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

(End of clause)

252.211-7003 ITEM IDENTIFICATION AND VALUATION (JUN 2005)

(a) Definitions. As used in this clause'

Automatic identification device means a device, such as a reader or interrogator, used to retrieve data encoded on machine-readable media.

Concatenated unique item identifier means--

(1) For items that are serialized within the enterprise identifier, the linking together of the unique identifier data elements in order of the issuing agency code, enterprise identifier, and unique serial number within the enterprise identifier; or

(2) For items that are serialized within the original part, lot, or batch number, the linking together of the unique identifier data elements in order of the issuing agency code; enterprise identifier; original part, lot, or batch number; and serial number within the original part, lot, or batch number.

Data qualifier means a specified character (or string of characters) that immediately precedes a data field that defines the general category or intended use of the data that follows.

DoD recognized unique identification equivalent means a unique identification method that is in commercial use and has been recognized by DoD. All DoD recognized unique identification equivalents are listed at http://www.acq.osd.mil/dpap/UID/equivalents.html.