# EXHIBIT 3
## (Continued)

DoD unique item identification means a system of marking items delivered to DoD with unique item identifiers that have machine-readable data elements to distinguish an item from all other like and unlike items. For items that are serialized within the enterprise identifier, the unique item identifier shall include the data elements of the enterprise identifier and a unique serial number. For items that are serialized within the part, lot, or batch number within the enterprise identifier, the unique item identifier shall include the data elements of the enterprise identifier; the original part, lot, or batch number; and the serial number.

Enterprise means the entity (e.g., a manufacturer or vendor) responsible for assigning unique item identifiers to items.

Enterprise identifier means a code that is uniquely assigned to an enterprise by an issuing agency.

Government's unit acquisition cost means--

(1) For fixed-price type line, subline, or exhibit line items, the unit price identified in the contract at the time of delivery;

(2) For cost-type or undefinitized line, subline, or exhibit line items, the Contractor's estimated fully burdened unit cost to the Government at the time of delivery; and

(3) For items produced under a time-and-materials contract, the Contractor's estimated fully burdened unit cost to the Government at the time of delivery.

Issuing agency means an organization responsible for assigning a non-repeatable identifier to an enterprise (i.e., Dun & Bradstreet's Data Universal Numbering System (DUNS) Number, Uniform Code Council (UCC)/EAN International (EAN) Company Prefix, or Defense Logistics Information System (DLIS) Commercial and Government Entity (CAGE) Code).

Issuing agency code means a code that designates the registration (or controlling) authority for the enterprise identifier.

Item means a single hardware article or a single unit formed by a grouping of subassemblies, components, or constituent parts.

Lot or batch number means an identifying number assigned by the enterprise to a designated group of items, usually referred to as either a lot or a batch, all of which were manufactured under identical conditions.

Machine-readable means an automatic identification technology media, such as bar codes, contact memory buttons, radio frequency identification, or optical memory cards.

Original part number means a combination of numbers or letters assigned by the enterprise at item creation to a class of items with the same form, fit, function, and interface.

Parent item means the item assembly, intermediate component, or subassembly that has an embedded item with a unique item identifier or DoD recognized unique identification equivalent.

Serial number within the enterprise identifier means a combination of numbers, letters, or symbols assigned by the enterprise to an item that provides for the differentiation of that item from any other like and unlike item and is never used again within the enterprise.

Serial number within the part, lot, or batch number means a combination of numbers or letters assigned by the enterprise to an item that provides for the differentiation of that item from any other like item within a part, lot, or batch number assignment.

Serialization within the enterprise identifier means each item produced is assigned a serial number that is unique among all the tangible items produced by the enterprise and is never used again. The enterprise is responsible for ensuring unique serialization within the enterprise identifier.

Serialization within the part, lot, or batch number means each item of a particular part, lot, or batch number is assigned a unique serial number within that part, lot, or batch number assignment. The enterprise is responsible for ensuring unique serialization within the part, lot, or batch number within the enterprise identifier.

Unique item identifier means a set of data elements marked on items that is globally unique and unambiguous.

Unique item identifier type means a designator to indicate which method of uniquely identifying a part has been used. The current list of accepted unique item identifier types is maintained at http://www.acq.osd.mil/dpap/UID/uid__types.html.

(b) The Contractor shall deliver all items under a contract line, subline, or exhibit line item.

(c) DoD unique item identification or DoD recognized unique identification equivalents.

(1) The Contractor shall provide DoD unique item identification, or a DoD recognized unique identification equivalent, for--

(i) All delivered items for which the Government's unit acquisition cost is $5,000 or more; and

(ii) The following items for which the Government's unit acquisition cost is less than $5,000:

| Contract line, subline, or exhibit line item No. | Item description: |
|---|---|

(iii) Subassemblies, components, and parts embedded within delivered items as specified in Attachment Number ------.

(2) The concatenated unique item identifier and the component data elements of the DoD unique item identification or DoD recognized unique identification equivalent shall not change over the life of the item.

(3) Data syntax and semantics of DoD unique item identification and DoD recognized unique identification equivalents. The Contractor shall ensure that--

(i) The encoded data elements (except issuing agency code) of the unique item identifier are marked on the item using one of the following three types of data qualifiers, as determined by the Contractor:

(A) Data Identifiers (DIs) (Format 06) in accordance with ISO/IEC International Standard 15418, Information Technology `` EAN/UCC Application Identifiers and ANSI MH 10 Data Identifiers and ANSI MH 10 Data Identifiers and Maintenance.

(B) Application Identifiers (AIs) (Format 05), in accordance with ISO/IEC International Standard 15418, Information Technology `` EAN/UCC Application Identifiers and ANSI MH 10 Data Identifiers and ANSI MH 10 Data Identifiers and Maintenance.

(C) Text Element Identifiers (TEIs), in accordance with the DoD collaborative solution ``DD" format for use until the solution is approved by ISO/IEC JTC1 SC 31. The ``DD" format is described in Appendix D of the DoD Guide to Uniquely Identifying Items, available at http://www.acq.osd.mil/dpap/UID/guides.htm; and

(ii) The encoded data elements of the unique item identifier conform to ISO/IEC International Standard 15434, Information Technology--Syntax for High Capacity Automatic Data Capture Media.

(4) DoD unique item identification and DoD recognized unique identification equivalents.

(i) The Contractor shall--

(A) Determine whether to serialize within the enterprise identifier or serialize within the part, lot, or batch number; and

(B) Place the data elements of the unique item identifier (enterprise identifier; serial number; and for serialization within the part, lot, or batch number only; original part, lot, or batch number) on items requiring marking by paragraph (c)(1) of this clause, based on the criteria provided in the version of MIL-STD-130, Identification Marking of U.S. Military Property, cited in the contract Schedule.

(ii) The issuing agency code--

(a) Shall not be placed on the item; and

(B) Shall be derived from the data qualifier for the enterprise identifier.

(d) For each item that requires unique item identification under paragraph (c)(1)(i) or (ii) of this clause, in addition to the information provided as part of the Material Inspection and Receiving Report specified elsewhere in this contract, the Contractor shall report at the time of delivery, either as part of, or associated with, the Material Inspection and Receiving Report, the following information:

(1) Concatenated unique item identifier; or DoD recognized unique identification equivalent.

(2) Unique item identifier type.

(3) Issuing agency code (if concatenated unique item identifier is used).

(4) Enterprise identifier (if concatenated unique item identifier is used).

(5) Original part number.

(6) Lot or batch number.

(7) Current part number (if not the same as the original part number).

(8) Current part number effective date.

(9) Serial number.

(10) Government's unit acquisition cost.

(e) For embedded DoD serially managed subassemblies, components, and parts that require unique item identification under paragraph (c)(1)(iii) of this clause, the Contractor shall report at the time of delivery, either as part of, or associated with the Material Inspection and Receiving Report specified elsewhere in this contract, the following information:

(1) Concatenated unique item identifier or DoD recognized unique identification equivalent of the parent item delivered under a contract line, subline, or exhibit line item that contains the embedded subassembly, component, or part.

(2) Concatenated unique item identifier or DoD recognized unique identification equivalent of the embedded subassembly, component, or part.

(3) Unique item identifier type.**

(4) Issuing agency code (if concatenated unique item identifier is used).**

(5) Enterprise identifier (if concatenated unique item identifier is used).**

(6) Original part number.**

(7) Lot or batch number.**

(8) Current part number (if not the same as the original part number.**

(9) Current part number effective date.**

(10) Serial number.**

(11) Unit of measure.

(12) Description.

** Once per item.

(f) The Contractor shall submit the information required by paragraphs (d) and (e) of this clause in accordance with the data submission procedures at http://www.acq.osd.mil/dpap/UID/DataSubmission.htm.

(g) Subcontracts. If paragraph (c)(1) of this clause applies, the Contractor shall include this clause, including this paragraph (g), in all subcontracts issued under this contract.

(End of clause)

252.211-7005 SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (NOV 2005)

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard at specific facilities. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives of the Contractor, the Defense Contract Management Agency, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation. A listing of SPI processes accepted at specific facilities is available via the Internet at http://guidebook.dcma.mil/20/guidebook_process.htm (paragraph 4.2).

(c) An offeror proposing to use an SPI process in lieu of military or Federal specifications or standards cited in the solicitation shall--

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted;

(2) Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military or Federal specifications or standards cited in the solicitation;

(3) Identify the contract line items, subline items, components, or elements affected by the SPI process; and

(4) If the proposed SPI process has been accepted at the facility at which it is proposed for use, but is not yet listed at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of Defense acceptance of the SPI process.

(d) Absent a determination that an SPI process is not acceptable for this procurement, the Contract shall use the following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process:________________________________

Facility:____________________________________

Military or Federal Specification or Standard:________________

Affected Contract Line Item Number, Subline Item Number, Component, or Element:__________________

___________________________________________

(e) If a prospective offeror wishes to obtain, prior to the time specified for receipt of offers, verification that an SPI process is an acceptable replacement for military or Federal specifications or standards required by the solicitation, the prospective offeror--

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

(End of clause)

252.225-7006 QUARTERLY REPORTING OF ACTUAL CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES (DEC 2006)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Reporting requirement. Except as provided in paragraph (c) of this clause, within 10 days after the end of each quarter of the Government's fiscal year, the Contractor shall report any subcontract, purchase, or intracompany transfer that--

(1) Will be or has been performed outside the United States;

(2) Exceeds the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation; and

(3) Has not been identified in a report for a previous quarter.

(c) Exception. Reporting under this clause is not required if--

(1) A foreign place of performance is the principal place of performance of the contract; and

(2) The Contractor specified the foreign place of performance in its offer.

(d) Submission of reports. The Contractor shall submit the reports required by this clause to: Deputy Director of Defense Procurement and Acquisition Policy (Program Acquisition and International Contracting), OUSD(AT&L)DPAP(PAIC), Washington, DC 20301-3060.

(e) Report format. The Contractor--

(1) Shall submit reports using--

(i) DD Form 2139, Report of Contract Performance Outside the United States; or

(ii) A computer-generated report that contains all information required by DD Form 2139; and

(2) May obtain copies of DD Form 2139 from the Contracting Officer or via the Internet at http://www.dtic.mil/whs/directives/infomgt/forms/formsprogram.htm.

(f) Subcontracts. The Contractor--

(1) Shall include the substance of this clause in all first-tier subcontracts exceeding $550,000, except those for commercial items, construction, ores, natural gases, utilities, petroleum products and crudes, timber (logs), or subsistence;

(2) Shall provide the number of this contract to its subcontractors required to submit reports under this clause; and

(3) Shall require the subcontractor, with respect to performance of its subcontract, to comply with the requirements directed to the Contractor in paragraphs (b) through (e) of this clause.

(End of clause)

252.227-7013 RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS. (NOV 1995)

(a) Definitions. As used in this clause:

(1) Computer data base means a collection of data recorded in a form capable of being processed by a computer. The term does not include computer software.

(2) Computer program means a set of instructions, rules, or routines recorded in a form that is capable of causing a computer to perform a specific operation or series of operations.

(3) Computer software means computer programs, source code, source code listings, object code listings, design details, algorithms, processes, flow charts, formulae and related material that would enable the software to be reproduced, recreated, or recompiled. Computer software does not include computer data bases or computer software documentation.

(4) Computer software documentation means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

(5) Detailed manufacturing or process data means technical data that describe the steps, sequences, and conditions of manufacturing, processing or assembly used by the manufacturer to produce an item or component or to perform a process.

(6) Developed means that an item, component, or process exists and is workable. Thus, the item or component must have been constructed or the process practiced. Workability is generally established when the item, component, or process has been analyzed or tested sufficiently to demonstrate to reasonable people skilled in the applicable art that there is a high probability that it will operate as intended. Whether, how much, and what type of analysis or testing is required to establish workability depends on the nature of the item, component, or process, and the state of the art. To be considered "developed," the item, component, or process need not be at the stage where it could be offered for sale or sold on the commercial market, nor must the item, component, or process be actually reduced to practice within the meaning of Title 35 of the United States Code.

(7) Developed exclusively at private expense means development was accomplished entirely with costs charged to indirect cost pools, costs not allocated to a government contract, or any combination thereof.

(i) Private expense determinations should be made at the lowest practicable level.

(ii) Under fixed-price contracts, when total costs are greater than the firm-fixed-price or ceiling price of the contract, the additional development costs necessary to complete development shall not be considered when determining whether development was at government, private, or mixed expense.

(8) Developed exclusively with government funds means development was not accomplished exclusively or partially at private expense.

(9) Developed with mixed funding means development was accomplished partially with costs charged to indirect cost pools and/or costs not allocated to a government contract, and partially with costs charged directly to a government contract.

(10) Form, fit, and function data means technical data that describes the required overall physical, functional, and performance characteristics (along with the qualification requirements, if applicable) of an item, component, or process to the extent necessary to permit identification of physically and functionally interchangeable items.

(11) Government purpose means any activity in which the United States Government is a party, including cooperative agreements with international or multi-national defense organizations, or sales or transfers by the United States Government to foreign governments or international organizations. Government purposes include competitive procurement, but do not include the rights to use, modify, reproduce, release, perform, display, or disclose technical data for commercial purposes or authorize others to do so.

(12) Government purpose rights means the rights to--

(i) Use, modify, reproduce, release, perform, display, or disclose technical data within the Government without restriction; and

(ii) Release or disclose technical data outside the Government and authorize persons to whom release or disclosure has been made to use, modify, reproduce, release, perform, display, or disclose that data for United States government purposes.

(13) Limited rights means the rights to use, modify, reproduce, release, perform, display, or disclose technical data, in whole or in part, within the Government. The Government may not, without the written permission of the party

asserting limited rights, release or disclose the technical data outside the Government, use the technical data for manufacture, or authorize the technical data to be used by another party, except that the Government may reproduce, release or disclose such data or authorize the use or reproduction of the data by persons outside the Government if reproduction, release, disclosure, or use is--

(i) Necessary for emergency repair and overhaul; or

(ii) A release or disclosure of technical data (other than detailed manufacturing or process data) to, or use of such data by, a foreign government that is in the interest of the Government and is required for evaluational or informational purposes;

(iii) Subject to a prohibition on the further reproduction, release, disclosure, or use of the technical data; and

(iv) The contractor or subcontractor asserting the restriction is notified of such reproduction, release, disclosure, or use.

(14) Technical data means recorded information, regardless of the form or method of the recording, of a scientific or technical nature (including computer software documentation). The term does not include computer software or data incidental to contract administration, such as financial and/or management information.

(15) Unlimited rights means rights to use, modify, reproduce, perform, display, release, or disclose technical data in whole or in part, in any manner, and for any purpose whatsoever, and to have or authorize others to do so.

(b) Rights in technical data. The Contractor grants or shall obtain for the Government the following royalty free, world-wide, nonexclusive, irrevocable license rights in technical data other than computer software documentation (see the Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation clause of this contract for rights in computer software documentation):

(1) Unlimited rights.

The Government shall have unlimited rights in technical data that are--

(i) Data pertaining to an item, component, or process which has been or will be developed exclusively with Government funds;

(ii) Studies, analyses, test data, or similar data produced for this contract, when the study, analysis, test, or similar work was specified as an element of performance;

(iii) Created exclusively with Government funds in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes;

(iv) Form, fit, and function data;

(v) Necessary for installation, operation, maintenance, or training purposes (other than detailed manufacturing or process data);

(vi) Corrections or changes to technical data furnished to the Contractor by the Government;

(vii) Otherwise publicly available or have been released or disclosed by the Contractor or subcontractor without restrictions on further use, release or disclosure, other than a release or disclosure resulting from the sale, transfer, or other assignment of interest in the technical data to another party or the sale or transfer of some or all of a business entity or its assets to another party;

(viii) Data in which the Government has obtained unlimited rights under another Government contract or as a result of negotiations; or

(ix) Data furnished to the Government, under this or any other Government contract or subcontract thereunder, with--

(A) Government purpose license rights or limited rights and the restrictive condition(s) has/have expired; or

(B) Government purpose rights and the Contractor's exclusive right to use such data for commercial purposes has expired.

(2) Government purpose rights.

(i) The Government shall have government purpose rights for a five-year period, or such other period as may be negotiated, in technical data--

(A) That pertain to items, components, or processes developed with mixed funding except when the Government is entitled to unlimited rights in such data as provided in paragraphs (b)(ii) and (b)(iv) through (b)(ix) of this clause; or

(B) Created with mixed funding in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes.

(ii) The five-year period, or such other period as may have been negotiated, shall commence upon execution of the contract, subcontract, letter contract (or similar contractual instrument), contract modification, or option exercise that required development of the items, components, or processes or creation of the data described in paragraph (b)(2)(i)(B) of this clause. Upon expiration of the five-year or other negotiated period, the Government shall have unlimited rights in the technical data.

(iii) The Government shall not release or disclose technical data in which it has government purpose rights unless-

(A) Prior to release or disclosure, the intended recipient is subject to the non-disclosure agreement at 227.7103-7 of the Defense Federal Acquisition Regulation Supplement (DFARS); or

(B) The recipient is a Government contractor receiving access to the data for performance of a Government contract that contains the clause at DFARS 252.227-7025, Limitations on the Use or Disclosure of Government-Furnished Information Marked with Restrictive Legends.

(iv) The Contractor has the exclusive right, including the right to license others, to use technical data in which the Government has obtained government purpose rights under this contract for any commercial purpose during the time period specified in the government purpose rights legend prescribed in paragraph (f)(2) of this clause.

(3) Limited rights.

(i) Except as provided in paragraphs (b)(1)(ii) and (b)(1)(iv) through (b)(1)(ix) of this clause, the Government shall have limited rights in technical data--

(A) Pertaining to items, components, or processes developed exclusively at private expense and marked with the limited rights legend prescribed in paragraph (f) of this clause; or

(B) Created exclusively at private expense in the performance of a contract that does not require the development, manufacture, construction, or production of items, components, or processes.

(ii) The Government shall require a recipient of limited rights data for emergency repair or overhaul to destroy the data and all copies in its possession promptly following completion of the emergency repair/overhaul and to notify the Contractor that the data have been destroyed.

(iii) The Contractor, its subcontractors, and suppliers are not required to provide the Government additional rights to use, modify, reproduce, release, perform, display, or disclose technical data furnished to the Government with limited rights. However, if the Government desires to obtain additional rights in technical data in which it has limited rights, the Contractor agrees to promptly enter into negotiations with the Contracting Officer to determine whether there are acceptable terms for transferring such rights. All technical data in which the Contractor has granted the Government additional rights shall be listed or described in a license agreement made part of the contract. The license shall enumerate the additional rights granted the Government in such data.

(4) Specifically negotiated license rights.

The standard license rights granted to the Government under paragraphs (b)(1) through (b)(3) of this clause, including the period during which the Government shall have government purpose rights in technical data, may be modified by mutual agreement to provide such rights as the parties consider appropriate but shall not provide the Government lesser rights than are enumerated in paragraph (a)(13) of this clause. Any rights so negotiated shall be identified in a license agreement made part of this contract.

(5) Prior government rights.

Technical data that will be delivered, furnished, or otherwise provided to the Government under this contract, in which the Government has previously obtained rights shall be delivered, furnished, or provided with the pre-existing rights, unless--

(i) The parties have agreed otherwise; or

(ii) Any restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose the data have expired or no longer apply.

(6) Release from liability.

The Contractor agrees to release the Government from liability for any release or disclosure of technical data made in accordance with paragraph (a)(13) or (b)(2)(iii) of this clause, in accordance with the terms of a license negotiated under paragraph (b)(4) of this clause, or by others to whom the recipient has released or disclosed the data and to seek relief solely from the party who has improperly used, modified, reproduced, released, performed, displayed, or disclosed Contractor data marked with restrictive legends.

(c) Contractor rights in technical data. All rights not granted to the Government are retained by the Contractor.

(d) Third party copyrighted data. The Contractor shall not, without the written approval of the Contracting Officer, incorporate any copyrighted data in the technical data to be delivered under this contract unless the Contractor is the copyright owner or has obtained for the Government the license rights necessary to perfect a license or licenses in the deliverable data of the appropriate scope set forth in paragraph (b) of this clause, and has affixed a statement of the license or licenses obtained on behalf of the Government and other persons to the data transmittal document.

(e) Identification and delivery of data to be furnished with restrictions on use, release, or disclosure. (1) This paragraph does not apply to restrictions based solely on copyright.

(2) Except as provided in paragraph (e)(3) of this clause, technical data that the Contractor asserts should be furnished to the Government with restrictions on use, release, or disclosure are identified in an attachment to this contract (the Attachment). The Contractor shall not deliver any data with restrictive markings unless the data are listed on the Attachment.

(3) In addition to the assertions made in the Attachment, other assertions may be identified after award when based on new information or inadvertent omissions unless the inadvertent omissions would have materially affected the source selection decision. Such identification and assertion shall be submitted to the Contracting Officer as soon as practicable prior to the scheduled date for delivery of the data, in the following format, and signed by an official authorized to contractually obligate the Contractor: Identification and Assertion of Restrictions on the Government's Use, Release, or Disclosure of Technical Data.

The Contractor asserts for itself, or the persons identified below, that the Government's rights to use, release, or disclose the following technical data should be restricted--

| Technical data to be Furnished With Restrictions \1/ | Basis for Assertion \2/ | Asserted Rights Category \3/ | Name of Person Asserting Restrictions \4/ |
|---|---|---|---|
| (LIST) | (LIST) | (LIST) | (LIST) |

\1/ If the assertion is applicable to items, components or processes developed at private expense, identify both the data and each such items, component, or process.

\2/ Generally, the development of an item, component, or process at private expense, either exclusively or partially, is the only basis for asserting restrictions on the Government's rights to use, release, or disclose technical data pertaining to such items, components, or processes. Indicate whether development was exclusively or partially at private expense. If development was not at private expense, enter the specific reason for asserting that the Government's rights should be restricted.

\3/ Enter asserted rights category (e.g., government purpose license rights from a prior contract, rights in SBIR data generated under another contract, limited or government purpose rights under this or a prior contract, or specifically negotiated licenses).

\4/ Corporation, individual, or other person, as appropriate.
Date ________________________________________

Printed Name and Title ________________________________

________________________________________

Signature ________________________________________

(End of identification and assertion)

(4) When requested by the Contracting Officer, the Contractor shall provide sufficient information to enable the Contracting Officer to evaluate the Contractor's assertions. The Contracting Officer reserves the right to add the Contractor's assertions to the Attachment and validate any listed assertion, at a later date, in accordance with the procedures of the Validation of Restrictive Markings on Technical Data clause of this contract.

(f) Marking requirements. The Contractor, and its subcontractors or suppliers, may only assert restrictions on the Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data to be delivered under this contract by marking the deliverable data subject to restriction. Except as provided in paragraph (f)(5) of this clause, only the following legends are authorized under this contract: the government purpose rights legend at paragraph (f)(2) of this clause; the limited rights legend at paragraph (f)(3) of this clause; or the special license rights legend at paragraph (f)(4) of this clause; and/or a notice of copyright as prescribed under 17 U.S.C. 401 or 402.

(1) General marking instructions. The Contractor, or its subcontractors or suppliers, shall conspicuously and legibly mark the appropriate legend on all technical data that qualify for such markings. The authorized legends shall be placed on the transmittal document or storage container and, for printed material, each page of the printed material containing technical data for which restrictions are asserted. When only portions of a page of printed material are subject to the asserted restrictions, such portions shall be identified by circling, underscoring, with a note, or other appropriate identifier. Technical data transmitted directly from one computer or computer terminal to another shall contain a notice of asserted restrictions. Reproductions of technical data or any portions thereof subject to asserted restrictions shall also reproduce the asserted restrictions.

(2) Government purpose rights markings. Data delivered or otherwise furnished to the Government purpose rights shall be marked as follows:

Government Purpose Rights

Contract No. ____________________________________________

Contractor Name ____________________________________________

Contractor Address ____________________________________________

____________________________________________

Expiration Date ____________________________________________

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these technical data are restricted by paragraph (b)(2) of the Rights in Technical Data--Noncommercial Items clause contained in the above identified contract. No restrictions apply after the expiration date shown above. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(3) Limited rights markings. Data delivered or otherwise furnished to the Government with limited rights shall be marked with the following legend:

Limited Rights

Contract No. ____________________________________________

Contractor Name ____________________________________________

Contractor Address ____________________________________________

____________________________________________

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these technical data are restricted by paragraph (b)(3) of the Rights in Technical Data--Noncommercial Items clause contained in the above identified contract. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings. Any person, other than the Government, who has been provided access to such data must promptly notify the above named Contractor.

(End of legend)

(4) Special license rights markings. (i) Data in which the Government's rights stem from a specifically negotiated license shall be marked with the following legend:

Special License Rights

The Government's rights to use, modify, reproduce, release, perform, display, or disclose these data are restricted by Contract No. ________ (Insert contract number) ________, License No. ________ (Insert license identifier) ________. Any reproduction of technical data or portions thereof marked with this legend must also reproduce the markings.

(End of legend)

(ii) For purposes of this clause, special licenses do not include government purpose license rights acquired under a prior contract (see paragraph (b)(5) of this clause).

(5) Pre-existing data markings. If the terms of a prior contract or license permitted the Contractor to restrict the Government's rights to use, modify, reproduce, release, perform, display, or disclose technical data deliverable under this contract, and those restrictions are still applicable, the Contractor may mark such data with the appropriate restrictive legend for which the data qualified under the prior contract or license. The marking procedures in paragraph (f)(1) of this clause shall be followed.

(g) Contractor procedures and records. Throughout performance of this contract, the Contractor and its subcontractors or suppliersthat will deliver technical data with other than unlimited rights, shall--

(1) Have, maintain, and follow written procedures sufficient to assure that restrictive markings are used only when authorized by the terms of this clause; and

(2) Maintain records sufficient to justify the validity of any restrictive markings on technical data delivered under this contract.

(h) Removal of unjustified and nonconforming markings. (1) Unjustified technical data markings. The rights and obligations of the parties regarding the validation of restrictive markings on technical data furnished or to be furnished under this contract are contained in the Validation of Restrictive Markings on Technical Data clause of this contract. Notwithstanding any provision of this contract concerning inspection and acceptance, the Government may ignore or, at the Contractor's expense, correct or strike a marking if, in accordance with the procedures in the Validation of Restrictive Markings on Technical Data clause of this contract, a restrictive marking is determined to be unjustified.

(2) Nonconforming technical data markings. A nonconforming marking is a marking placed on technical data delivered or otherwise furnished to the Government under this contract that is not in the format authorized by this contract. Correction of nonconforming markings is not subject to the validation of Restrictive Markings on Technical Data clause of this contract. If the Contracting Officer notifies the Contractor of a nonconforming marking and the Contractor fails to remove or correct such marking within sixty (60) days, the Government may ignore or, at the Contractor's expense, remove or correct any nonconforming marking.

(i) Relation to patents. Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government under any patent.

(j) Limitation on charges for rights in technical data. (1) The Contractor shall not charge to this contract any cost, including, but not limited to, license fees, royalties, or similar charges, for rights in technical data to be delivered under this contract when--

(i) The Government has acquired, by any means, the same or greater rights in the data; or

(ii) The data are available to the public without restrictions.

(2) The limitation in paragraph (j)(1) of this clause--

(i) Includes costs charged by a subcontractor or supplier, at any tier, or costs incurred by the Contractor to acquire rights in subcontractor or supplier technical data, if the subcontractor or supplier has been paid for such rights under any other Government contract or under a license conveying the rights to the Government; and

(ii) Does not include the reasonable costs of reproducing, handling, or mailing the documents or other media in which the technical data will be delivered.

(k) Applicability to subcontractors or suppliers. (1) The Contractor shall ensure that the rights afforded its subcontractors and suppliers under 10 U.S.C. 2320, 10 U.S.C. 2321, and the identification, assertion, and delivery processes of paragraph (e) of this clause are recognized and protected.

(2) Whenever any technical data for noncommercial items is to be obtained from a subcontractor or supplier for delivery to the Government under this contract, the Contractor shall use this same clause in the subcontract or other contractual instrument, and require its subcontractors or suppliers to do so, without alteration, except to identify the parties. No other clause shall be used to enlarge or diminish the Government's, the Contractor's, or a higher-tier subcontractor's or supplier's rights in a subcontractor's or supplier's technical data.

(3) Technical data required to be delivered by a subcontractor or supplier shall normally be delivered to the next higher-tier contractor, subcontractor, or supplier. However, when there is a requirement in the prime contract for data which may be submitted with other than unlimited rights by a subcontractor or supplier, then said subcontractor or supplier may fulfill its requirement by submitting such data directly to the Government, rather than through a higher-tier contractor, subcontractor, or supplier.

(4) The Contractor and higher-tier subcontractors or suppliers shall not use their power to award contracts as economic leverage to obtain rights in technical data from their subcontractors or suppliers. (5) In no event shall the Contractor use its obligation to recognize and protect subcontractor or supplier rights in technical data as an excuse for failing to satisfy its contractual obligations to the Government.

(End of clause)

252.229-7001 TAX RELIEF (JUN 1997)

(a) Prices set forth in this contract are exclusive of all taxes and duties from which the United States Government is exempt by virtue of tax agreements between the United States Government and the Contractor's government. The following taxes or duties have been excluded from the contract price:

NAME OF TAX: (Offeror Insert) RATE (PERCENTAGE): (Offeror Insert)

---

(b) The Contractor's invoice shall list separately the gross price, amount of tax deducted, and net price charged.

(c) When items manufactured to United States Government specifications are being acquired, the Contractor shall identify the materials or components intended to be imported in order to ensure that relief from import duties is obtained. If the Contractor intends to use imported products from inventories on hand, the price of which includes a factor for import duties, the Contractor shall ensure the United States Government's exemption from these taxes. The Contractor may obtain a refund of the import duties from its government or request the duty-free import of an amount of supplies or components corresponding to that used from inventory for this contract.
(End of clause)

Section J - List of Documents, Exhibits and Other Attachments

Exhibit/Attachment Table of Contents


| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|
| Exhibit A | DD1423 Contract Data Requirements List (CDRLs) | 7 | 28-JUN-2007 |
| Attachment 1 | Purchase Description AR PD 115 | 15 | 28-JUN-2007 |
| Attachment 2 | SF-LLL Disclosure of Lobbying Activities | 3 | |

Section K - Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.225-18 | Place of Manufacture | SEP 2006 |
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | OCT 2006 |
| 252.225-7003 | Report of Intended Performance Outside the United States and Canada--Submission with Offer | DEC 2006 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 2005 |
| 252.225-7032 | Waiver Of United Kingdom Levies--Evaluation of Offers | APR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

52.204-8 ANNUAL REPRESENTATIONS AND CERTIFICATIONS (JAN 2006)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 333314.

(2) The small business size standard is 500 employees.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b)(1) If the clause at 52.204-7, Central Contractor Registration, is included in this solicitation, paragraph (c) of this provision applies.

(2) If the clause at 52.204-7 is not included in this solicitation, and the offeror is currently registered in CCR, and has completed the ORCA electronically, the offeror may choose to use paragraph (b) of this provision instead of completing the corresponding individual representations and certifications in the solicitation. The offeror shall indicate which option applies by checking one of the following boxes:

(__) Paragraph (c) applies.

(__) Paragraph (c) does not apply and the offeror has completed the individual representations and certifications in the solicitation.

(c) The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below [offeror to insert changes, identifying change by clause number, title, date]. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

| FAR Clause | Title | Date | Change |
|---|---|---|---|
| ------ | ---------- | ------ | ------ |

------------------------------------------------------------------------

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.

(End of Provision)

52.207-4 ECONOMIC PURCHASE QUANTITY--SUPPLIES (AUG 1987)

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

(End of provision)

252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JUN 2005)

(a) Definitions. Domestic end product, foreign end product, qualifying country, qualifying country end product, and United States have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraph (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

----------------------------------------------------------------------

(Line Item Number Country of Origin)

----------------------------------------------------------------------

(Country of Origin)

(3) The following end products are other foreign end products:

----------------------------------------------------------------------

(Line Item Number)

----------------------------------------------------------------------

(Country of Origin) (If known)

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

_____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

_____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

Section L - Instructions, Conditions and Notices to Bidders

INSTRUCTIONS TO OFFERORS

Introduction

The offeror's proposal shall be submitted both electronic and paper copies to the Contract Specialist address below. The offeror's proposal shall consist of six severable volumes. The Volumes are:

I –Quality System Factor
II – Equipment/ Production
III – Price
IV – Performance Risk
V - Small Disadvantaged Business (SDB) Participation
VI - Solicitation, Offer and Award Documents and Certifications/ Representations.

Files shall not contain classified data. The use of hyperlinks in proposals is prohibited. There are no page limit restrictions for the proposals.

Offerors are required to submit both electronic and paper copies of their offers as follows:

Electronic copies: 4 copies of the proposal shall be delivered on individual CDs in MS Word (10 font size), MS Excel, MS PowerPoint and MS Project format.

Paper Copies: 6 paper copies of proposal shall be delivered. These shall consist of two priced and four un-priced.

The offeror shall provide twenty (20) identical and complete Bid Samples that meet the Essential Criteria and Rated Criteria in Section M and identified in PD-115. Each bid sample shall include a lens/dust cover, the necessary hardware for attachment to the various weapons in accordance with (IAW) PD-115 and Commercial Off-The-Shelf (COTS) manuals for the items submitted for evaluation. Each optic shall contain a Signature Reduction Device/Lens coatings.

In accordance with FAR 52.215-1, the Government intends to evaluate proposals and award a contract without discussions (except clarifications as described in FAR 15.306(a)). However, the Government reserves the right to conduct discussions if the Contracting Officer later determines that discussions are necessary.

Bid samples will be provided at no cost to the government and offerors will have their bid samples returned in an "as tested" condition. Offerors must provide a shipping address for the return of bid samples. Any bid samples, that are returned to the offeror, will be returned in an as-tested-condition following award selection.

**Proposals and Bid Samples shall be submitted to the following address no later than 3:00pm ET on September 4, 2007. Proposals or Bid Samples received after this date and time will not be accepted.**

JM&L LCMC
Acquisition Center, Building 9
Ms. Kelly Nash
Contract Specialist
AMSML-AQ-SW
Picatinny, NJ 07806-5000

E-mail or fax submissions will not be accepted.

It is the Government's intent to award one OR two contracts based on best value.

Proposal Files

Format: The submission shall be clearly indexed and logically assembled. Each volume shall be clearly identified and shall begin at the top of a page. The offeror's Quality System Factor, Equipment/Production Factor, Price Factor, Performance Risk Factor, Small Disadvantaged Business (SDB) Participation Factor and Solicitation, Offer and Award Documents and Certifications/ Representations volumes with associated chapters of the proposal will be submitted in severable parts based on the areas given as set forth below.

Content Requirements: All information specific to each factor will be confined to that part. It is preferred offeror use metric system as units of measure. The offeror shall confine submissions to essential matters, sufficient to define the proposal and provide adequate basis for evaluation. Offerors are responsible for including sufficient details, in a concise manner, to permit a complete and accurate evaluation of each proposal. Each volume of the proposal shall consist of a Table of Contents, Summary Section, and the Narrative discussion. The Summary Section shall contain a brief abstract of the file. Proprietary information shall be clearly marked. The following shall be included in the Narrative discussion:

- Volume 1 – Quality System Factor
- Volume 2 – Equipment/Production
  - Chapter 1: Equipment and Facilities
  - Chapter 2: Production Capabilities
- Volume 3 – Price (Section B of the RFP)
- Volume 4 – Performance Risk
- Volume 5 – Small Disadvantaged Business (SDB) Participation
- Volume 6 - Solicitation, Offer and Award Documents and Certifications/Representations

**Please Note: The information to be provided in Volume 5 does not fulfill the requirement for a Small Business Subcontracting Plan to be submitted by all Large Businesses in accordance with Section I, 52.219-9.**

The Government will not assume that the offeror possesses any capability or commitment not specified in the proposal.

**Specific Instructions by Volumes:**

**Volume 1 – Quality System**: The offeror shall describe its quality system and associated certification(s)/compliances, and discuss specifically how it will be applied to perform the requirements contained in this solicitation

**Volume 2 - Equipment/Production**

**Volume 2, Chapter 1 - Equipment/Facilities:** The offeror shall provide information concerning the specific equipment and facilities to be utilized by the offeror in the performance of this contract, including history of use relating to Military and Commercial products.

**Volume 2, Chapter 2 – Production Capabilities:** The offeror shall provide information concerning current and historical production capability and maximum production capacity should the Government experience a surge in requirement.

**Volume 3 - Price:** Section B of the RFP should be completed to include unit prices for each range in each ordering period (including options) as well as unit prices for Production Verification Testing and First Article Testing.

**Volume 4 - Performance Risk:** The Offeror must provide the following:

I. Offeror shall provide information regarding previous contracts (both Government and/or commercial) for the last three (3) years, which are in any way similar to the specified performance in the Statement of Work (SOW). The information to be provided shall include at a minimum:

- Contractor/Subcontractor place of performance, CAGE Code and DUNS number.
- The contracting activity or firm, current address, point of contact and telephone number
- Government technical representative/COR, current address and telephone number
- The contract number, type, award date, period of performance and value.
- A narrative explanation for each contract citing SOW, similarities of that work with the work required by the solicitation, objectives achieved, and cost growths or schedule delays encountered. For the Government contracts which did not/do not meet original requirements with regard to either cost, schedule or technical performance, Provide a brief explanation of the reason(s) for such factor(s), and any corrective action taken to avoid recurrence.

II. The offeror shall also provide the above required information for any and all contracts the offeror has had terminated in whole or in part, for any reason during the past five years, to include those currently in process of such termination as well as those which are similar to the proposed effort.

III. The offeror shall indicate the extent of Small Disadvantaged Business involved in the above past performance history.

IV. Offeror shall identify directly pertinent past history that indicates that similar efforts of equal or greater complexity have been performed using the offeror's existing plant capability and demonstrated satisfaction of customer requirements.

V. For all contracts listed, the offeror shall provide data on all manufacturing warranty returns. Data shall delineate total number of warranty returns, number of failures attributable to Government Furnished Equipment component failures and nature of failures attributable to the offeror's delivered product.

Offerors are cautioned that in conducting the assessment of past performance, the Government may use data provided by the offeror in its proposal, as well as data obtained from other sources. This information will be used for both the responsibility determination and the best value decision.

**Volume 5 Small Disadvantaged Business (SDB) Participation (Required of Both Large and Small Business Offerors):** In accordance with FAR 19.12, all offerors must address the extent of participation of small disadvantaged businesses (SDB) concerns with their offers. SDB target participation must be addressed as dollars and percentages of total contract value, in each of the applicable, authorized North American Industry Classification System (NAICS) Industry Subsectors, and a total target for SDB participation by the Contractor. SDB targets will be incorporated into any resulting prime contract and contractors will be required to report SDB participation.

Offerors shall describe how they derived SDB targets as stated below.

In order to confirm that a subcontractor is certified by the US Small Business Administration (SBA) as a SDB concern, offerors should verify certification by accessing SBA's Pro-Net database at: http://dsbs.sba.gov/pro-net/dsp_dsbs.cfm. See FAR 19.703(b) and FAR clause 52.219-25 for additional information about small business eligibility requirements as subcontractors.

In order to determine which of your subcontractors are affected by this factor/sub factor (i.e. industries authorized by the Department of Commerce for SDB Program), visit http://acquisition.gov/References/sdbadjustments.htm

Describe your plan or efforts undertaken to utilize small disadvantaged businesses (SDB).

Explain your rationale as to why the percentage being utilized is appropriate for your company.

**Volume 6 - Solicitation, Offer and Award Documents and Certifications/Representations**

The offeror shall provide an entire completed copy of the solicitation including SF33 form and Section K Representations, Certifications and other Statements of Offerors and any other fill-in information required by the solicitation. It should be noted that FAR 52.204-8 requires the offeror to complete the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at https://orca.bpn.gov.

**Use of Government owned Production and Research Property**

In accordance with FAR 45.201(a); the Government shall, to the maximum extent practical eliminate the competitive advantage accruing to a Contractor possessing Government Production and Research Property.
To eliminate the competitive advantage an evaluation factor shall be added to each offer which is predicated on the use of the above detailed existing Government production and research property.

If the offeror plans to use any item of Government production and research property in possession of the offeror or his proposed subcontractors under a facilities contract or other agreement with the Government independent of this solicitation, the offeror shall so indicate by checking the applicable box(es) below and by identifying such facilities contract or other agreement under which the property is held.

_____ Offer is predicated on use of Government property in offeror's possession.

_____ Offer is predicated on use of Government property in offeror's subcontractors of vendors.

Identification of facilities contract or other agreement under which such property is held:

Type of Contract or Agreement:_______________________________________________

Name and Date:______________________________________________________

Cognizant Government Agency (including address):

_______________________________________________________________

Offeror is required to submit with his offer:

(1) The written permission of the Contracting Officer having cognizance over the property for use of that property, and whether such use will be on a rental or rent-free basis.
(2) A list or description of all Government production and research property which the offeror or his anticipated subcontractors propose to use on a rent-free basis.
(3) Provide calculations and rationale for Government owned Production and Research Property in accordance with FAR clause 52.245-9. The offeror shall provide calculations and rationale for rental adjustment for the entire period of contract performance. Show calculations for base period and each option period. For purposes of calculating the hours of usage, offerors shall use the evaluated range quantities from the total evaluated price table. For examples:

(Ordering Year 1) 15,000 + 100,000 + 185,000 + 270,000 = 570,000 (Qty for Year 1 year would be 570,000).

This evaluation adjustment shall not be applicable to any item or items of Government property held by the offeror under a valid lease or rental arrangement with the Government wherein the offeror is granted right of usage of such property and must pay rental thereon for the entire leasehold/rental period irrespective of actual usage.

Special considerations relating to use of Government-owned facilities and special tooling by subcontractors.

(1) Evaluation adjustment applied to prime Contractor's offerors will be the same for both proposed prime Contractor's and subcontractors' use of Government-owned property, including evaluation rates and production period.

(2) In the event that any prospective subcontractor desiring use of Government property pursuant to this provision refuses to quote a price to any prospective prime contractor or refuses to quote on an equal basis to all prospective prime contractors, the Government reserves the right to:

(i) refuse to authorize the subcontractors use of such property, or;

(ii) evaluate 100% of the acquisition cost (including the cost of transportation, and installation, and enhancement paid by the Government) of such property against the offeror of the prime contractor proposing to use such subcontractor.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.211-2 | Availability of Specifications, Standards, and Data Item Descriptions Listed in the Acquisition Streamlining and Standardization Information System (ASSIST) | JAN 2006 |
| 52.215-1 | Instructions to Offerors--Competitive Acquisition | JAN 2004 |
| 52.216-27 | Single or Multiple Awards | OCT 1995 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be DX rated order; XX DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation.

(End of provision)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of one or two Indefinite Delivery Indefinite Quantity contract(s) with Firm fixed price delivery orders resulting from this solicitation.

(End of clause)

52.233-2 SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

US Army JM&L LCMC
Acquisition Center, Bldg. 9
ATTN: Jennifer Aber
AMSML-AQ-SW
Picatinny, NJ 07806-5000

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

**HQ AMC - LEVEL PROTEST PROGRAM (June 2005) (ARDEC 106)**

-

a. If you have complaints about this procurement, it is preferable that you first attempt to resolve those concerns with the responsible contracting officer. However, you can also protest to Headquarters, AMC. The HQ, AMC-Level Protest Program is intended to encourage interested parties to seek resolution of their concerns within AMC as an Alternative Dispute Resolution forum, rather than filing a protest with the General Accounting Office or other external forum. Contract award or performance is suspended during the protest to the same extent, and within the same time periods, as if filed at the GAO. The AMC protest decision goal is to resolve protests within 20 working days from filing. To be timely, protests must be filed within the periods specified in FAR 33.103. Send protests (other than protests to the contracting officer) to:

HQ Army Materiel Command
Office of Command Counsel
ATTN: AMCCC-PL
9301 Chapek Road
Fort Belvoir, VA 22060

Facsimile number (703)617-4999/5680
Voice Number (703)617-8176

The AMC-level protest procedures are found at:

http://www.amc.army.mil/amc/command_counsel/protest/protest.html

If Internet access is not available contact the contracting officer or HQ, AMC to obtain the AMC-Level Protest Procedures.

Section M - Evaluation Factors for Award

BASIS FOR AWARD

**A. The Government intends to award one or two contracts as a result of this RFP. If multiple contract awards are made, each awardee will be provided a fair opportunity to be considered for each order. Order placement procedures will be included in the solicitation/contract. Submission requirements for each order will be kept to a minimum as recommended in the Federal Acquisition Regulation. See Section H for Delivery Order Evaluation Criteria.**

**The award will be made based on the best overall (i.e. best value) proposal that is determined to be the most beneficial to the Government, with appropriate consideration given to the following six evaluation factors. The relative importance of these factors is as follows: Bid Sample is significantly more important than Quality System. Quality System is more important than Equipment/Production. Equipment/Production is more important than Price. Price is more important than Performance Risk. Performance Risk is more important than Small Disadvantaged Business (SDB) Participation. The non-price factors combined are significantly more important than the price factor. To receive consideration for award, a rating of Pass must be achieved under the Bid Sample Factor, Essential Criteria subfactor. Offerors are cautioned that the award may not necessarily be made to the lowest price proposal or the most highly rated proposal.**

**B. FACTORS AND SUB-FACTORS AND ELEMENTS TO BE EVALUATED**

The evaluation factors are shown below in descending order of importance:

Bid Sample Factor

- Phase I - Essential Criteria Subfactor
  - PASS/FAIL
- Phase II - Rated Criteria Subfactor - The areas being tested within Phase II are of equal importance.
  - Rated Criteria:
    - Battery (ies) Performance
    - Battery Type
    - Shock
    - Drop Requirement
    - Signature
    - Applied Force
    - Human Systems Integration

Quality System Factor

Equipment/Production Factor - Sub factor 1 and sub factor 2 under the Equipment/Production Factor are of equal importance.

Sub Factor 1: Equipment and Facilities
Sub Factor 2: Production Capabilities

Price Factor

Performance Risk Factor

Small Disadvantaged Business Participation Factor

**C. EVALUATION APPROACH**

## C.1.0 BID SAMPLE FACTOR

The following process will be used to evaluate each bid sample. All the tests will be conducted at Picatinny Arsenal, NJ, Aberdeen Proving Grounds, MD, and Ft. Benning, GA. **If at any point during the evaluation the government identifies a significant safety issue, the government shall discontinue testing and eliminate the candidate from any further consideration for award.** Bid samples will be evaluated using the same test procedures, test equipment, methodology, mounting setup and personnel for each subfactor. The bid samples will be evaluated in accordance with the following two (2) subfactors. Essential Criteria Subfactor (PASS/FAIL) will be evaluated first. Bid Sample must pass all these criteria.

a. Essential Criteria Subfactor – PASS/FAIL. A failure in any one or more of the essential criteria as stated shall be cause for elimination from further consideration for award and offerors submission will not be further evaluated. No extra credit will be awarded for exceeding the pass/fail requirements, in this category.

b. Rated Criteria Subfactor. All Bid Samples that pass essential criteria evaluation will be evaluated in accordance with the rated criteria as stated. A rating will be assigned based upon the extent to which the samples meet each requirement.

**C.1.1** **<u>Essential Criteria Subfactor</u>**: All bid samples will be evaluated for the characteristics listed below. This evaluation will be conducted on the bid sample hardware submitted to Picatinny Arsenal, NJ. This phase consists of visual observations as well as physical measurements of those characteristics listed in each criteria below. **If the offeror's bid samples fail to comply with any of the essential government requirements listed below, the offeror will be eliminated from any further consideration for award.**

C.1.1.1 Magnification: The bid sample will be rated based on its optical power. The device shall be a reflex (non-telescopic/unity power) sight which transmits light from the target to the viewer (PD-115, Paragraph 3.1.1).

C.1.1.2 Clear Aperture: The clear aperture of the bid sample shall be between 19mm and 45mm (PD-115, Paragraph 3.1.2).

C.1.1.3 Dot Angular Spot Size: Size shall be between one (1) and two (2) minute of arc, ± 0.5 minute of arc. The aiming reference shall consist of a single dot. (PD-115, Paragraph 3.1.3.1).

C.1.1.4 Parallax: The parallax of the bid sample shall be a maximum of 45 seconds of arc across a 3.5mm radius (centrally located) and a maximum of 3.0 minutes across the entire aperture. The parallax will be measured with sight's azimuth and elevation adjustments set at the midpoint of travel and for a target located at 300 meters (PD-115, Paragraph 3.1.3.2).

C.1.1.5 Azimuth and Elevation Adjustments: The line of sight of the bid sample shall be adjustable using tactile control with scales visible in daylight, in increments not exceeding 1 (one) minute of arc for a total movement of at least 60 minutes in azimuth and 60 minutes in elevation (PD-115, Paragraph 3.1.3.4).

C.1.1.6 Housing: The housing shall be built so as to completely enclose the illumination source from the outside environment (PD-115, Paragraph 3.2.5).

C.1.1.7 Mounting: The bid sample sight mount shall be attachable and detachable to the MIL-STD-1913 rail without the use of special tools*. Additional hardware must be provided for mounting the optic on the M16A2 rifle carry handle without using special tools. The mounting position of the sight will provide the capability for use of the iron sights of the M16A2 and the back up iron sight on the M4 for initial zeroing and as a backup without removal of the sight (PD-115, Paragraph 3.4.1).
* Special tools is defined as tools not contained in the armorer tool kit (NSN: 5180-00-357-7770). Adapting the optic mount(s) and/or the optic to either the MIL-STD-1913 rail or the M16A2 carrying handle may use special tools such as a knife, hex key or similar tools; at the armorer level only. Attachment and detachment of the optic to the weapon by the operator in the field shall require no special tools.

C.1.1.8 Weight: The total weight of the bid sample shall not exceed 1.50 lbs, including optic, battery(ies), sight mount for the M4 Carbine, antireflective device, and lens/dust covers attached. The total weight of the bid sample shall not exceed 1.50 lbs, including optic, battery(ies) sight mount for the M16A2 Rifle, antireflective device, and lens/dust covers attached (PD-115, Paragraph 3.4.6).

C.1.1.9 Power Source: The Bid Sample shall be powered using active or passive elements. If radioactive material is used as a power source, then the offeror shall provide a Nuclear Regulatory Commission (NRC) Material License to cover the specific bid sample model submitted for evaluation. Radioactive materials shall meet all the requirements specified in PD-115, Paragraph 3.8.1 "Contamination Limits". If a battery is used, it shall either be commercially available or in Government supply system (See PD-115, Paragraph 3.1.3.6). Battery (ies) shall be replaceable without the use of tools. No damage shall occur to the bid sample if the battery is installed incorrectly. The bid sample shall **NOT** automatically turn off.

C.1.1.10 Endurance-Live Fire: The bid sample shall be mounted on the M16A2 Rifle and shall withstand a 6,000 round endurance firing with no physical damage and maintain zero within 1 Gunner's mil upon completion of endurance test. This test shall be also performed on the M4 Carbine. (PD-115, Paragraph 3.6.1)

C.1.1.11 Reattachment: The sight shall be mounted to a M16 rifle carry handle and, separately, a MIL-STD 1913 rail. These combinations shall be separately mounted to equipment capable of measuring angular deviations as small as 10 arc-seconds. A reference zero shall be recorded. The sight shall by cycled on and off the mount (M16 rifle carry handle itself, and MIL-STD-1913 rail itself, independently) ten (10) times. The line of sight shall be maintained within 0.33 mils. (PD-115, Paragraphs 3.4.1 and 3.4.2)

C.1.1.12 Illuminance: The dot luminance of the bid sample shall be manually adjustable. A calibrated light source (2873° color temperature) shall be placed at the target side of the optic. The light source shall be set at levels between 0.01 and 5,000 foot-lamberts. The observer shall determine if the reticle remains visible against the background throughout this range and can be adjusted so that blooming does not occur. The proposed design shall be tested using naked eye and third generation night vision devices viewing (PD-115, Paragraph 3.1.3.3)

C.1.1.13 Equipment Compatibility/Operability: The optic shall be compatible and operable with BLPS, ANPVS-14, PAQ-4, PEQ-2 IR sights, M4/M16A4 Back Up Iron Sight (BUIS) and the Multiple Integrated Laser Engagement System (MILES) equipment. The sight, when mounted in the M4 Carbine and M16A2/M16A4 rifle configurations shall be operable from the normal firing position and shall not interfere with the use of the items listed above.

C.1.1.14 Height Above Bore. The mechanical axis of the optic housing shall be centered 8.2cm +/- 0.50cm above the bore axis when mounted to the M16A2 carry handle and 7.0cm +/- 0.25cm above the bore axis when mounted to the MIL-STD-1913 rail system on the upper receiver of the M4 carbine (PD-115, Paragraph 3.1.4).

C.1.1.15 Environmental Testing: The proposed design shall withstand the following environmental testing:

a) Temperature Extremes: The proposed optic design with lens/dust covers and mounts shall be exposed and thermally stabilized at temperatures of -40 and +160 degrees F ± 2 degrees, (PD-115, Paragraph 3.5.3). The bid sample dot shall remain visible at the end of the test and no damage to optical surfaces, lens/dust covers or mounts shall occur.

b) Sand and Dust: The proposed optic design with mounts shall be subjected to Method 510.1 Dust (fine Sand) of MIL-STD-810, (PD-115 Paragraph 3.5.9). The bid sample shall show no degradation of performance to the optic and no dust shall enter the optic; dust may enter and affect the mounting system, however the mounting system shall be operable.

c) Thermal Shock: The proposed optic design with lens/dust covers shall be stabilized at 70 degrees F for a minimum of two hours then transfer within a period of 15 seconds to -40 degrees F at which it will be stabilized for at least two hours then transfer within a period of 15 seconds to an environment of 70 degrees F, (PD-115, Paragraph 3.5.10). The bid sample dot shall remain visible at the end of the test and no damage to optical surfaces or mounts shall occur.

d) Sealing: The proposed optic design shall withstand a water immersion. The optic shall remain internally watertight and moisture free. The test shall be conducted as indicated in PD-115, Paragraph 3.2.2. If battery (ies) are used, the battery compartment shall be waterproof when tested as part of Sealing requirement.

**C.1.2** **<u>Rated Criteria Subfactor</u>:** The bid samples shall be tested and rated against the elements listed below.

C.1.2.1 Battery (ies) Performance: The Bid Sample's dot illuminance shall have sufficient capacity of operation duration at low temperatures while set on its maximum intensity level as specified in PD-115, Paragraph 3.1.3.6. The battery performance will be evaluated only at 168 hrs and 720 hrs of continuous operation. The dot illuminance must remain visible with a background scene luminance of 1,000 foot-lamberts.

| Rating | Definition |
|---|---|
| Excellent | The bid sample battery(ies) performance meets or exceeds continuous operation after 720 hrs at low temperatures. The dot illuminance remained visible with a background scene luminance of 1,000 foot-lamberts. |
| Satisfactory | The bid sample battery(ies) performance meets or exceeds 168 hrs but less then 720 hrs of continuous operation at low temperatures. The dot illuminance remained visible with a background scene luminance of 1,000 foot-lamberts. |
| Unsatisfactory | The bid sample battery(ies) does not meet the 168 hrs of continuous operation at low temperatures and/or the dot illuminance did not remain visible with a background scene luminance of 1,000 foot-lamberts. The proposal contains a major error(s), omission(s) or deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.2 Battery Type: The bid sample shall not be powered by mercury or carbon zinc batteries. The bid sample shall be powered by either active or passive elements. If battery(ies) are used, the bid sample shall accept one of the types of batteries listed in PD-115, Paragraph 3.1.3.6.(a). The Bid Sample shall be evaluated for the number of batteries required to power the optic sight.

| Rating | Definition |
|---|---|
| Excellent | The bid sample can accept as a power source a single standard "AA" battery capable of accepting both lithium and alkaline compositions or is powered by a passive source. |
| Good | The bid sample is powered by a single battery which is listed in PD-115, Paragraph 3.1.3.6(a). |
| Satisfactory | The bid sample is powered by two batteries which are listed in PD-115, Paragraph 3.1.3.6(a). |
| Unsatisfactory | The bid sample is powered by batteries that contain mercury or carbon zinc and/or batteries which are not listed in PD-115, Paragraph 3.1.3.6 (a). Or bid sample is powered by more than two batteries. The proposal contains a major error(s), omission(s) or deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.3 Shock: The proposed design shall be shocked under the conditions stated in PD-115, Paragraph 3.5.1. Observations shall be made to determine structural damage that impedes functionality of the optic other than cosmetic damage. The optic shall retain zero within 1 mil.

| Rating | Definition |
|---|---|
| Excellent | The bid sample showed no physical damage and no cosmetic damage. The bid sample retained zero within 0.5 mil. |
| Good | The bid sample showed no physical damage and no cosmetic damage. The bid sample retained zero within 0.75 mil. |
| Satisfactory | The bid sample showed no physical damage other than cosmetic damage and retained zero within 1 mil. |

| Rating | Definition |
|---|---|
| Unsatisfactory | The optic does not retain zero within 1 mil. The bid sample contains a deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.4 Drop Requirement: The bid sample shall withstand a drop test as specified in PD-115, Paragraph 3.6.2. in both weapon configurations. Observations shall be made to determine structural damage that impedes functionality of the optic other than cosmetic damage. The optic shall retain zero within 1 mil.

| Rating | Definition |
|---|---|
| Excellent | The bid sample showed no physical damage and no major cosmetic damage. The bid sample retained zero within 0.5 mil. |
| Good | The bid sample showed no physical damage and no major cosmetic damage. The bid sample retained zero within 0.75 mil. |
| Satisfactory | The bid sample showed no physical damage other than major cosmetic damage and retained zero within 1 mil. |
| Unsatisfactory | The optic does not retain zero within 1 mil. The bid sample contains a deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.5 Signature: The dot of the proposed optical sight shall not be visible at a 10 meter distance on the target side of the sight to the naked eye or to the AN/PVS-14, or equivalent, when the optic is in its middle brightness setting of the full range of settings (PD-115, Paragraph 3.1.3.8)

| Rating | Definition |
|---|---|
| Excellent | The reticle signature is not visible at 5m or less. |
| Good | The reticle signature is visible at distances greater than 5m but less then 7m. |
| Satisfactory | The reticle signature is visible at distances greater than 7m but less than 10m. |
| Unsatisfactory | The reticle signature is visible at distances greater than or equal to 10m. The bid sample contains a deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.6 Applied Force: The sight shall be mounted to a M16 carry handle and, separately, a MIL-STD 1913 rail. These combinations shall be separately mounted to equipment capable of measuring angular deviations as small as 10 arc-seconds. A reference zero shall be recorded. The sight shall be subjected to incremental loads of five (5) lbs for a total of 25 lbs in three (3) perpendicular axes, one (1) being parallel to the optical axis. Zero retention shall be measured as deviation from the recorded zero. (PD-115, Paragraph 3.4.4)

| Rating | Definition |
|---|---|
| Excellent | The bid sample retained zero within .25 mils on both configurations. |
| Satisfactory | The bid sample retained zero within .5 mils. |
| Unsatisfactory | The bid sample failed to retained zero within .5 mils. The bid sample contains a deficiency(ies) that indicates the bid sample cannot be expected to meet requirements without a major redesign to the bid sample. |

C.1.2.7 Human Systems Integration: Human Systems Integration shall be evaluated by the bid sample hardware being examined for compatibility (man/machine interface) with the target audience soldier (5th-95th percentile soldier). Areas to be examined include: comfort during use, ease of attachment/removal from the host weapon, portability with the optic mounted on the weapon over field conditions, compatibility of the weapon with optic attached with existing soldier protective clothing and equipment (cold weather/MOPP IV/ body armor/BLPS), and

ease of use to include all maintenance and operational tasks. Data will be collected from test participants, interviews with test personnel, interviews with Subject Matter Experts (SMEs), and through direct observation by experienced Human Factors Engineering practitioners. Each offeror will be assigned an adjectival rating based on results of the assessment. The following criteria will be used to determine how ratings are assigned to each offeror.

| Rating | Definition |
|---|---|
| Excellent | No deficiencies/weaknesses of any kind were identified during bid sample testing, or only minor weaknesses were identified, but do not require further discussion or correction. |
| Good | Some weaknesses were identified during bid sample testing; however, they do not present any safety of use issues, nor require changes to the hardware in order to mitigate the weaknesses. |
| Satisfactory | Few weaknesses were identified which do not present any safety of use issues, but which will require hardware modification in order to correct the shortcoming(s). The modifications required must not be considered to be a major re-design. A major design would be a changes requiring redesign of the bid sample housing or changes in optical configuration. |
| Unsatisfactory | A deficiency(ies) or significant weakness were identified during bid sample testing. The bid sample cannot be expected to meet requirements, or presents a safety of use issue and none of these conditions can be corrected without a major redesign to the bid sample. |

**C.1.3 <u>Overall Rated Criteria Rating</u>:** Using the information gathered from the testing and evaluation in the subfactors above (C.1.2), the samples will be assigned an overall color rating to signify how well the bid samples met the Government's requirements.

| Evaluation | Standard |
|---|---|
| **Blue** | Offeror's Bid Sample Test demonstrates an excellent understanding and approach that meets all and exceeds several requirements. Essentially no doubt exists that the offeror will successfully provide a product that meets the Government's requirements. |
| **Green** | Offeror's Bid Sample Test demonstrate a good understanding and approach that meets all and exceeds some of the requirements. Little doubt exists that the offeror will successfully provide a product that meets the Government's requirements. |
| **Yellow** | Offeror's Bid Sample Test demonstrate a minimal understanding and approach that meets the requirements. Moderate doubt exists that the offeror will successfully provide a product that meets the Government's requirements. |
| **Red** | Offeror's Bid Sample Test do not demonstrate an acceptable understanding of the requirements. Offeror fails to demonstrate the ability to meet several requirements. Significant doubt exists that the offeror will provide a product that meets the Government's requirements. |

**C.2.0 QUALITY SYSTEM FACTOR**

The government will evaluate the offeror's proposed quality system plan against the following:

| Rating | Definition |
|---|---|
| Excellent | Quality System exceeds the RFP requirements with certification to a higher-level quality system (e.g. ISO 9001-2000 or ISO 9001-1994) and/or certification of Lean Six Sigma processes and tools. This represents an overall low degree of risk in meeting the Government's requirements. |
| Good | Quality System meets the RFP requirements with compliance to a higher-level quality system (e.g. ISO 9001-2000, ISO 9001-1994 or MIL-Q-9858). This represents an overall low to moderate degree of risk in meeting the Government's requirements. |
| Satisfactory | Quality System meets the RFP requirements with other than a higher-level quality system (e.g. ISO 9001-2000, ISO 9001-1994 or MIL-Q-9858). This represents an overall moderate to high degree of risk in meeting the Government's requirements. |
| Unsatisfactory | Quality System fails to meet the RFP requirements or no Quality System was provided. The proposal contains a deficiency(ies) that indicates the proposal cannot be expected to meet requirements or involves a very high risk and none of these conditions can be corrected without a major rewrite of the proposal. |

**C.3.0 EQUIPMENT/PRODUCTION FACTOR**

The government will evaluate the offerors' Equipment Facilities and Production Rates against the following. Within the Equipment/Production Factor each subfactor is of equal importance.

a. Equipment and Facilities Subfactor
b. Production Subfactor

C.3.1. The government will evaluate the availability and successful utilization of the equipment and facilities to meet the RFP schedule requirements.

| Rating | Definition |
|---|---|
| Excellent | The available manufacturing equipment and facilities the offeror proposes to use have been successfully utilized by the offeror to produce Military optical sights of equal or similar complexity as the CCO. All the equipment is readily available and no changes are necessary. This represents an overall low degree of risk in meeting the Government's requirements. |
| Good | The available manufacturing equipment and facilities the offeror proposes to use have been utilized by the offeror to produce equal or similar complexity items as the CCO. All the equipment is readily available and no changes are necessary. This represents an overall low to moderate degree of risk in meeting the Government's requirements. |
| Satisfactory | The available manufacturing equipment and facilities the offeror proposes to use have the capability to produce items similar to the CCO but have not been utilize to produce optical sight of equal or similar complexity. All the equipment is readily available and no changes are necessary. This represents an overall moderate to high degree of risk in meeting the Government's requirements. |
| Unsatisfactory | The available manufacturing equipment and facilities the offeror proposes to use does not have the capability to produce items similar to the CCO. Questionable availability of equipment. The proposal contains a deficiency(ies) that indicates the proposal cannot be expected to meet requirements or involves a very high risk and none of these conditions can be corrected without a major rewrite of the proposal. |

C.3.2. The government will evaluate the offerors production capabilities to meet the RFP schedule requirements.

| Rating | Definition |
|---|---|
| Excellent | Production rates currently meet 2,000 per month with no lead time required. Production rates can increase to 20,000 per month with a lead time of six (6) months, or less. This represents an overall low degree of risk in meeting the Government's requirements. |
| Good | Production rates currently meet 2,000 per month with no lead time required. Production rates can increase to 15,000 per month with a lead time of six (6) months, or less. This represents an overall low to moderate degree of risk in meeting the Government's requirements. |
| Satisfactory | Production rates meet 2,000 per month but require a lead time of six (6) months, or less. This represents an overall moderate to high degree of risk in meeting the Government's requirements. |
| Unsatisfactory | Production rates do not meet 2,000 per month with a lead time of six (6) months, or less. The proposal contains a deficiency(ies) that indicates the proposal cannot be expected to meet requirements or involves a very high risk and none of these conditions can be corrected without a major rewrite of the proposal. |

**C.4.0 PRICE FACTOR:**

(a) Prices proposed in Section B will be utilized in the performance of a price analysis in accordance with FAR 15.404-1(b). However, if deemed necessary by the Contracting Officer, a cost analysis may be performed per FAR 15.404-1(c).

A price evaluation will be conducted by totaling the evaluated prices for each ordering period and optional ordering periods. The evaluated price for each period will be calculated by computing an average evaluated unit price and multiplying the average evaluated unit price by the maximum quantity within that period's highest quantity range. The average evaluated unit price will be calculated as follows:

1) The evaluated quantity for each quantity range will be the maximum quantity within that range.

2) The evaluated quantity will be multiplied by the evaluated unit price to determine the evaluated amount for each quantity range.

3) The sum of the evaluated amounts will be divided by the sum of the evaluated quantities to derive the average evaluated unit price.

4) Adding the max quantity in highest range (270,000) for each year, the total (270,000 x 7 = 1,890,000) is more than the maximum quantity to be purchased under this contract (565,783), so when calculating each year Evaluated Price, the Average Evaluated Unit Price will be multiplied by 80,826 instead of 270,000. (565,783 / 7 = 80,826). All amounts will be computed with no decimal places.

5) After computing each years Evaluated Price, the seven years Evaluated Prices will be totaled to compute the Total Evaluated Price.

The total evaluated price will be adjusted for the value of any Government Furnished Property (See EVALUATION OF USE OF GOVERNMENT OWNED PRODUCTION AND RESEARCH PROPERTY).

The following tables are a sample of computing the total evaluated price:

FAT, PVT, Ordering Period Year 1

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| FAT - n/a | 10 | $25.00 | $250 |
| PVT - n/a | 100 | $22.00 | $2,200 |
| 100-15,000 | 15,000 | $20.00 | $300,000 |
| 15,001-100,000 | 100,000 | $17.50 | $1,750,000 |
| 100,001-185,000 | 185,000 | $15.00 | $2,775,000 |
| 185,001-270,000 | 270,000 | $12.50 | $3,375,000 |

| | |
|---|---|
| Year 1 Sum of Evaluated Amounts | $8,202,450 |
| Year 1 Sum of Evaluated Quantities | 570,110 |
| Year 1 Average Evaluated Unit Price | $14.39 |
| Year 1 Evaluated Price | $1,163,086 |

Ordering Period Year 2

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $19.00 | $285,000 |
| 15,001-100,000 | 100,000 | $16.50 | $1,650,000 |
| 100,001-185,000 | 185,000 | $14.00 | $2,590,000 |
| 185,001-270,000 | 270,000 | $11.50 | $3,105,000 |

| | |
|---|---|
| Year 2 Sum of Evaluated Amounts | $7,630,000 |
| Year 2 Sum of Evaluated Quantities | 570,000 |
| Year 2 Average Evaluated Unit Price | $13.39 |
| Year 2 Evaluated Price | $1,082,260 |

Ordering Period Year 3

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $18.00 | $270,000 |
| 15,001-100,000 | 100,000 | $15.50 | $1,550,000 |
| 100,001-185,000 | 185,000 | $13.00 | $2,405,000 |
| 185,001-270,000 | 270,000 | $10.50 | $2,835,000 |

| | |
|---|---|
| Year 3 Sum of Evaluated Amounts | $7,060,000 |
| Year 3 Sum of Evaluated Quantities | 570,000 |
| Year 3 Average Evaluated Unit Price | $12.39 |
| Year 3 Evaluated Price | $1,001,434 |

Ordering Period Year 4

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $17.00 | $255,000 |
| 15,001-100,000 | 100,000 | $14.50 | $1,450,000 |
| 100,001-185,000 | 185,000 | $12.00 | $2,220,000 |
| 185,001-270,000 | 270,000 | $9.50 | $2,565,000 |

| | |
|---|---|
| Year 4 Sum of Evaluated Amounts | $6,490,000 |
| Year 4 Sum of Evaluated Quantities | 570,000 |
| Year 4 Average Evaluated Unit Price | $11.39 |
| Year 4 Evaluated Price | $920,608 |

Ordering Period Year 5

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $16.00 | $240,000 |
| 15,001-100,000 | 100,000 | $13.50 | $1,350,000 |
| 100,001-185,000 | 185,000 | $11.00 | $2,035,000 |
| 185,001-270,000 | 270,000 | $8.50 | $2,295,000 |

| | |
|---|---|
| Year 5 Sum of Evaluated Amounts | $5,920,000 |
| Year 5 Sum of Evaluated Quantities | 570,000 |
| Year 5 Average Evaluated Unit Price | $10.39 |
| Year 5 Evaluated Price | $839,782 |

Ordering Period Year 6

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $15.00 | $225,000 |
| 15,001-100,000 | 100,000 | $12.50 | $1,250,000 |
| 100,001-185,000 | 185,000 | $10.00 | $1,850,000 |
| 185,001-270,000 | 270,000 | $7.50 | $2,025,000 |

| | |
|---|---|
| Year 6 Sum of Evaluated Amounts | $5,350,000 |
| Year 6 Sum of Evaluated Quantities | 570,000 |
| Year 6 Average Evaluated Unit Price | $9.39 |

Year 6 Evaluated Price $758,956

Ordering Period Year 7

| Quantity Range | Evaluated Quantity | Evaluated Unit Price | Evaluated Amount |
|---|---|---|---|
| 100-15,000 | 15,000 | $14.00 | $210,000 |
| 15,001-100,000 | 100,000 | $11.50 | $1,150,000 |
| 100,001-185,000 | 185,000 | $9.00 | $1,665,000 |
| 185,001-270,000 | 270,000 | $6.50 | $1,755,000 |

Year 7 Sum of Evaluated Amounts $4,780,000

Year 7 Sum of Evaluated Quantities 570,000

Year 7 Average Evaluated Unit Price $8.39

Year 7 Evaluated Price $678,130

Total Evaluated Price (All Years) $6,444,256

The unit prices contained in the sample above were fabricated for demonstration purposes only and in no way reflect the unit prices the government expects to pay.

(b) Cost inconsistencies. A proposal is presumed to represent an Offeror's best effort to respond to the solicitation. Any inconsistency, whether real or apparent, between promised performance and price, should be explained in the proposal. Any significant inconsistencies, if unexplained, raise a fundamental issue of the offeror's understanding of the nature and scope of work required and his financial ability to perform the contract, may be grounds for rejection of the proposal.

All price evaluation will be conducted in accordance with 52.219-4.

If offeror is identified as HubZone or Small Business Concern in accordance with the definition under 52.219-4, price evaluation for all offerors will be conducted in accordance with 52.219-4.

**C.5.0 PERFORMANCE RISK FACTOR**

The Performance Risk evaluation will assess the relative risks associated with an offeror's likelihood of success in performing the solicitation's requirements as indicated by that offeror's record of past performance.

C.5.1. The Government will conduct a performance risk assessment based on the quality, relevancy and recency of the offeror's past performance, as it relates to the probability of successful accomplishment of the required effort.
When assessing performance risk, the Government will focus its inquiry on the past performance of the offeror as it relates to all solicitation requirements. These requirements include all aspects of schedule, performance and supportability, including the offeror's record of: 1) conforming to specifications and standards of good workmanship; 2) adherence to contract schedules, including the administrative aspects of performance; 3) ability to resolve technical and manufacturing problems quickly and effectively; 4) business-like concern for the interest of its customers; 5) establishing and maintaining adequate management of subcontractors; and 7) quality of product delivered as reflected by returns of product to the vendor for repair.

C.5.2. Offerors are cautioned that in conducting the performance risk assessment, the Government may use data provided in the offeror's proposal and data obtained from other sources. Since the Government may not necessarily interview all of the sources provided by the offerors, it is incumbent upon the offerors to explain the relevance of the data provided. Offerors are reminded that while the Government may elect to consider data obtained from other sources, the burden of proving low performance risk rests with the offerors.

| RATING | DEFINITION |
|---|---|
| **Low Risk** | Little doubt exists that the offeror can perform the required effort, based on their performance record. |
| **Moderate Risk** | Some doubt exists that the offeror can perform the required effort, based on their performance record. |
| **High Risk** | Significant doubt exists that the offeror can perform the required effort, based on their performance record. |
| **Unknown Risk** | Little or no relevant performance record identifiable; equates to an unknown risk rating having no positive or negative evaluation significance. |

**C.6.0 Small Disadvantaged Business (SDB) Participation Factor.**

The Government will evaluate the offeror's plan in accordance with the following specific criteria:

- The extent of Small Disadvantaged Business (SDB) Participation
- The acceptability of the contractor's plan or efforts to utilize SDBs
- The acceptability of the contractor's rationale as to the percentage of SDBs being utilized for the company

The offeror's efforts in utilizing SDBs for this contract will be rated in accordance with the following color-coded rating.

| COLOR | RATING | DEFINITION |
|---|---|---|
| **Blue** | **Excellent** | **Strong rationale to support appropriate percentage of SDBs to be utilized by the Contractor** |
| **Green** | **Good** | **Adequate rationale to support appropriate percentage of SDBs to be utilized by the Contractor** |
| **Yellow** | **Adequate** | **Weak rationale to support appropriate percentage of SDBs to be utilized by the Contractor** |
| **Red** | **Poor** | **No rational or plan provided that addresses percentage of SDBs to be utilized by the Contractor** |
| **Neutral** | **Neutral** | **Foreign companies do not have to submit a SDB plan if the offeror contract actions will be performed entirely outside of the US per FAR 19.1202-2(b)(4).** |

**C.7.0 EVALUATION OF USE OF GOVERNMENT OWNED PRODUCTION AND RESEARCH PROPERTY**

If Government production and research property is proposed for use in performance of any contract resulting from the solicitation, each offeror's total evaluated price will be adjusted to include a rental equivalent factor for each item of such property calculated in accordance with FAR Clause 52.245-9. This adjustment shall apply for the use of government property by the offeror as well as any subcontractor thereto, see Section L, Use of Government owned Production and Research Property.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.217-5 | Evaluation Of Options | JUL 1990 |

CLAUSES INCORPORATED BY FULL TEXT

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/farsite.html
(End of provision)

**EVALUATION OF OFFERS /QUOTES -- FIRST ARTICLE APPROVAL -- CONTRACTOR TESTING (ARDEC 120)**

-

(a) When the Government decides to exercise its right to waive First Article Sample, as to a particular offeror/quoter, that offer will be evaluated without the price submitted for First Article Sample.

(b) Earlier delivery resulting from a waiver of the First Article Sample shall not be a factor in evaluation for award.