# EXHIBIT 11

Name: Damien M. Marianucci Date: 9/ /06

Experiment: BoreSight Retention <G10/ 0.G10>



Test Engineers Present: Damien M. Marianucci
Mark Dalangin
Tom Pitera
Kirk Bristle

I) Set-Up:




II) Procedure

Step 1: Set-Up Preparations

Bid Samples
- Label Bid Samples → Done by Bob Sulzbach prior to arrival to Fire Control Team
- Ensure Rail Grabbers are securely affixed to sights.
- Establish torque value for D1 + D2 Rail Grabbers for experiment repeatability

"Hand Tight" determined to be 7 in lbs




Test Bed
- Ensure Test Set-up is Secure
- Autocollimate Nikon Tilt Collimator + check for parallax.
- Align Collimator and Reference Sight <M68 CCO comp M2>
- Set-Up Camera on Tripod
- Change Battery for Reference Sight
- Establish Backup Reference Sight <M68 CCO comp M2>

Important: Place card under blue copy.

<9/29/06>

MIL-STD-1913 Rail
↳ (1913 Rail)

**Boresight Retention** (ABCD 1, 2)
D1, 2 ⇒ No LFU/SRD ~ would not fit in set-up otherwise. Does Not Effect Results

Equipment: Nikon Tilt Collimator
Refrence Optic (M68 CCO Comp M2)

Set-Up:




Alignment: Collimator to Ret. Opt ⇒




Collimator to Bid Sample ⇒ (Zero of Baseline)




NOTE: Bid Sample Attachment to MIL-STD-1913 Rail

The following applies to the remainder of testing as well.

* Bid Samples A, B + C: 2-clicks of Rail Grabber Knob
* Bid Samples D: Both knobs tightened to 7 in-lbs. This value was experimentally determined to represent "hand-tight" as dictated in the manual of Bid Sample D.

These measures where taken to ensure fair + consistant attachment to MIL-STD-1913 Rail

These results are completely consistent with the Behavioral Science Laboratory, 6570th Aerospace Medical Research Laboratories, Aerospace Medical Division, Air Force System Command, Wright-Patterson Air Force Base, OH report MRL-TDR-62-17, "Maximum Torque Exertable on Knobs of Various Sizes and Rim Surfaces", dated 1962.

AD0283347 3579 4034

01

MRL-TDR-62-17

Best Available Copy

# MAXIMUM TORQUE EXERTABLE ON KNOBS OF VARIOUS SIZES AND RIM SURFACES

*EARL D. SHARP*

TECHNICAL DOCUMENTARY REPORT No. MRL-TDR-62-17

MARCH 1962

BEHAVIORAL SCIENCES LABORATORY
6570th AEROSPACE MEDICAL RESEARCH LABORATORIES
AEROSPACE MEDICAL DIVISION
AIR FORCE SYSTEMS COMMAND
WRIGHT-PATTERSON AIR FORCE BASE, OHIO

Project No. 7184; Task No. 718402

3579

20030904009

## NOTICES

When US Government drawings, specifications, or other data are used for any purpose other than a definitely related government procurement operation, the government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise, as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Qualified requesters may obtain copies from ASTIA. Orders will be expedited if placed through the librarian or other person designated to request documents from ASTIA.

Copies available at Office of Technical Services, Department of Commerce, $0.50 .

Do not return this copy. Retain or destroy.

900 - May 1962 - 33-1491 & 1492

# FOREWORD

This research was conducted between June 1959 and October 1960 by the Controls Section, Engineering Psychology Branch, Behavioral Sciences Laboratory, 6570th Aerospace Medical Research Laboratories, in response to a request from the Specification Section, Electronics Engineering Branch, Electronics Technology Laboratory. The work was done under Project No. 7184, "Human Performance in Advanced Systems," Task No. 718402, "Criteria for the Design and Arrangement of Controls and Control Systems," with Dr. John P. Hornseth acting as task scientist. Mr. J.V. Bradley initiated the study and arranged for the construction of the knobs. The author completed the apparatus and conducted this experiment.

The author wishes to express his appreciation to Dr. John H. Bowen, Controls Section, for his assistance in planning the experimental design; Mr. Charles Clauser and Capt. Robert S. Zeigen of the Anthropology Section, Engineering Psychology Branch, for their assistance in the description and selection of subjects; the personnel of the Instrumentation Branch, Test Engineering Division, Directorate of Flight and All Weather Testing, for their cooperation in the construction and calibration of the strain gages; and Mr. Stanley Back of the University of Dayton Data Reduction Division for assistance in computation of the analysis.

## ABSTRACT

We initiated this study to determine the maximum torque a seated operator can apply in turning a knob with the bare thumb and fingertips of his right hand. We also wanted to develop a procedure by which a given knob or set of knobs may be evaluated with respect to maximum torque exertable.

A set of 60 knobs, each 1/2 inch thick, was used. The knobs had 20 diameters from 1/8 to 5 inches. For each diameter there were three different rim surfaces: smooth, rectangular-knurl, and diamond-knurl. Each of 45 subjects was tested with every diameter-surface combination. In addition, 15 of the subjects repeated the experiment. The maximum torque exertable increased with knob diameter. For all knob sizes, rectangular- and diamond-knurled knobs permitted greater torques than did smooth knobs. Very little difference in maximum torque exertable was observed between the rectangular- and diamond-knurled surfaces.

## PUBLICATION REVIEW

This document has been reviewed and approved for publication.

WALTER F. GRETHER
Technical Director
Behavioral Sciences Laboratory

# MAXIMUM TORQUE EXERTABLE ON KNOBS OF VARIOUS SIZES AND RIM SURFACES

## INTRODUCTION

Many variables—size, shape, spacing, use, mechanical linkage, etc.—enter into the final selection of a knob or a set of knobs for any given system. We designed this experiment to specify one of these variables, the maximum torque exertable for a series of knobs under a specified set of conditions. We have outlined a procedure by which the maximum torque for any given knob or set of knobs may be obtained and evaluated (Appendix II).

In carrying out future work in workplace layout, including the effects of location on torque capabilities, basic data is needed on the maximum torque capabilities for various knobs as an aid both in constructing apparatus and selecting knobs.

The Electronics Technology Laboratory expressed a very urgent need for data of this kind to obtain an idea of the values concerned in specifying such engineering factors as shaft size, fasteners, torques applied before slippage or breakage occurs, and other similar factors.

## APPARATUS

A series of 60 aluminum knobs, each 1/2 inch thick, was used in this experiment. The diameters of the knobs ranged from 1/2 inch to 1 inch in 1/8-inch increments, from 1 inch to 3 inches in 1/4-inch increments, and from 3 inches to 5 inches in 1/2-inch increments. Each size included three knobs, the rim of each possessing one of the following finishes: smooth surface; a full-depth, medium, rectangular-knurled surface; and a full-depth, medium, diamond-knurled surface (figure 1).



Figure 1. Amplifier, Oscillograph, Dynamometer, Set of Knobs Used

The measuring device consisted of four flat bars, each having an appropriate strain gage bonded to it. One end of the bar was anchored, and the other was free to rotate in a bearing. The subject applied torque to the free end of the bar, and the strain gage measured the distortion of the bar due to the application of torque (figure 2).




To cover the range of torques that would be obtained through the range of knob sizes used, the strain gages were calibrated so that each had a capacity of four times the one preceding. In order, from the smallest to the largest, the measuring ranges were:

1. 0-3 inch-pounds
2. 0-1 foot-pounds
3. 0-4 foot-pounds
4. 0-16 foot-pounds

For each bar, the application of maximum torque produced a 20-degree deflection of the shaft. This deflection produced an effect upon the strain gage, which, when applied through a Universal Brush Amplifier, caused full deflection of the needle of the recording oscillograph.

Figure 2 (left). Strain Gages with Selector and Balance Box

The four strain gages were mounted on a table, the top of which was stepped to align the shafts of the gages parallel to the floor. The table in turn was mounted on a track so that, by moving the table back and forth against appropriate stops, the shaft of each gage could be placed in the same spatial position, relative to the subject who was seated in a Long-Range Cargo-Type Pilot's Seat. The tip of this shaft was 29 inches above the floor, and 26 inches directly forward from the back of the subject's right shoulder.

## PROCEDURE

The subjects consisted of 11 military and 4 civilian men from the 6570th Aerospace Medical Research Laboratories, and 30 male students from the University of Dayton. Fifteen of the University of Dayton students were used a second time to fill out the total of 60 experimental runs to complete a 60 x 60 balanced design.

The subjects were selected by age, stature, and weight to approximate the distribution of the Air Force flying population as anthropometrically measured in a 1950 survey (ref. 5). See table I. Measures of bicep circumference, forearm circumference, hand length, hand breadth, and hand strength were taken for each subject. Each of the measures was correlated with the maximum torques obtained to determine if any may be used as a predictor of the obtained torque.

### TABLE I

### ANTHROPOMETRIC COMPARISON OF THE PRESENT SAMPLE WITH 1950 AIR FORCE PERSONNEL*

| | Present Sample (45 Subjects) | | 1950 Air Force Personnel (4000+ Subjects) | |
|---|---|---|---|---|
| | Mean | S.D. | Mean | S.D. |
| Age | 25.3 | 6.6 | 27.9 | 4.2 |
| Weight | 166.5 | 22.6 | 163.7 | 20.9 |
| Stature | 69.1 | 2.7 | 69.1 | 2.4 |
| Biceps Circumference | 12.9 | 0.9 | 12.8 | 1.1 |
| Forearm Circumference | 11.4 | 0.8 | 11.5 | 0.7 |
| Hand Length | 7.6 | 0.4 | 7.5 | 0.3 |
| Hand Breadth | 3.4 | 0.2 | 3.5 | 0.2 |

*All dimensions are in inches except age and weight which are expressed in years and pounds, respectively.

The knobs were presented to the subject one at a time at 5-minute intervals to provide recovery from muscle fatigue. Twelve knobs were presented in one day. The subject completed the 60-knob sequence in 5 sessions on 5 consecutive days at the same hour each day.

To reduce variation in the subject's attitude and to insure complete and correct instructions to each subject, prerecorded directions were given to the subject at the beginning of each day's trials (Appendix I).

The subject then was told to strap himself into the pilot's seat, and was shown how to adjust the seat for height. Air Force specifications set the mode of adjustment for the height of the seat in an aircraft cockpit by the eye height of the pilot. For this reason, a device was used which contained three parallel cords, perpendicular to the subject's line of sight. The subject then adjusted the seat height until he could see only the front cord. The seat height obtained on the first of the 5 days was measured and recorded, and the seat was preset for the subject before each subsequent day's trials. Figure 3 shows the subject in the ready position.



Figure 3. Step Table, Dynamometers, and Aircraft Seat with Subject in Ready Position

During the 5-minute interval between trials, a series of simple puzzles was used. Part of this series consisted of small, flat, glass-covered cases, in which pins, balls, or other objects were manipulated into holes or specified locations. The other part consisted of a number of wire puzzles of the bent-nail variety. This type of task was selected for two reasons: to reduce inter-trial variability by having every subject occupy his time in exactly the same manner, and for the simple but challenging qualities, keeping the subject interested during what would otherwise have been idle time.

When each trial was about to begin, the subject was told: "Wipe off your fingertips. Grasp the knob with your fingertips, lining up your index finger with the indicator provided, and twist the knob as hard as you can." A paper towel was furnished for the subject to wipe any perspiration off his fingers. An indicator, an aluminum finger attached to the top of each strain gage, served to standardize the starting position.

## RESULTS

Table II shows the summary of an analysis determining whether or not the 15 subjects that were repeated obtained the same results on the second test as they did on the first. Replications were nonsignificant, the null hypothesis was accepted, and the mean values for the two tests were used to obtain 44 degrees of freedom for individuals in the analysis summary shown in tables III and IV:

TABLE II

TEST ON REPLICATIONS

| Source | d.f. | s.s | m.s. | F |
|---|---|---|---|---|
| Replications | 1 | 51774.8 | 51774.8 | 2.16 |
| Replications x Individuals | 15 | 358763.5 | 23917.6 | |

The summary of the analysis of variance, including all surfaces, is shown in table III. All main effects are significant, and all the interactions are significant beyond the 5 percent level.

Table IV shows a summary of the analysis of variance for the two knurled surfaces only. All main effects in this analysis are significant, and all the interactions except between surfaces and individuals are significant beyond the 5 percent level.

Table V shows the mean maximum torque by knob sizes and rim surfaces, along with the appropriate standard deviations. Figure 4 shows a plot of this table on a graph.

## TABLE III

### SUMMARY OF ANALYSIS OF VARIANCE FOR ALL CONDITIONS

| Source | d.f. | s.s. | m.s. | F. |
|---|---|---|---|---|
| Knob Surfaces | 2 | 6526179.2 | 3263089.6 | 391.91* |
| Knob Sizes | 19 | [illegible] | [illegible] | [illegible] |
| Surfaces x Sizes | 38 | 4366011.4 | 114895.0 | 4.64* |
| Individuals | 44 | 8033724.2 | 182584.6 | 73.73* |
| Surfaces x Individuals | 88 | 732699.8 | 8326.1 | 3.36* |
| Sizes x Individuals | 836 | 12891994.4 | 15421.0 | 6.23* |
| Residual | 1672 | 4140443.2 | 2476.3 | |

*Significant beyond the 5 percent level.

## TABLE IV

### SUMMARY OF ANALYSIS OF VARIANCE FOR TWO KNURLED SURFACES ONLY

| Source | d.f. | s.s. | m.s. | F. |
|---|---|---|---|---|
| Knob Surfaces | 1 | 58227.9 | 58227.9 | 18.80* |
| Knob Sizes | 19 | 135726531.9 | 7143501.7 | 566.90* |
| Surfaces x Sizes | 19 | 247698.1 | 13036.7 | 5.44* |
| Individuals | 44 | 6901822.4 | 156859.6 | 65.39* |
| Surfaces x Individuals | 44 | 136299.9 | 3097.7 | 1.29 |
| Sizes x Individuals | 836 | 10535190.1 | 12601.9 | 5.25* |
| Residual | 836 | 2005413.9 | 2398.8 | |

*Significant beyond the 5 percent level.

TABLE V

MEAN AND STANDARD DEVIATION OF
MAXIMUM TORQUE BY KNOB SIZE
(Torque in Inch-Ounces)

| Knob Size (Inches) | RIM SURFACE | | | | | |
|---|---|---|---|---|---|---|
| | Rectangular Knurl | | Diamond Knurl | | Smooth | |
| | Mean | S.D. | Mean | S.D. | Mean | S.D. |
| 1/8 | 8.4 | 3.1 | 9.1 | 3.1 | 3.0 | 1.5 |
| 1/4 | 18.6 | 5.4 | 19.6 | 5.4 | 8.3 | 3.3 |
| 3/8 | 27.7 | 7.6 | 31.8 | 9.1 | 13.4 | 4.4 |
| 1/2 | 42.6 | 12.8 | 45.9 | 13.5 | 21.8 | 7.6 |
| 5/8 | 60.3 | 17.3 | 64.9 | 21.5 | 27.2 | 8.6 |
| 3/4 | 85.4 | 28.7 | 93.1 | 33.1 | 39.8 | 10.6 |
| 7/8 | 104.9 | 35.1 | 112.6 | 40.2 | 47.9 | 15.6 |
| 1 | 115.6 | 31.8 | 116.0 | 35.5 | 59.1 | 21.3 |
| 1-1/4 | 120.7 | 35.6 | 132.9 | 37.7 | 59.9 | 17.2 |
| 1-1/2 | 156.6 | 41.0 | 146.8 | 37.5 | 97.4 | 26.4 |
| 1-3/4 | 199.6 | 51.5 | 205.3 | 52.8 | 124.7 | 38.7 |
| 2 | 244.5 | 64.7 | 210.2 | 48.9 | 148.0 | 46.7 |
| 2-1/4 | 294.4 | 78.5 | 287.5 | 74.5 | 187.0 | 52.0 |
| 2-1/2 | 367.9 | 103.2 | 371.9 | 113.6 | 236.2 | 63.1 |
| 2-3/4 | 403.1 | 95.1 | 423.9 | 108.4 | 238.9 | 69.2 |
| 3 | 444.3 | 114.2 | 477.7 | 136.6 | 267.2 | 81.1 |
| 3-1/2 | 553.4 | 147.1 | 607.3 | 158.9 | 400.4 | 116.6 |
| 4 | 694.8 | 180.8 | 698.0 | 173.9 | 454.2 | 135.3 |
| 4-1/2 | 814.8 | 219.7 | 855.7 | 236.0 | 542.4 | 150.9 |
| 5 | 898.5 | 219.5 | 973.4 | 262.8 | 716.4 | 225.8 |




Figure 4. Mean Maximum Torque Exertable as a Function of Knob Diameter for Each Rim Surface

## DISCUSSION

In the summary of the analysis of variance including all conditions (table III), we see a significant interaction between surfaces and sizes. Consequently, we conclude that, averaged over all sizes, the diamond knurl is the best. However, for a particular size, this conclusion might not hold.

Figure 4 shows that, between the diamond and the rectangular surfaces, a small difference generally exists in favor of the diamond knurl. However, this difference is reversed for 1-1/2-, 2-, and 2-1/4-inch knobs, showing a difference in favor of the rectangular-knurled surface at these points. Looking further, we see a very great difference between the smooth surfaces and the other two surfaces at large diameters, which decreases absolutely and increases proportionally as it approaches small diameters. This rapid decrease in difference may cause much of the interaction that exists between surfaces and sizes. In view of this information, the experimenter was led to an analysis considering only the diamond knurl and the rectangular knurl (table IV). In this analysis, the interaction that previously existed between surfaces and individuals is nonsignificant. However, the interaction between surfaces and sizes is significant, leading us to the same conclusion as above: the diamond knurl is the best.

A regression on the mean torque over conditions was made of the following anthropological measures: height, weight, age, hand length, hand breadth, forearm circumference, bicep circumference, and grip strength. The results showed that a combination of grip strength and weight accounted for about 25 percent of the variance in maximum torque averaged over all conditions. In testing further, we found an interaction between conditions and individuals. In other words, the results under different conditions were different when performed by different individuals. This interaction invalidated any conclusions that might be drawn concerning the prediction of a mean torque over conditions by means of the anthropological measures.

## SUMMARY AND CONCLUSIONS

Over the range of knob diameters investigated (1/8 inch to 5 inches), the maximum torque exertable increased with knob diameter. For any particular knob size, a rectangular- or diamond-knurled knob permitted greater application of torques than did a smooth knob. Thus, a smooth-surfaced knob is eliminated from consideration where maximum or near maximum torque is desired. The diamond-knurled surface was slightly better than the rectangular-knurled surface.

Table V may be used as a guide to insure that, for a given knob, the torque needed for barehanded operation by a seated operator does not exceed his capability. For example, suppose a 1-1/2-inch-diameter, diamond-knurled knob were located on a panel directly in front of a seated operator. Reading from table V, the mean torque exertable on this knob is 146.8 inch-ounces, and the standard deviation is 37.5 inch-ounces. If the torque needed to operate the knob on the panel was set at 109.3 inch-ounces (mean minus 1 S.D.), approximately 84 percent of the Air Force population could be expected to be able to operate the control.

## BIBLIOGRAPHY


1. Ammerman, F., "Torque Requirement in Knob Design," Design News, Vol 11, No. 17, pp 136-137, September 1956.

2. Bradley, J.V., and J. Arginteanu, Optimum Knob Diameter, Wright Air Development Center Technical Report 56-96, AD No. 110549, Wright-Patterson Air Force Base, Ohio, November 1956.

3. Bradley, J.V., "Complete Counterbalancing of Immediate Sequential Effects in a Latin Square Design," J. Am. Stat. Assoc., Vol 53, pp 525-528, June 1958.

4. Hedberg, R.D., and C.M. Lobron, The Maximum Torque a Man Can Apply to a 1-1/8 Inch Knob, Human Engineering Report No. 5 (Report No. 4065), AD No. 52903, Frankford Arsenal, Ordnance Corps, Philadelphia 37, Pennsylvania, June 1954.

5. Hertzberg, H.T.E., G.S. Daniels, and E. Churchill, Anthropometry of Flying Personnel-1950, Wright Air Development Center Technical Report 52-321, Wright-Patterson Air Force Base, Ohio, September 1954.

6. Worms, P.F., and C.T. Goldsmith, Investigation of the Maximum Allowable Torque for Rotary Selector Knobs, Technical Report 2551, AD No. 201105, Feltman Research and Engineering Laboratory, Picatinny Arsenal, Dover, New Jersey, November 1958.

## APPENDIX I

### PRERECORDED DIRECTION TO SUBJECT

"The problem in this experiment is to measure the maximum twisting force which you can exert on a knob. The knobs range from 1/8 inch in diameter to 5 inches in diameter, and each size knob has three different rim surfaces. This study is being carried out to establish a range of values to work with in future studies in workspace layout and knob evaluation. This is not a study [illegible] ment will never give you an electric shock.

"The test will consist of 5 sessions of 1 hour apiece, 1 session per day. You will have been presented a total of 60 knobs at the end of the fifth session. You will be presented knobs at the rate of 1 every 5 minutes. During the interval between knob presentations, you will be given a task to do. The directions will be with the task.

"When you begin the experiment, you will be asked to sit in a cargo-type pilot's seat. You will then be strapped in with a lap belt and shoulder harness. The purpose of this is to keep you from excessively leaning forward. You will see, in front of you, a stand with three cords strung across horizontally in front of you, one behind the other. I want you to adjust the height of the seat so that, when you are sitting comfortably, the cords line up so that you can only see the front cord.

"When presenting you with a knob, I will place a knob on a shaft and locate it in front of you. You will be given a wiper when you begin, and I would like you to wipe your fingertips before each test. When I tell you, and only then, grasp the knob with your fingertips, lining up the tip of your index or first finger with the indicator provided on each gage. When this is done, rotate the knob clockwise, or to the right as hard as you can, then release it.

"I will answer any questions you have concerning the test procedure. Ask your questions now, as there will be a minimum of time for discussion during the experiment; and remember, rotate the knob clockwise as hard as you can once, then release it."

## APPENDIX II

## PROPOSED EXPERIMENTAL PROCEDURE

For future determinations with respect to torque capabilities on knobs of various shapes, sizes, and surfaces that may be developed and submitted for evaluation, a device for measuring torque, similar to the one described in this report, may be constructed, and the maximum torque capabilities may be determined and compared. The knobs should be presented in the same location with relation to the subject, and the subject should be seated and strapped into an aircraft-type seat.

A few knobs may be selected from those presented in this report of as nearly as possible the same size and surface as those that are to be investigated. These knobs would serve as controls, and as an adjusting factor to determine the level of performance the subjects selected would attain in relation to those used in this study. This would make it possible to see if the knobs tested are better or worse in general than those used as controls. The data for the controls may be compared with the data in this report; hence, the investigated knobs may be compared with those presented in this report. The knobs selected from this report should be pooled with the knobs to be investigated.

The experimental runs, each consisting of all the knobs (conditions) to be tested, should be counterbalanced (ref. 3). A minimum of 8 to 10 subjects should be used, and each subject should perform two experimental runs, not in succession. When this is completed, the knobs that served as controls may be separated out, and the level of performance may be compared with the results obtained in table IV of this report.

As an example, it may be desired to determine the capabilities of a set of 5 different knobs, giving 5 different conditions to be tested. The first step would be to select two (the number is arbitrary) knobs from those used in this report of the same surface within the size range of knobs to be investigated. These 2 knobs would be pooled with the 5 knobs to be investigated, increasing the number of conditions to 7. These seven conditions should then be counterbalanced, each set of conditions constituting one experimental run. There should be a minimum of 16 to 20 of these experimental runs made up, depending upon the number of subjects required. If, for example, 10 subjects are chosen, each of these subjects will perform 2 experimental runs, making a total of 20 experimental runs. The data collected may then be submitted to an appropriate analysis.

Aerospace Medical Division, 6570th Aerospace Medical Research Laboratories, Wright-Patterson AF Base, Ohio.
Rpt No. MRL-TDR-62-17. MAXIMUM TORQUE EXERTABLE ON KNOBS OF VARIOUS SIZES AND RIM SURFACES. Final report, March 62, iii + 11p. incl illus., tables.
Unclassified report

We initiated this study to determine the maximum torque a seated operator can apply in turning a knob with the bare thumb and fingertips of his right hand. We also wanted to develop a procedure by which a given knob or set of knobs may be evaluated with respect to maximum torque exertable. A set of

( over )

UNCLASSIFIED

1. Control Knobs (Human Engineering)
2. Torque (Mechanics)
3. Tactual Perception
4. Test Results
5. Test Methods

I. Project 7184, Task 718402
II. Behavioral Sciences Laboratory
III. E.D. Sharp
IV. In ASTIA collection
V. Aval fr OTS: $0.50

UNCLASSIFIED

60 knobs, each 1/2 inch thick, was used. The knobs had 20 diameters from 1/8 to 5 inches. For each diameter there were three different rim surfaces: smooth, rectangular-knurl, and diamond-knurl. Each of 45 subjects was tested with every diameter-surface combination. In addition, 15 of the subjects repeated the experiment. The maximum torque exertable increased with knob diameter. For all knob sizes, rectangular- and diamond-knurled knobs permitted greater torques than did smooth knobs. Very little difference in maximum torque exertable was observed between the rectangular- and diamond-knurled surfaces.

UNCLASSIFIED

UNCLASSIFIED

Aerospace Medical Division, 6570th Aerospace Medical Research Laboratories, Wright-Patterson AF Base, Ohio.
Rpt No. MRL-TDR-62-17. MAXIMUM TORQUE EXERTABLE ON KNOBS OF VARIOUS SIZES AND RIM SURFACES. Final report, March 62, iii + 11p. incl illus., tables.
Unclassified report

We initiated this study to determine the maximum torque a seated operator can apply in turning a knob with the bare thumb and fingertips of his right hand. We also wanted to develop a procedure by which a given knob or set of knobs may be evaluated with respect to maximum torque exertable. A set of

( over )

UNCLASSIFIED

1. Control Knobs (Human Engineering)
2. Torque (Mechanics)
3. Tactual Perception
4. Test Results
5. Test Methods

I. Project 7184, Task 718402
II. Behavioral Sciences Laboratory
III. E.D. Sharp
IV. In ASTIA collection
V. Aval fr OTS: $0.50

UNCLASSIFIED

60 knobs, each 1/2 inch thick, was used. The knobs had 20 diameters from 1/8 to 5 inches. For each diameter there were three different rim surfaces: smooth, rectangular-knurl, and diamond-knurl. Each of 45 subjects was tested with every diameter-surface combination. In addition, 15 of the subjects repeated the experiment. The maximum torque exertable increased with knob diameter. For all knob sizes, rectangular- and diamond-knurled knobs permitted greater torques than did smooth knobs. Very little difference in maximum torque exertable was observed between the rectangular- and diamond-knurled surfaces.

UNCLASSIFIED

UNCLASSIFIED

# EXHIBIT 12



# OPERATOR'S MANUAL
# FOR THE
# AN/PVQ-31A & AN/PVQ-31B

## RIFLE COMBAT OPTIC

**Trijicon® ACOG®**

DISTRIBUTION STATEMENT A . APPROVED FOR P UBLIC RELEASE; D ISTRIBUTION IS UNLIMITED.

DISTRIBUTION NOTICE: FOR UNCLASSIFIED LI MITED DOCUMENT, DESTROY BY ANY METHOD THAT WILL PREVENT DISCLO SURE OF THE CONT ENTS OR RECONSTR CUCTION OF THE DOCUMENT .

03 November 2005
PCN 50111064000

US Patent No. 4,806,007

## WARNING

Before installing either optic on a weapon, ensure the weapon is **CLEAR**. Remove the magazine, pull the charging handle to the rear and ensure the chamber is clear.

## WARNING

**RADIOACTIVE MATERIALS**
**RADIATION HAZARD**
**SAFETY PRECAUTIONS**

The AN/PVQ-31 (Trijicon ACOG 4x32) contains radioactive material for low-light illumination. The radiation source is Hydrogen-3, commonly known as Tritium. Tritium is an odorless, tasteless, colorless gas that reacts to the human body in the same manner as natural hydrogen. The human body does not easily retain hydrogen or Tritium as a gas. However, the oxide, HTO, which is formed by the burning of Tritium, is 10,000 times more hazardous. For this reason great care should be taken to avoid flame in the presence of the AN/PVQ-31 with a Tritium lamp which is broken or is suspected of leaking. If the Tritium lamp in the AN/PVQ-31 breaks follow the procedures on the following page. The AN/PVQ-31 is regulated under an EXEMPT LICENSE from the United States Nuclear Regulatory Commission (NRC) held by Trijicon, Inc. Disassembly of the scope is prohibited except by Trijicon, Inc.

## WARNING

**HANDLING A DAMAGED AN/PVQ-31 (exposed internals, fire, or crushed)**

**DO NOT** handle a defective unit if you have open skin cuts or abrasions (use gloves). If the Tritium lamp in an AN/PVQ-31 is broken or suspected of being broken, work in a well ventilated area and avoid inhaling air near the unit. Place the unit in a sealed plastic bag and contact your unit maintainer for return and proper disposal. Immediately following contact with the unit wash your hands with soap and water. Follow any other unit specific protocol.
**DO NOT** eat, drink, smoke, or apply cosmetics in the presence of a damaged AN/PVQ-31.

## CAUTION

When mounting the AN/PVQ-31A or AN/PVQ-31B onto the MIL-STD-1913 Rail of the M16A4 or M4 Carbine family of weapons, or on the carrying handle of the M16A2, do not tighten the TA51 thumb screws or TA53A thumb screw (M16A2) beyond the recommended method. Damage may occur to the optic and/or zero retention may be negatively affected.

DO NOT tighten beyond this recommended method. Alignment is crucial. DO NOT force the screw set into the threaded hole of the optic. Damage will occur to the special threads. If resistance is met, check optic/carrying handle alignment and try again.

**CAUTION**

The windage and elevation adjusters should never be moved all the way to the extremes in adjustment. It is possible that over-adjustment will damage the precise alignment of the prism assembly inside the AN/PVQ-31. If the adjuster resistance increases, the limits of adjustment travel are being approached. Adjust further only with caution. As the limits of the adjustment are reached, the adjustment mechanism will become more and more difficult to adjust. If the adjustment mechanism is adjusted past this point, it will break. Adjustment beyond the center of the adjustment range should not be necessary. If it seems that you need more adjustment than is available, contact your unit maintainer.

**CAUTION**

The adjuster caps on the AN/PVQ-31A and AN/PVQ-31B must be installed properly for the AN/PVQ-31 to be waterproof.

**CAUTION**

Damage may occur to the new adjuster cap or the threads of the adjuster housing if the cap does not make contact with the main housing and the cap is exposed to impact.

**CAUTION**

Remove ALL foreign material from the lenses before cleaning them with the lens pen. This will prevent damage to the lenses.

**CAUTION**

DO NOT allow the light collector tube of the AN/PVQ-31A or AN/PVQ-31B to come into contact with harsh organic chemicals such as Acetone, Trichloroethane, or other cleaning solvents. They will affect the appearance of the light collector tube though they will not affect its performance.

**CAUTION**

NEVER use thread locking compound when screwing the plastic honeycomb (Anti-reflection device) housing back onto the modular assembly.

RECORD OF CHANGES

| Change No. | Date | Title or brief description | Entered by |
|---|---|---|---|
| | | | |

## TABLE OF CONTENTS

| | Page |
|---|---|
| Warnings and Cautions | i |
| Record of Changes | v |
| List of Illustrations | viii |
| List of Tables | x |
| **CHAPTER 1: Technical** | |
| Introduction | 1-1 |
| Characteristics | 1-1 |
| Controls and Indicators | 1-2 |
| Preparation for Use | 1-4 |
| Inspection | 1-4 |
| Models | 1-6 |
| Identification Markings | 1-6 |
| Installation Procedures MIL-STD-1913 Rail | 1-9 |
| Installing the AN/PVQ-31A on the carrying Handle | 1-12 |
| Adjustment Procedures | 1-15 |
| Adjuster Caps New Style | 1-18 |
| Installation of the Anti-Reflection Device (ARD) | 1-20 |
| Zeroing Procedures | 1-21 |
| The Bullet Drop Compensator | 1-23 |
| Ranging Feature | 1-24 |
| AN/PVQ-31 Target Reference System | 1-26 |
| Preventative Maintenance Checks and Services | 1-27 |

**TABLE OF CONTENTS: Continued**


| | Page |
|---|---|
| **CHAPTER 2: Operation and Use** | |
| Determining your Dominate Eye | 2-1 |
| Quick Target Acquisition from 0-300 meters | 2-2 |
| The Bindon Aiming Concept | 2-3 |
| Shooting 400-800 meters | 2-4 |
| Transitional Shooting | 2-6 |
| Shooting with Wind | 2-7 |
| Shooting at Angles | 2-8 |
| Shooting at Moving Targets | 2-8 |
| M249 SAW Compatibility | 2-10 |
| Field Craft | 2-11 |
| **CHAPTER 3: Organizational Maintenance** | |
| Replacing Adjuster Cap Retention systems | 3-1 |
| Original Style Caps | 3-1 |
| New Style Caps | 3-2 |
| AN/PVQ-31A or AN/PVQ-31B Kit | 3-3 |
| AN/PVQ-31 Components List (provided as a kit) | 3-4 |
| AN/PVQ-31A and AN/PVQ-31B Exploded View | 3-5 |
| AN/PVQ-31 Components List (Individual) | 3-6 |

**LIST OF ILLUSTRATIONS**


| Figure Title | | Page |
|---|---|---|
| 1 | Controls and Indicators | 1-2 |
| 2 | Controls and Indicators-continued | 1-3 |
| 3 | Inspection-Light Collector Tube | 1-5 |
| 4 | Exterior Model Identification (Original Style) | 1-6 |
| 5 | Exterior NSN Identification (Original Style) | 1-6 |
| 6 | Exterior Identification (New Style) | 1-7 |
| 7 | Interior Model Identification | 1-8 |
| 8 | Installation- Preparing Rail Mount | 1-9 |
| 9 | Installation- Flattop Receivers | 1-10 |
| 10 | Marking Rail Mount for Zero Retention | 1-11 |
| 11 | Identifying the Rail Mount Screws | 1-12 |
| 12 | Carrying Handle Mounting-Alignment | 1-13 |
| 13 | Carrying Handle / AN/PVQ-31 Aligned | 1-14 |
| 14 | Carrying Handle Screw Set (TA53A) | 1-14 |
| 15 | Correct Alignment of TA53A Screw Set | 1-15 |
| 16 | Incorrect Alignment of TA53A Screw Set | 1-15 |
| 17 | Adjuster- Elevation | 1-16 |
| 18 | Adjuster- Windage | 1-17 |
| 19 | New adjuster cap | 1-19 |
| 20 | Installation of the Anti-Reflection Device | 1-20 |
| 21 | Zeroing-100 meters | 1-21 |
| 22 | Zeroing-33 meters (36 yards) | 1-22 |
| 23 | Bullet Drop Compensator | 1-23 |

**LIST OF ILLUSTRATIONS: Continued**


| Figure Title | | Page |
|---|---|---|
| 24 | Ranging Feature | 1-24 |
| 25 | Proper Ranging from 400-800 meters | 1-25 |
| 26 | Target Reference System | 1-26 |
| 27 | Cleaning- Lens Pen open | 1-27 |
| 28 | Cleaning- Lens Pen closed | 1-28 |
| 29 | Cleaning the Anti-Reflection Device | 1-29 |
| 30 | Target Properly Ranged Point of Aim/Point of Impact at 700 meters | 2-4 |
| 31 | Improper Sight Alignment | 2-5 |
| 32 | Proper Reticle Holds for Wind | 2-7 |
| 33 | Proper Reticle Hold for Close Range Moving Targets | 2-8 |
| 34 | Proper Reticle Hold for Distant Moving Targets | 2-9 |
| 35 | Rigger's Tape as Illumination Adjuster | 2-11 |
| 36 | Rigger's Tape and Cyalume Sticks to Add Illumination | 2-11 |
| 37 | Clipping the Adjuster Cap Retention Wire | 3-1 |
| 38 | Clipping the Brass Crimp Sleeve on Adjuster Retention Wire | 3-1 |
| 39 | Correct Adjuster Cap Retention Wire Loop Spacing | 3-1 |
| 40 | Proper Loop for Adjuster Cap Retention Wire | 3-1 |
| 41 | Proper Threading of Adjuster Cap Retention Wire | 3-1 |
| 42 | Proper Alignment of New Adjuster Cap Retention Wire | 3-2 |
| 43 | AN/PVQ-31A and AN/PCQ-31B Kit | 3-3 |
| 44 | Exploded View of AN-PVQ-31A and AN/PVQ-31B | 3-5 |

**LIST OF TABLES**


| Table | Title | Page |
|---|---|---|
| 1 | RCO MODELS | 1-6 |
| 2 | AN/PVQ-31 Components List (Provided as a kit) | 3-4 |
| 3 | AN/PVQ-31 Components List (Individual) | 3-6 |

# CHAPTER 1: Technical

## INTRODUCTION

The TA31RCO-A4 (AN/PVQ-31A) is an Advanced Combat Optical Gunsight (ACOG) designed for the M16A4 and M16A2 weapon systems. The TA31RCO-M4 (AN/PVQ-31B) is an Advanced Combat Optical Gunsight (ACOG) designed for the M4 Carbine family. Both provide the shooter with quick target acquisition at close combat ranges while providing enhanced target identification and hit probability out to 800 meters utilizing the Bullet Drop Compensator (BDC). Both optics incorporate dual-illumination technology using a combination of fiber optics and self-luminous Tritium. This allows the aiming point to be always illuminated without the use of batteries. The Tritium illuminates the aiming point in total darkness, and the fiber-optic self-adjusts reticle brightness during daylight according to ambient light conditions. This allows the operator to keep both eyes open while engaging targets and maintaining maximum situational awareness.

## CHARACTERISTICS

| | |
|---|---|
| Objective Lens | 32 mm |
| Magnification | 4 power |
| Eye Relief | 1.5 in (38.1mm) |
| Exit Pupil | 8mm |
| Field of View | 7 degrees/36.8 ft @ 100 yds./12.3m @ 100m |
| Length | 5.8 in |
| Weight | 15.3 oz (430g) with mount/ 11 oz (310g) without |
| Waterproof | 66 ft (with adjuster caps properly installed) |
| Tritium | 0.1 curies |

CONTROLS AND INDICATORS

Figures 1 and 2 identify the external controls and indicators of the AN/PVQ-31A and AN/PVQ-31B Rifle Combat Optic.




Figure 1


2D Bar Code
Serial Number
UID & NSN
New style Adjuster
Cap Retention System
New style Adjuster Caps

Figure 2

## PREPARATION FOR USE

### AN/PVQ-31 Inspection

It is recommended that the Tritium lamps be checked prior to deployment of the optic and every 6 months or immediately following any incident which might lead to lamp failure such as the dropping of the AN/PVQ-31A or AN/PVQ-31B onto a hard surface.

To determine that the Tritium lamp is functioning in either optic, enter a dark room and look through the optic. The Chevron should be illuminated red as shown in Figure 21. The illumination provided by the Tritium lamp is very faint and will be hard to see without a dark-adapted eye. Remain in the dark room for approximately 10 minutes to adapt your eyes to the dark.

The reticle is illuminated in low light or complete darkness. If the reticle does not appear to illuminate in the dark, contact your unit maintainer for confirmation. When failure is confirmed, double bag the optic, mark the bag "possible contamination warning" and contact your unit Radiological Safety Officer (RSO) for further guidance. Wash your hands with warm soapy water.

**WARNING**

**RADIOACTIVE MATERIALS**
**RADIATION HAZARD**
**SAFETY PRECAUTIONS**

The AN/PVQ-31 (Trijicon ACOG 4x32) contains radioactive material for low-light illumination. The radiation source is Hydrogen-3, commonly known as Tritium. Tritium is an odorless, tasteless, colorless gas that reacts to the human body in the same manner as natural hydrogen. The human body does not easily retain hydrogen or Tritium as a gas. However, the oxide, HTO, which is formed by the burning of Tritium, is 10,000 times more hazardous. For this reason great care should be taken to avoid flame in the presence of the AN/PVQ-31 with a Tritium lamp which is broken or is suspected of leaking. If the Tritium lamp in the AN/PVQ-31 breaks follow the procedures on the following page. The AN/PVQ-31 is regulated under an EXEMPT LICENSE from the United States Nuclear Regulatory Commission (NRC) held by Trijicon, Inc. Disassembly of the scope is prohibited except by Trijicon, Inc.

The light collector tube as identified in Figure 3 may exhibit small bubbles or milky lines. This is acceptable and will not affect the performance of the AN/PVQ-31.



**Figure 3**

Trace amounts of silicone, on original models, may become visible at the point where the light collector tube enters the main housing. This is considered normal and will not affect the performance of the AN/PVQ-31.

**TABEL 1 RCO MODELS**

| | |
|---|---|
| AN/PVQ-31A | To be used on and calibrated to the M16A4 and M16A2 Rifle |
| AN/PVQ-31B | To be used on and calibrated to the M4 Carbine family |

**IDENTIFICATION MARKINGS (serial number 116988 and below)**

Figures 4 and 5 identify the external markings of the AN/PVQ-31 on models with a serial number 116988 or below.

Right side of main body
Weapon designation




Figure 4

Left side of main body
National Stock Number (NSN)



Figure 5

**IDENTIFICATION MARKINGS (after serial number 116989)**

Figure 6 identifies all external identification markings beginning with serial number 116989. They are laser etched on the left side of the main body.




**Figure 6**

**INTERNAL IDENTIFICATION**

To further assist in identification, the model type will be noted at the bottom of the Field of View when looking into the optic as identified in Figure 7.




**Figure 7**

## INSTALLATION PROCEDURES MIL-STD-1913 RAIL

**WARNING:**

Before installing either optic on a weapon, ensure the weapon is CLEAR. Remove the magazine, pull the charging handle to the rear and ensure the chamber is clear.

The AN/PVQ-31A and AN/PVQ-31B are easily attached to the M16A4/M4 flattop receiver MIL-STD-1913 Rail. Prior to attempting to mount the optic, loosen the Thumb Screws and pull the Interface Clamp Bar back against the Thumb Screws as illustrated in Figure 8.




Figure 8

Place the AN/PVQ-31A or AN/PVQ-31B onto the flattop receiver rail. Be sure to align the Interface Studs located on the bottom of the adapter with the grooves on the MIL-STD-1913 Rail of the flattop receiver as illustrated in Figure 9.




**Figure 9**

The AN/PVQ-31A or AN/PVQ-31B can be placed in any of the slots on top of the receiver to allow for eye relief adjustment. Once the ideal position has been determined, apply forward pressure on the optic and tighten the knobs firmly using finger pressure only. Then, add another 1/4 turn utilizing a coin or a bladed screwdriver.

**Caution:** DO NOT tighten beyond this recommended method.

Installing the AN/PVQ-31A on the M16A4 or the AN/PVQ-31B onto the M4 Carbine family in the same position on the flattop rail and using the same torque on the Thumb Screws will ensure maximum zero retention. To replicate the same torque setting, tighten using the recommended method and mark the Thumb Screws and Interface Bar Clamp (Figure 10) with indelible marker or with another permanent marker.



**Figure 10**

## INSTALLING THE AN/PVQ-31A ON THE CARRYING HANDLE

**Note:** Prior to installing the RCO on a carrying handle, remove the TA51 mount from the RCO.

The TA51 mount is removed by removing the two screws from the underside of the mount as identified in Figure 11.



**Figure 11**

**Note:** Use a 1/4 inch flat tip screwdriver to remove the screws.

The screws have a thread locking compound applied to them by the manufacturer.

Once the TA51 mount is removed, align the AN/PVQ-31A forward mounting hole with the carrying handle mounting hole (see arrows in Figure 12). The forward mounting hole provides proper eye relief. Once proper alignment is established, seat the AN/PVQ-31A completely into the carrying handle channel ensuring hole alignment is retained. Seating the optic into the carrying handle channel may require substantial pressure. Use direct pressure only. Do not use impact.




Figure 12

Using the TA53A screw set as assembled in Figure 14, begin to thread the screw set into the AN/PVQ-31A through the bottom of the carrying handle as identified in Figure 13.



Figure 13




Figure 14

**CAUTION:** Alignment is crucial. DO NOT force the screw set into the threaded hole of the optic. Damage will occur to the special threads. If resistance is met, check optic/carrying handle alignment and try again.

The special washer should be placed on the Thumb Screw after the lock

washer so that the U shape fits under the handle against the curved surface as illustrated in Figure 15.

Figure 16 illustrates incorrect TA53A special washer alignment.




**Figure 15**




**Figure 16**

**ADJUSTMENT PROCEDURES**

The AN/PVQ-31 is internally adjustable. The adjuster screws need only position the internal roof prism. For this reason, a light tap on the adjusters, after an adjustment has been made, will ensure proper seating of the internal mechanism and allow for an accurate zero.
If a light tap to the adjuster is not applied, the first round fired may be inaccurate.

The AN/PVQ-31 is shipped with a factory centered position for the

M16A4/M4 weapons. Normally this means that only small adjustments are necessary. DO NOT adjust the optic to the extremes.

**CAUTION:** The windage and elevation adjusters should never be moved all the way to the extremes in adjustment. It is possible that over-adjustment will damage the precise alignment of the prism assembly inside the AN/PVQ-31A and AN/PVQ-31B. If the adjuster resistance increases, the limits of adjustment travel are being approached. Adjust further only with caution. As the limits of the adjustment are reached, the adjustment mechanism will become more and more difficult to adjust. If the adjustment mechanism is adjusted past this point, it will break. Adjustment beyond the center of the adjustment range should not be necessary. If it seems that you need more adjustment than is available, contact your maintainer.



**Figure 17**

**Elevation Adjustment**

Remove the **top** adjuster cap to expose the elevation adjuster (Figure 17). Moving the adjuster in the direction of the arrow (clockwise) will move the strike of the bullet UP as indicated on the adjuster. **Adjustment increments are 1/3 inch per click at 100 meters. This means that 3 clicks are required to move the bullet impact one inch on a target at 100 meters.** This can be accomplished with the use of a coin, bladed screwdriver, or the extractor rim of the 5.56mm casing. The amount of clicks can be detected through audible and physical feedback. DO NOT adjust to the extreme ends of adjustment. Tap the adjuster after each adjustment to ensure the internal mechanism is fully seated.

**NOTE:** The adjuster caps become water-tight when screwed onto the scope with finger pressure. Resistance can be felt when the cap contacts the O-ring seal. One half turn beyond that point is sufficient.



**Figure 18**

## Windage Adjustment

Remove the **side** adjuster cap to expose the windage adjuster (Figure 18). Moving the adjuster in the direction of the arrow (clockwise) will move the strike of the bullet **RIGHT** as indicated on the adjuster. **Adjustment increments are 1/3 inch per click at 100 meters. This means that 3 clicks are required to move the bullet impact one inch on a target at 100 meters.** This can be accomplished with the use of a coin, bladed screwdriver, or the extractor rim of the 5.56mm casing. The amount of clicks can be detected through audible and physical feedback. DO NOT adjust to the extreme ends of adjustment. Tap the adjuster after each adjustment to ensure the internal mechanism is fully seated.

**CAUTION:** The AN/PVQ-31A and AN/PVQ-31B are waterproof only when adjuster caps are on and seated properly.

## ADJUSTER CAPS: New Style

The new adjuster caps, identified in Figure 19, must be tightened until the adjuster cap makes contact with the AN/PVQ-31 main housing. This should be accomplished with fingers only. This will prevent possible damage to the cap or the adjuster housing threads. No use of tools is required to tighten the caps.




**Figure 19**

**CAUTION:** Damage may occur to the cap or the threads of the adjuster housing if the cap does not make contact with the main housing when the cap is exposed to impact.

**INSTALLATION OF THE ANTI-REFLECTION DEVICE (ARD)**




Loop O-ring around AN/PVQ-31 body as shown.

Hook the foot of the ARD under the O-ring and stretch the O-ring until it snaps behind the spur located on the foot and enough room is available to align the ARD with the objective lens.

**Objective lens hood**

Allow the ARD to slide back into the objective lens, making sure that the rear of the ARD is seated into the AN/PVQ-31's objective lens hood and the bottom of the ARD's foot is seated in the groove of the base. Figure 20 illustrates the proper procedure.

**Figure 20**

**ZEROING PROCEDURES**

**Zeroing at 100 Meters (Preferred Method)**




**Figure 21**

When zeroing the AN/PVQ-31A or AN/PVQ-31B at 100 meters, the tip of the illuminated Chevron is used to acquire Point of Aim/Point of Impact (Figure 21). This method ensures maximum accuracy to 800 meters utilizing the Bullet Drop Compensator. **Moving the adjuster 3 clicks will move the point of impact 1 inch.**

**Zeroing at 36 YARDS (33 METERS) Battle Sight Zero (BZO)**




**Figure 22**

Zeroing the AN/PVQ-31 at 36 yards provides a BZO. To acquire the BZO, use the tip of the 300-meter aiming point (Figure 22) to acquire Point of Aim/Point of Impact. This can be accomplished on any approved or field expedient target. At 36 yards, **moving the adjuster 9 clicks will move the point of impact approximately 1 inch.**

**NOTE:** This is a BZO only. Confirm zero at 100 meters using that method as soon as possible (Figure 21).

**THE BULLET DROP COMPENSATOR (BDC)**

The entire reticle pattern is a Bullet Drop Compensator, designed to compensate for the trajectory of the 5.56mm round from 100-800 meters without making mechanical adjustments to the sight. When zeroed properly, the Point of Aim/Point of Impact at the designated distance is shown below in Figure 23.




**Figure 23**

## RANGING FEATURE

The base of the Chevron and the horizontal stadia lines below the chevron represent 19" at the indicated range (19" is the average width of a man's shoulders). Range your target using the base of the chevron for 300m and the width of the horizontal stadia lines for 400-800m as identified in Figure 24.




Figure 24

Beyond 300m, determine which stadia line best fits the target's shoulders and use that 'crosshair' as your Point of Aim. Because the BDC is calibrated for the correct trajectory, your Point of Aim is your Point of Impact at each distance. Figure 25 illustrates proper sight picture at each distance.




**Figure 25**



**Figure 26**

**NOTE:** The right side of the horizontal mil scale will appear out of focus. This is normal.

The AN/PVQ-31 reticle includes a horizontal mil-scale graduated in 5 mil increments as seen in Figure 26. The distance from the center post to the first mil bar is 10 mils left side and 10 mils right side. Due to the design of the optic, the right side of the mil scale will become blurry. This is normal.

The horizontal mil scale is primarily used for communicating target positions and other relationships to team members within the small unit.

**PREVENTATIVE MAINTENANCE CHECKS AND SERVICES**

**CAUTION:** DO NOT allow the light collector tube of the AN/PVQ-31 (Figure 1) to come into contact with harsh organic chemicals such as Acetone, Trichloroethane, or other cleaning solvents. They will affect the appearance of the light collector tube though they will not affect its performance.

The AN/PVQ-31 requires very little maintenance. If the lenses become dirty, wash using fresh water and a soft clean cloth. Be sure to wash the lenses fully before wiping them with a soft cloth. The lenses can be scratched if dirt is pulled along the lens by the cloth. The outside lens may fog over in cold weather. Remove fog by using a dry, clean soft cloth.

Anti-fog solutions can be applied to the exterior of the lenses to help prevent fogging during temperature changes.

**Using the Lens Pen**




Figure 27

To clean the AN/PVQ-31 utilizing the Lens Pen (Figure 27), first depress and push forward the Lens Brush Slider, exposing the Lens Brush. Use

this brush to remove all foreign material from the unit if fresh water is not available. Pay special attention to the lenses.

**CAUTION:** Remove all foreign material from the lenses before cleaning them with the lens pen. This will prevent damage to the lenses.

Next, remove the cap from the opposite end of the Lens Pen to expose the Felt Lens Cleaner. Ensure there is NO foreign material on the felt surface. Starting in the center of the lens, press the felt surface of the lens cleaner against the lens and in a spiral motion, work from the center to the outside edge of the lens. Repeat if necessary.

When finished, depress Lens Brush Slider and retract the brush into the Lens Pen. Replace the cap over the Felt Lens Cleaner as seen in Figure 28.




**Figure 28**

Repair or maintenance other than that described in this manual is prohibited by anyone other than the manufacturer because of the radioactive material contained in the AN/PVQ-31.

**Cleaning the anti-reflection device honeycomb**

Treat the honeycomb mesh (Figure 29) with the same care you would any optical surface.

To clear snow or water from the honeycomb when the ARD is mounted, blow sharply into face of ARD near one edge. If clogged with dirt or mud, unscrew the ARD from the hook/O-Ring assembly and blow clean. If necessary, you can also run water through the honeycomb to clear it. Blow through the mesh to remove the water.

**CAUTION**: NEVER use thread locking compound when screwing the plastic honeycomb (anti-reflection device) housing back onto the modular assembly.




**Figure 29**

## CHAPTER 2: Operation and Use

### DETERMINING YOUR DOMINANT EYE

To maximize the AN/PVQ-31's potential (shooting with both eyes open), you must know which eye is dominant. To determine this, conduct the following test:

1. With BOTH eyes OPEN, hold your index finger out in front of your line of sight.
2. Pick up an aiming point and keep your index finger on it.
3. Close your right eye. If your index finger/aiming point moved, you are right eye dominant. If your index finger/aiming point did not move, you are left eye dominant.

To use any aiming device to its full potential you must use your dominant eye to aim. This may mean learning to shoot from your opposite side. If you are cross-eye dominant (shooting with your weak eye), there will be a shift in your Point of Impact ranging from slight to major dependent upon the disparity between your eyes.

If you choose to aim with your non-dominant eye, it is recommended that you keep your non-shooting eye closed and use the AN/PVQ-31 like a traditional rifle scope. This method is going to be slower at close ranges, but there will be no shift in impact.