# EXHIBIT 12
## (Continued)

## QUICK TARGET ACQUISTION FROM 0-300 METERS

The AN/PVQ-31 is designed to be utilized with BOTH eyes OPEN from muzzle to 300 meters, providing quick target acquisition and engagement when needed. This allows the AN/PVQ-31 to be utilized as a reflexive sight when speed is critical. Train yourself to:

- Keep BOTH eyes OPEN
- Focus on the target
- Bring the weapon/optic up into your line of sight
  - Do not switch focus to the reticle
- Assess and engage when warranted

At extreme close ranges, where time is critical to survival, keep BOTH eyes OPEN, put RED on target, and engage. Do not take the time to obtain a full field of view, center the chevron, or identify the shape of the chevron. Simply put RED on target and squeeze the trigger. At this speed no magnification is noticed until after firing.

As the distance between you and the target increases, so should the time taken to engage more accurately. The Both Eyes Open shooting technique can be used very effectively from muzzle to 300 meters when needed (immediate threat). This is why the chevron is illuminated to 300 meters.

**The Bindon Aiming Concept (BAC)**

The BAC feature allows the shooter to track and engage moving targets quickly.

Utilizing the Both Eyes Open aiming method, when the weapon is being moved, the image as seen through the AN/PVQ-31 with your shooting eye blurs much quicker than the view from your non-shooting eye (because it is magnified 4x). The brain chooses the non-blurry view from the non-shooting eye automatically (switches focus). As soon as you are close to the proper aim on target, weapon movement slows, the blur ceases, and your brain instantly selects the greater detail of the magnified view.

This means when the weapon is moving to the target you will not notice any magnification. All you will see is the illuminated chevron in the target area, like a reflexive sight. Once you slow the weapon on the target, the target will 'Zoom' in at 4x, allowing you to identify and engage more accurately if necessary.

This aiming concept happens naturally (without conscious thought) for those with equal or close to equal vision in both eyes. It takes practice keeping BOTH eyes OPEN and <u>focusing on your target</u>.

**SHOOTING 400-800 METERS (Traditional Marksmanship)**

Beyond 300 meters the AN/PVQ-31 provides a ranging reticle that will allow the shooter to place well-aimed accurate hits on target using *traditional marksmanship skills*. To engage targets from 400-800m:

Seek a supported position (if possible), close your non-shooting eye and raise the ranging reticle until one of the horizontal lines fits the shoulders of the intended target.




Use that 'Crosshair' reticle pattern to identify your Point of Aim. This also becomes your Point of Impact (Figure 30).




Figure 30

Ensure you have a FULL Field of View (FOV) and proper Sight Alignment (no shadow). Improper FOV or Sight Alignment (shadow) will result in improper shot placement. To acquire the proper FOV, move your shooting eye closer or further from the eyepiece until you have no shadow on the outer most portion of the optic's view. To acquire proper Sight Alignment, move your shooting eye vertically and horizontally until no shadow exists. Figure 31 illustrates incorrect bullet strikes based on existing shadow.




**Figure 31**

Focus on the reticle to acquire the necessary precision aim.

Apply a smooth trigger squeeze so as to not disturb your sight alignment and/or aiming point.

Follow through. Do not release the trigger, move your eye from your aiming point, or otherwise disturb your position. Identify your impact by maintaining a visual on your target. If the round struck your target, determine if another follow up shot is required. If the round did not strike your target, adjust your Point of Aim and repeat.

**TRANSITIONAL SHOOTING**

Transitional shooting is utilized when the shooter must engage targets at varying distances (based on actual or perceived threat) within a short period of time. This will require the shooter to transition from Speed to Traditional Marksmanship quickly and effectively. The mental transition must be made from speed to accuracy and vice versa as target priorities change. Constantly accessing your environment and possible threats within that environment will assist in prioritizing targets based on distance, weapon, and abilities.

## SHOOTING WITH WIND

Wind will have a significant affect on the 5.56mm round's POI beyond 100 meters. Aim to the opposite direction of the wind and watch for impacts. Adjust accordingly. Figure 32 below illustrates the proper reticle position to acquire a torso hit at various distances and wind strengths.




Figure 32

## SHOOTING AT VERTICAL ANGLES

For ranges out to 400 meters and using a properly zeroed AN/PVQ-31, putting the chevron on center mass of the target, regardless of angle, will result in a hit on the target. This is quick and easy to remember especially in urban terrain or when speed shooting is critical.
For ranges beyond 400 meters, aim low on your target using the appropriate stadia line for that distance and watch for impacts.

## SHOOTING AT MOVING TARGETS

Shooting a moving target at close ranges (approximately 50m and closer) requires the shooter to keep BOTH eyes open (BAC) and 'track' the target from behind until the chevron is at the leading edge of the torso as seen in Figure 33. Continue to maintain that lead as you squeeze the trigger. Repeat if necessary.




**Figure 33**

Shooting at moving targets beyond 50m utilizes the same lead concept as iron sights. At longer distances the shooter must take into consideration the speed of the target, angle of the target's movement, range to target, and wind. Figure 34, on the following page illustrates leads based on a target at a known distance and speed moving 90 degrees to the shooter. Watch for bullet impact and adjust accordingly.




Figure 34

**M249 SAW CAPABILITY**

The AN/PVQ-31A (M16A4) can be used on the M249 SAW. It will provide the same quick target acquisition from muzzle to 300m and the Bullet Drop Compensator will retain accuracy out to its 800m maximum.

Check the Thumb Screws often to ensure the optic is securely mounted. The continuous recoil of the SAW may loosen the optic after time.

**FIELD CRAFT**

To adjust reticle illumination during extremely bright conditions, use riggers' tape as seen in Figure 35 to shield the fiber optic collector. During bright conditions only about 1/2 - 1 inch of fiber optic is required to illuminate the reticle. As more reticle illumination is needed, peel back the tape to expose more fiber optic.




**Figure 35**

To add additional illumination to the reticle during transitional light conditions or twilight, apply 1 or 2 Cyalume sticks (1.5 inch) as seen in Figure 36 to the riggers tape and seal around the fiber optic.



**Figure 36**

## Replacing Adjuster Cap Retention Systems

**To replace the original style Adjuster Cap Retention Wire:**

1. Using wire clipping pliers, clip the stainless steel wire preferably on inside of the loop. See Figure 37. If this cannot be accomplished, cut through brass crimp sleeve to separate the wire loop. See Figure 38. Repeat on the other cap.
2. Pull the stainless steel wire through the hole in main housing to separate the retention wire from the housing.
3. Form replacement wire (ACA2753-1) into a noose using the brass crimp sleeve (ACA2754-1) and loop it around both Adjuster Cap (ACA3152-1) and .0595" DIA pin as shown in Figure 39.
   **NOTE**: The short end of wire should not extend beyond the brass crimp sleeve.
4. Using the Crimping Tool, crimp the brass sleeve flat as shown in Figure 40 and remove pin.
5. Replace the Up/Down cap onto adjuster housing.
6. Thread the loose end of stainless steel wire through hole in the main housing as shown in Figure 41.
7. Repeat steps 3 and 4.
8. Replace the other cap onto adjuster housing.



**Figure 37**



**Figure 38**



**Figure 39**



**Figure 40**



**Figure 41**

**To replace the new style Adjuster Cap Assembly or Individual Parts:**

1. Remove the current Adjuster Caps from the Adjusters.
2. Using a 7/64" hex head wrench, remove the upper right Eyepiece Bolt to free the Adjuster Cap Retention Wire.
3. If replacing the full cap and wire retention system (ACA3161-1), skip to Step 8.
4. If the caps are NOT damaged, using wire clipping pliers, clip the stainless steel wire (ACA2753-1) preferably on inside of the loop. If this cannot be accomplished, cut through brass crimp sleeve to separate the wire loop.
5. Form replacement wire (ACA2753-1) into a noose using a brass crimp sleeve and loop it around both the Adjuster Cap (ACA3152-1) and the .0595" DIA pin as shown in Figure 39
   **NOTE:** The short end of wire should not extend beyond the brass crimp sleeve (ACA2754-1).
6. Using a Crimping Tool, crimp the brass sleeve flat and remove the pin.
7. Repeat steps 5 and 6 on the other cap.
8. Attach the new Adjuster Cap Assembly to Adjusters.
9. Manipulate the center of the Adjuster Retention Wire as shown in Figure 42.
10. Clean the threads of the Eyepiece Bolt.
11. Apply a small amount of purple LOCTITE 222 MS to the threads of the Eyepiece Bolt.
12. Begin to thread the Eyepiece Bolt back into the main housing.
13. While holding the wire in place, tighten the Eyepiece Bolt (max torque 15 in/lbs).
   **NOTE:** Make sure the wire sits on the groove and is free to slide.



**Figure 42**

**AN/PVQ-31A or AN/PVQ-31B KIT**

Figure 43 identifies the AN/PVQ-31 kit as supplied under the proper National Stock Number.




**Figure 43**

**TABLE 2 AN/PVQ-31 COMPONENTS LIST (PROVIDED AS A KIT)**

| Item No. | National Stock Number | Description & Part Number | U/I | SMR Code | Qty |
|---|---|---|---|---|---|
| 1 | 1240-01-525-1648 | Sight, Bore, Optical AN/PVQ-31A (For use on M16A4, M16A2) Includes anti-reflection device, soft case, scope coat, Lens pen, Manual, and TA53A screw set for mounting to the M16A2 Rifle. | Ea. | PAOAA | 1 |
| 2 | 1240-01-534-1114 | Sight, Bore, Optical AN/PVQ-31B(For use on M4A1 Carbine) Includes anti-reflection device, soft case, scope coat, Lens pen, Manual, and TA53A screw set for mounting to the M16A2 Rifle. | Ea. | PAOAA | 1 |

## AN/PVQ-31A and AN/PVQ-31B EXPLODED VIEW

To order additional or replacement parts for the AN/PVQ-31A or AN/PVQ-1B, refer to Figure 43 for item number designation.




Figure 44

**TABLE 3 AN/PVQ-31 COMPONENTS LIST (INDIVIDUAL)**

| Fig 44 Item No. | National Stock Number | Description & Part number | U/I | SMR Code | Qty |
|---|---|---|---|---|---|
| 1 | TBD | Adjuster caps and retention wire assembly (NEW Style) ACA3161-1 | Ea. | PAOZZ | 1 |
| 2 | 4010-01-531-6726 | Adjuster Cap Retention Wire, Stainless 9" (ORIGINAL Style) | Ea. | PAOZZ | 1 |
| 2 | TBD | Adjuster cap retention wire, Stainless 7.63" (NEW Style) ACA2753-1 | Ea. | POAZZ | 1 |
| 3 | 4030-01-531-6472 | Adjuster cap retention wire crimp sleeve (BOTH Styles) ACA2754-1 | Ea. | PAOZZ | 2 |
| 4 | 6650-01-531-6738 | Adjuster Cap with fastener button (ORIGINAL Style) ACA2564-1 | Ea. | PAOZZ | 2 |
| 4 | TBD | Adjuster cap with fastener button (NEW Style) ACA3152-1 | Ea. | PAOZZ | 2 |
| 5 | 5331-01-528-2147 | Adjuster cap O ring seal (BOTH Styles) HRG2015-1 | Ea. | PAOZZ | 2 |
| 6 | TBD | Eyepiece bolt 6-32x3/8 SHCS HSC1504-1 | Ea. | PAOZZ | 1 |
| 7 | 1240-01-527-7101 | MIL-STD-1913 Rail Interface (TA51 mount) SUBTA51 | Ea. | PAOZZ | 1 |
| 8 | 5305-01-531-6659 | TA51 mount screws 10-32x3/8 SS Pan Head HSC2070-1 | Ea. | PAOZZ | 2 |

| Fig 44 Item No. | National Stock Number | Description & Part number | U/I | SMR Code | Qty |
|---|---|---|---|---|---|
| 9 | TBD | Anti-Reflection Device (ARD)Modular ACA3162-1 | Ea. | PAOZZ | 1 |
| 10 | TBD | M16A2 Mounting assembly Thumb Screw TA53A | Ea. | PAOZZ | 1 |
| 11 | TBD | Special Washer M16A2 Thumb Screw mount ACA3017-1 | Ea. | PAOZZ | 1 |
| 12 | TBD | Lock Washer M16A2 Thumb Screw mount ACA3148-1 | Ea. | PAOZZ | 1 |
| 13 | TBD | Thumb Screw M16A2 mount ACC2760-1 | Ea. | PAOZZ | 1 |
| 14 | TBD | Soft Case, MOLLE, Brown ACA3053-1 | Ea. | PAOZZ | 1 |
| 15 | TBD | Neoprene Scope Coat ACA3163-1 | Ea. | PAOZZ | 1 |
| 16 | TBD | Lens Cleaning Tool LENSPEN | Ea. | PAOZZ | 1 |
| 17 | TBD | AN/PVQ-31A & B Manuals MANUAL RCO | EA. | PAOZZ | 1 |

# EXHIBIT 22
## (Redacted)

REDACTED VERSION

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 COMMUNICTIONS EOTECH, INC. | |
| Plaintiff, | |
| | Civil Action No. ______________ |
| v. | |
| | **FILED UNDER SEAL** |
| THE UNITED STATE OF AMERICA, | **REQUEST FOR PROTECTIVE** |
| | **ORDER PENDING** |
| Defendant. | |

**DECLARATION OF PAUL S. MANGANO**

Paul Mangano declares as follows:

1. I, Paul Mangano, am the President of L-3 Communications EOTech, Inc. ("L-3").

2. L-3 will suffer significant harm to its reputation and future sales of its equipment if its exclusion from the competitive range under Solicitation No. W15QKN-07-R-0428 ("Solicitation") is allowed to stand.

3. L-3's sight that was submitted for evaluation in the Close Combat Optic ("CCO") procurement under the Solicitation is directly competitiv[redacted]CCO sights offered by Aimpoint, Inc.

4. [redacted] That is not the case – because the issue involves the Army's improper tightening of the mounts and not the quality or performance of the sight – but this perception will have adverse consequences. [redacted]

5. For over 10-years, Aimpoint has been essentially in a sole-source position on the U.S. Army's CCO programs, which has created a significant barrier to entry for companies with competitive products. To date, no competitor has been able to secure a second-source position on the program that has, so far, involved the acquisition of over 300,000 units valued at more than $100M.

6. Upcoming [redacted] where Aimpoint's sole-source incumbency creates [redacted]

7. Aimpoint's monopoly of the program also gives it a [redacted]

8. If L-3 remains excluded, a similar situation is likely to exist in [redacted]

9. In other words, [redacted]

10. L-3 also sells the sights at issue in this procurement under General Services Administration ("GSA") Schedule contracts. Army commands, brigades and units can purchase L-3's sight directly under the GSA Schedule contracts. [redacted]

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Ann Arbor, MI, the 15th day of July 2008.

Paul S. Mangano
President of
L-3 Communications EOTech, Inc.