**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS EOTECH, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, Defendant, | ) | Civil Action No. 08-515C (Judge Bush) |
| and | | |
| AIMPOINT, INC. Intervenor. | ) | |

## L-3 COMMUNICATIONS EOTECH INC.'S MOTION FOR SUPPLEMENTATION OF THE RECORD

L-3 Communications EOTech, Inc. ("L-3") hereby moves to supplement the Administrative Record originally produced by the Government on July 22, 2008. The record produced by the Government is deficient in a number of material respects. First, the Administrative Record does not include documents submitted in the prior GAO proceedings. For example, the Government has failed to include the mounting instructions for all offerors, which the GAO required to be produced.

Moreover, the Government has failed to include records requested by Plaintiff and highly relevant to the issues. On July 16, 2008, the Government's counsel asked Plaintiff's counsel if there were any records not in the GAO record that Plaintiff would like included in the Administrative Record. On July 21, 2008, Plaintiff's counsel suggested the Government include the proposals submitted by the Offerors under the RFP and any notes or memoranda related to the conduct of the Endurance Live Fire tests and subsequent evaluations. Despite this request,

and the obvious relevance of these documents to the issues in this case, the Government failed to include the documents in its Administrative record.

Accordingly, L-3 moves the Court to order the Government to supplement the Administrative Record with 1) all documents included in the record during the GAO proceedings; 2) all proposals and proposal revisions, including any manuals or documentation included with submission of offerors' bid samples; and 3) all notes or memoranda reflecting the plans for or conduct of the Endurance Live Fire tests.

Given the compressed briefing schedule, L-3 requests a status call on its motion as soon as the Court is available.

Respectfully submitted,

Dated: July 24, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Communications EOTech, Inc.

Of Counsel:

Kevin C. Dwyer
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412