# In the United States Court of Federal Claims

No. 08-515 C
(Filed July 24, 2008)

* * * * * * * * * * * * * * * * *
L-3 COMMUNICATIONS EOTECH, INC., *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*, *
AIMPOINT, INC., *
*Intervenor-defendant*. *
* * * * * * * * * * * * * * * * *

**ORDER**

The court has before it plaintiff's Motion for Supplementation of the Record, filed July 24, 2008. The court today held a telephonic status conference on the motion, at plaintiff's request. Participating with the undersigned were:

W. Jay DeVecchio, counsel for plaintiff;
Daniel E. Chudd, for plaintiff;
Roger A. Hipp, counsel for defendant;
Lawrence Block, counsel for intervenor-defendant;
John Bean, law clerk.

Plaintiff's motion asks that three categories of documents be added to the administrative record: "all documents included in the record during the GAO proceedings; 2) all proposals and proposal revisions, including any manuals or documentation included with the submission of offerors' bid samples; and 3) all

notes or memoranda reflecting the plans for or conduct of the Endurance Live Fire Tests." The court entertained telephonic oral argument on plaintiff's motion, and noted that briefing was not feasible due to the accelerated schedule of this protest.

As to the first category of documents referenced by plaintiff, defendant concedes that all agency documents submitted to the GAO are properly part of the record. Although defendant and intervenor object to plaintiff's submissions to the GAO as being inappropriate for a bid protest administrative record, the court orders that those documents be made part of the record as well. Intervenor requests assistance, which plaintiff agrees to supply, in correlating the tabbed exhibits, submitted by plaintiff on July 15, 2008, with their indexing references at GAO. Defendant asserts that the third category of documents sought by plaintiff, Endurance Live Fire Tests notes and memoranda, are already part of the record filed on July 22, 2005,[1] and will either confirm that there are no more documents that fit this description, or will file such documents in the supplement discussed *infra*.

As to the second category of documents referenced in plaintiff's motion, plaintiff orally amends its motion to seek only the addition of the technical proposals for the bid samples referred to as "Aimpoint A" and "Aimpoint C." Intervenor opposes this request, but the court considers these documents to be potentially relevant to plaintiff's arguments. Defendant will obtain these materials and file them under seal on or before July 25, 2008. At the suggestion of Mr. Chudd, the parties waive the two-day period before which Mr. Dennis Lane, representing intervenor, can access protected materials under the terms of the protective order filed July 17, 2008.

The court entertained any additional oral requests for supplementation of the administrative record, and there being none, rules that no further requests for expanding the administrative record will be considered. In light of the supplementation of the administrative record, the court amends the briefing schedule set by the court's order of July 17, 2008.

---

[1]/ The court reminds defendant that two bound paper courtesy copies of the administrative record filed on July 22, 2008 have not yet been received by the court. *See* Order of July 25, 2008 ¶ 5. The schedule proposed by the parties and ordered by the court hinges on compliance with these and other terms of the court's scheduling orders.

Accordingly, it is hereby **ORDERED** that:

(1) L-3 Communications EOTech, Inc.'s Motion for Supplementation of the Record, filed July 24, 2008 and as orally amended during the teleconference on July 24, 2008, is **GRANTED**, as discussed *supra*;

(2) Among those documents filed under seal as part of plaintiff's "Exhibits to Memorandum" on July 15, 2008, those which were submitted to the GAO now **SUPPLEMENT** the administrative record in this bid protest;

(3) Mr. Dennis Lane, representing intervenor-defendant, is **ADMITTED** to the protective order in this case as of this date;

(4) The court's Scheduling Order of July 15, 2008 is **AMENDED** in relevant part, as described below;

(5) Defendant shall **FILE** the Supplement to the Administrative Record by **5:00 p.m.**, eastern time on **July 25, 2008**; Defendant shall also **DELIVER** two bound paper copies of the Supplement to the Administrative Record to chambers by **5:00 p.m., eastern time** on **July 25, 2008**;

(6) Defendant and intervenor-defendant shall **FILE** their Cross Motions for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **July 28, 2008**;

(7) Plaintiff shall **FILE** a Response/Reply to defendant's and intervenor-defendant's Cross Motions by **5:00 p.m.**, **eastern time** on **August 4, 2008**; Plaintiff shall **FILE**, if any, its Revised Memorandum in Support of its Motion for Judgment on the Administrative Record by **5:00 p.m.**, **eastern time** on **August 4, 2008**;

(8) Defendant and intervenor-defendant shall **FILE** their Replies, if any, by **5:00 p.m.**, **eastern time** on **August 7, 2008**;

(9) Whenever briefing, including exhibits and attachments, causes an electronic filing to exceed thirty pages, the party shall **DELIVER** a paper courtesy copy of that filing to chambers by **5:00 p.m.**, **eastern time** on the day of filing; and

(10) **Oral Argument** shall be **HELD** on Monday, **August 11, 2008** at **11:00 a.m.**, **eastern time**, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby.

/s/Lynn J. Bush
LYNN J. BUSH
Judge