#068583

ORIGINAL

FILED
AUG 25 2008
U.S. COURT OF FEDERAL CLAIMS

Form 2

**FORM 2.** **Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS**

## United States Court of Federal Claims

Case Number 08-515

L-3 Communications Eotech, Inc., Plaintiff,

v. **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that Aimpoint, Inc., Intervenor-Defendant (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the opinion granting Plaintiff's Motion for Judgment etc. and final judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on August 15 and 20, 2008 (date).

(Signature of appellant or attorney)

Stinson Morrison Hecker LLP
1150 18th Street, N.W. Suite 800
Washington, D.C. 20036

(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

# Certificate of Service

I hereby certify that a true and correct copy of the Notice of Appeal was served via electronic mail and first class mail, postage prepaid, this 25th day of August 2008 to:

Roger Hipp, Esq.
counsel for Department of Army

Daniel Chudd, Esq.
counsel for L-3 Communications EOTech, Inc.

[signature]

LAWRENCE BLACK
COUNSEL FOR AIMPOINT, INC.