# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
SEP 4 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2008-5111 - L-3 COMMUNICATIONS V US**

**Date of docketing**: 08/28/2008

**Appeal from**: United States Court of Federal Claims case no. 08-CV-515

**Appellant(s)**: Aimpoint, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Lawrence P. Block
W. Jay Devecchio
Roger A. Hipp

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-5111

L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant,

and

AIMPOINT, INC.,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 08-CV-515, Judge Lynn J. Bush.

Authorized Abbreviated Caption[2]

L-3 COMMUNICATIONS v US, 2008-5111

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.