IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS EOTECH, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-515C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AIMPOINT, INC. | ) | |
| Intervenor. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests a one-day enlargement of time, to and including September 16, 2008, within which to file a response to the "Motion For Order Enjoining Army From Retesting During Pendency Of Appeal" filed by intervenor, Aimpoint, Inc. This is our first request for an enlargement of time. Intervenor, Aimpoint, Inc., has advised us that it is not opposed to this motion, provided that its time to file a reply brief in support of its motion is also enlarged by one day, from September 17, 2008, to September 18, 2008.

We are making a request because of an error by the Government's trial counsel. After the telephonic status conference on September 11, 2008, trial counsel mistakenly put September 16, 2008, upon his calendar as the due date for the Government's response, and provided this erroneous information to agency counsel for the Department of the Army. Counsel did not realize his error until plaintiff, L-3 Communications EOTech, Inc., filed its response earlier today. Counsel apologizes to the Court and to the parties for his error.

For the foregoing reasons, we respectfully requests a one-day enlargement of time, to and including September 16, 2008, within which to file a response to the "Motion For Order Enjoining Army From Retesting During Pendency Of Appeal."

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

September 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of September, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp