# In the United States Court of Federal Claims

No. 08-515 C

(Filed September 16, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * | * |
| L-3 COMMUNICATIONS EOTECH, INC., | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*, | * |
| | * |
| AIMPOINT, INC., | * |
| | * |
| *Intervenor-defendant*. | * |
| * * * * * * * * * * * * * * * * | * |

## ORDER

On September 15, 2008, defendant filed an Unopposed Motion for an Enlargement of Time of one-day, to and including September 16, 2008, within which to file its response to the intervenor-defendant's motion for order enjoining Army from retesting during pendency of appeal. Defendant's motion states that intervenor-defendant does not oppose defendant's request as long as the court extends its reply deadline for one-day as well, to and including September 18, 2008. Plaintiff filed its response brief as scheduled on September 15, 2008.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's motion is **GRANTED** and defendant shall **FILE** its **Response** brief, by **5:00 p.m.**, **eastern time** on **September 16, 2008**; and

(2) Intervenor-defendant shall **FILE** its **Reply** brief, by **5:00 p.m. eastern time** on **September 18, 2008**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge